UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANY KHAKEO, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DENNIS MORIARTY and )<br>KEVIN SULLIVAN, in their )<br>individual capacities and )<br>the CITY OF LOWELL, )<br>    Defendants ) | C.A. 04-11941-RWZ |

### NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant, Kevin Sullivan, in the above-entitled matter.

                                              THE DEFENDANT
                                              By his attorneys

/s/Michael J. Akerson                               /s/ Austin M. Joyce

| | |
|---|---|
| Michael J. Akerson | Austin M. Joyce |
| EDWARD P. REARDON, P.C. | EDWARD P. REARDON, P.C. |
| 397 Grove Street | 397 Grove Street |
| Worcester, MA 01605 | Worcester, MA 01605 |
| (508) 754-7285 | (508) 754-7285 |
| BBO# 558565 | BBO#: 255040 |

/s/ John K. Vigliotti                                    /s/ Andrew J. Gambaccini

| | |
|---|---|
| John K. Vigliotti | Andrew J. Gambaccini |
| EDWARD P. REARDON, P.C. | EDWARD P. REARDON, P.C. |
| 397 Grove Street | 397 Grove Street |
| Worcester, MA 01605 | Worcester, MA 01605 |
| (508) 754-7285 | (508) 754-7285 |
| BBO # 642337 | BBO # 654690 |

## CERTIFICATE OF SERVICE

   I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 5th day of October, 2004 via first class mail postage prepaid to all counsel of record as follows:

Howard Friedman, Esq.
Myong J. Joun, Esq.
J. Lezette Richards, Esq.
Law Offices of Howard Friendman, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114-2202

By: _____
   Austin M. Joyce