AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Phaysanh Khakeo

V.

Dennis Moriarty et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11941 RWZ

TO: (Name and address of Defendant)

Kevin Sullivan
Lowell Police Department

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Friedman
Myong J. Joun
J. Lizette Richards
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

SEP 0 7 2004
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE September 16, 2004 |
| NAME OF SERVER (PRINT) CHERYLE A. LAFFEY | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): ACCEPTED BY LT. THOMAS Kennedy, OFFICER in CHARGE AT Lowell Police Department, 50 Arcand Drive Lowell, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 16, 2004     Cheryle A. Laffey
           Date                    Signature of Server

PO Box 486
Tewksbury MA 01876
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.