UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

PHAYSANH KHAKEO,
                    **Plaintiff**

vs.

DENNIS MORIARTY,
KEVIN SULLIVAN, in their individual
capacities and the
CITY OF LOWELL
                    **Defendants**

**CASE NO: 04-11941 RWZ**


**DEFENDANT DENNIS MORIARTY'S
ANSWER TO PLAINTIFF'S COMPLAINT
AND DEMAND FOR JURY TRIAL**

        Now comes the Defendant, **Dennis Moriarty**, in the above-entitled action, and through his counsel answers the complaint as follows:

### INTRODUCTION

1.      The Defendant **Moriarty** admits that a civil action has been brought on behalf of the Plaintiff and that damages are sought, but denies the further allegations contained in this.

### JURISDICTION

2.      The Defendant states that this Paragraph is a jurisdicitional statement requiring no affirmative response.

### PARTIES

3.      The Defendant is without sufficient knowledge to either **admit** or **deny** the allegations in this Paragraph.

4.      The Defendant **admits** the allegations in this Paragraph that allege the Defendant at all relevant times was a duly appointed police officer of the Lowell Police Department.  The Defendant **denies** the remaining allegations of this Paragraph.

5.      The Defendant **admits** the allegations in this Paragraph that allege the Defendant at all relevant times was a duly appointed police officer of the Lowell Police Department.  The

Defendant **denies** the remaining allegations of this Paragraph.

6.    The Defendant **admits** the allegations in this Paragraph.

## FACTS

7.    The Defendant is without sufficient knowledge to either **admit** or **deny** the allegations in this Paragraph.

8.    The Defendant is without sufficient knowledge to either **admit** or **deny** the allegations in this Paragraph.

9.    The Defendant **admits** the allegations in this Paragraph.

10.    The Defendant **admits** the allegations in this Paragraph that he stopped at the Plaintiff's residence but denies the remaining allegations of this Paragraph.

11.    The Defendant **admits** the allegations in this Paragraph that there were many people outside the Plaintiff's residence but denies the remaining allegations of this Paragraph.

12.    The Defendant **denies** the allegations in this Paragraph.

13.    The Defendant **denies** the allegations in this Paragraph.

14.    The Defendant **denies** the allegations in this Paragraph.

15.    The Defendant **denies** the allegations in this Paragraph.

16.    The Defendant **denies** the allegations in this Paragraph.

17.    The Defendant **denies** the allegations in this Paragraph.

18.    The Defendant **denies** the allegations in this Paragraph.

19.    The Defendant **denies** the allegations in this Paragraph.

20.    The Defendant **admits** the allegations in this Paragraph.

21.    The Defendant **denies** the allegations in this Paragraph.

22.    The Defendant **denies** the allegations in this Paragraph.

23.    The Defendant **denies** the allegations in this Paragraph.

24.    The Defendant **admits** the allegations in this Paragraph.

25.    The Defendant **denies** the allegations in this Paragraph.

26.    The Defendant **denies** the allegations in this Paragraph.

**FEDERAL CAUSES OF ACTION**

**COUNT ONE**
**42 U.S.C. §1983 CLAIM AGAINST DEFENDANTS MORIARTY AND SULLIVAN**
**FOR UNREASONABLE USE OF FORCE**

27. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

28. The Defendant **denies** the allegations in this Paragraph.

29. The Defendant **denies** the allegations in this Paragraph.

30. The Defendant **denies** the allegations in this Paragraph.

31. The Defendant **denies** the allegations in this Paragraph.

32. The Defendant **denies** the allegations in this Paragraph.

**COUNT TWO**
**42 U.S.C. §1983 CLAIM AGAINST DEFENDANT MORIARTY**
**FOR UNLAWFUL ARREST**

33. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

34. The Defendant **denies** the allegations in this Paragraph.

35. The Defendant **denies** the allegations in this Paragraph.

36. The Defendant **denies** the allegations in this Paragraph.

37. The Defendant **denies** the allegations in this Paragraph.

**COUNT THREE**
**42 U.S.C. §1983 CLAIM AGAINST DEFENDANT MORIARTY**
**FOR RETALIATION IN VIOLATION OF THE FIRST AMENDMENT**

38. The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

39. The Defendant **denies** the allegations in this Paragraph.

40. The Defendant **denies** the allegations in this Paragraph.

41. The Defendant **denies** the allegations in this Paragraph.

42. The Defendant **denies** the allegations in this Paragraph.

**COUNT FOUR**
**42 U.S.C. §1983 SUPERVISORY LIABILITY AGAINST DEFENDANT SULLIVAN**

43.   The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

44.   The Defendant **denies** the allegations in this Paragraph.

45.   The Defendant **denies** the allegations in this Paragraph.

46.   The Defendant **denies** the allegations in this Paragraph.

**COUNT FIVE**
**42 U.S.C. §1983 MONELL CLAIM AGAINST THE CITY OF LOWELL**

47.   The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

48.   The Defendant **denies** the allegations in this Paragraph.

49.   The Defendant **denies** the allegations in this Paragraph.

50.   The Defendant **denies** the allegations in this Paragraph.

51.   The Defendant **denies** the allegations in this Paragraph.

52.   The Defendant **denies** the allegations in this Paragraph.

53.   The Defendant **denies** the allegations in this Paragraph.

**COUNT SIX**
**MASSACHUETTS CIVIL RIGHTS ACT, M.G.L. c. 12, §11I,**
**AGAINST DEFENDANTS MORIARTY AND  SULLIVAN**

54.   The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

55.   The Defendant **denies** the allegations in this Paragraph.

56.   The Defendant **denies** the allegations in this Paragraph.

**COUNT SEVEN**
**TORT OF ASSAULT AND BATTERY**
**AGAINST DEFENDANT MORIARTY**

57.   The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

58.   The Defendant **denies** the allegations in this Paragraph.

59.    The Defendant **denies** the allegations in this Paragraph.

## COUNT EIGHT
## FALSE IMPRISONMENT

60.    The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

61.    The Defendant **denies** the allegations in this Paragraph.

62.    The Defendant **denies** the allegations in this Paragraph.

## COUNT NINE
## MALICIOUS PROSECUTION

63.    The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

64.    The Defendant **denies** the allegations in this Paragraph.

65.    The Defendant **denies** the allegations in this Paragraph.

## COUNT TEN
## NEGLIGENCE AGAINST THE CITY OF LOWELL

66.    The Defendant repeats and reaffirms his responses to the allegations set forth in the preceding Paragraphs of this Answer.

67.    The Defendant is without sufficient knowledge to either **admit** or **deny** the allegations in this Paragraph.

68.    The Defendant is without sufficient knowledge to either **admit** or **deny** the allegations in this Paragraph.

69.    The Defendant is without sufficient knowledge to either **admit** or **deny** the allegations in this Paragraph.

70.    The Defendant **admits** the allegations in this Paragraph.

71.    The Defendant **denies** the allegations in this Paragraph.

72.    The Defendant **denies** the allegations in this Paragraph.

73.    The Defendant **denies** the allegations in this Paragraph.

## AFFIRMATIVE DEFENSES
### FIRST AFFIRMATIVE DEFENSE
#### (Failure to State a Claim)

By way of affirmative defense, the Defendant states that the Plaintiff's complaint fails to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
#### (Statute of Limitations)

By way of affirmative defense, the Defendant states that the Plaintiff's complaint is barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE
#### (Immunity for Negligence Pursuant to M.G.L. c. 258, § 2)

By way of affirmative defense, the Defendant states that the Plaintiff's Complaint, to the extent it alleges State Law Claims of Negligence on the part of the Defendant is barred pursuant to **M.G.L. c. 258, § 2**.

### FOURTH AFFIRMATIVE DEFENSE
#### (Lack of Requisite Knowledge and Notice)

By way of affirmative defense, the Defendant lacked any requisite knowledge or notice of necessary for it to have liability attach to his actions or inactions.

### FIFTH AFFIRMATIVE DEFENSE
#### (Comparative Negligence)

By way of affirmative defense, the Defendant states that any injuries the Plaintiff suffered are the result of its own negligent, intentional and/or illegal conduct and not any actions of the Defendant.

### SIXTH AFFIRMATIVE DEFENSE
#### (Self-Defense, Defense of Another)

By way of affirmative defense, the Defendant states that the Defendant was acting in self-defense of himself or another.

### SEVENTH AFFIRMATIVE DEFENSE
#### (Lack of Malice and within Authority of a Police Officer)

By way of affirmative defense, the Defendant states that the Defendant acted without malice toward the Plaintiff and that his actions relative to the Plaintiff were privileged by virtue of his acting reasonably and in good faith within the scope of his authority as a police officer and supported by probable cause.

### EIGHT AFFIRMATIVE DEFENSE
#### (Resisting of Lawful Arrest)

By way of affirmative defense, the Defendant states that the Plaintiff's actions were an unjustified resisting of a lawful arrest.

### NINTH AFFIRMATIVE DEFENSE
### (No Constitutional Deprivation)

By way of affirmative defense, the Defendant states that the activities complained of do not rise to the level of constitutional deprivations under 42 U.S.C. §1983, therefore this Court lacks subject matter jurisdiction.

### TENTH AFFIRMATIVE DEFENSE
### (Qualified Immunity)

By way of affirmative defense, the Defendant states that the Plaintiff's claims are barred under the doctrine of qualified immunity as the alleged acts complained of occurred within the scope of the Defendant's official duties and Defendant had no knowledge that said alleged acts were illegal and/or unconstitutional nor were said alleged acts clearly violative of Plaintiff's rights at the time they were allegedly committed.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Failure to Allege Threats, Force, Intimidation and/or Coercion)

By was of affirmative defense, the Defendant states that the Plaintiff's Complaint does not allege acts constituting threats, force, intimidation and/or coercion and as such the alleged acts do not constitute a violation of the Massachusetts Civil Rights Act.

### TWELFTH  AFFIRMATIVE DEFENSE
### (Lack of Malice)

By way of affirmative defense, the Defendant states in any actions it undertook of failed to take, it lacked the element of malice to the Plaintiff.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

By way of affirmative defense, the Defendant states that the Plaintiff's claims are barred because due to an accord and satisfaction.

### FOURTEENTH AFFIRMATIVE DEFENSE
### (Duress)

By way of affirmative defense, the Defendant states that the Plaintiff's claims are barred due to duress.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Estoppel)

By way of affirmative defense, the Defendant states that the Plaintiff's claims are barred by the doctrine of estoppel.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (Laches)

By way of affirmative defense, the Plaintiff's Complaint is barred because the Plaintiff is guilty of laches and the Defendant has been prejudiced by the excessive delay of the Plaintiff in seeking the requested relief.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (Doctrine of Unclean Hands)

By way of affirmative defense, the Plaintiff's Complaint is barred because of the doctrine of unclean hands.

### EIGHTEENTH AFFIRMATIVE DEFENSE
### ( License, Release and Waiver )

By way of affirmative defense, the Defendant's actions and conduct were lawful, justified and privileged, by way of license, release by the Plaintiff, and waiver for the Plaintiff.

### NINETEENTH AFFIRMATIVE DEFENSE
### (Reservation of Rights to Assert Additional Defenses)

By way of affirmative defense, the Defendant states it reserves the right, after entering into discovery, to file additional affirmative defenses, claims and actions as may be necessary, compulsory or available.

### TWENTIETH AFFIRMATIVE DEFENSE
### (Frivolous Action Defenses)

By way of affirmative defense, the Defendant states that the Plaintiff's claims are frivolous and not advanced in good faith and that therefore the Defendant is entitled to costs and attorneys fees pursuant to **42 U.S.C. §1988**.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### ( Violation of General Law Chapter 231, Section 6(f) )

By way of affirmative defense, the Defendant states that the Plaintiff is estopped from recovery by virtue of the fact that the Complaint contains allegations wholly unsubstantial, frivolous and not advanced in good faith and as such this Defendant is entitled to costs and attorneys fees for defense pursuant to ***M.G.L. Chapter 231, Section 6(f)*** and as otherwise allowed by law.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Failure to Perfect Service of Process)

By way of affirmative defense, the Defendant states that the Plaintiff has failed to properly effect service of process on the Defendant.

### REQUEST FOR RELIEF

### DEFENDANT'S DEMAND OF TRIAL BY JURY

### THE DEFENDANT DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

**WHEREFORE,** The Defendant requests that this Court:

1.      Find in its favor on all counts;

**Page 8**

2.      Grant judgment in its favor;
3.      Dismiss the claims brought against it;
4.      Grant it costs and attorneys fees;
5.      Any other relief this Court deems equitable and just.

Respectfully submitted,                    Respectfully submitted,
**Dennis Moriarty**                        **Dennis Moriarty**


  **/s/**_____            _____**/s/**_____
Thomas J. Freda - BBO#178150               Jay Hodapp - BBO#551348
**Monahan & Padellaro**                    **Monahan & Padellaro**
43 Thorndike Street                        43 Thorndike Street
Cambridge, MA 02141                        Cambridge, MA 02141
Tel: (617)494-1188                         Tel: (617)494-1188
Fax:(617)494-0433                          Fax:(617)494-0433
E-Mail: bctf79@aol.com                     E-Mail: mplaw@bellatlantic.net


Dated: October 13, 2004
### CERTIFICATE OF SERVICE
        I, Thomas J. Freda, hereby certify that on **October 13, 2004**, I served a copy of the forgoing answer to Plaintiff's Complaint by ***regular mail, postage prepaid*** to the following:

**Plaintiff's Attorney**                   **Co-Defendant's Attorney**

Howard Friedman, Esquire                   Austin M. Joyce, Esquire
**Law Offices of Howard Friedman, P.C.**   **Edward P. Reardon, P.C.**
90 Canal Street, Fifth Floor               397 Grove Street
Boston, MA 02114-2202                      Worcester, MA 01605

                                           Maria Sheehy, Asst. City Solicitor
                                           **City of Lowell**
                                           City Hall, Law Department
                                           375 Merrimack Street
                                           Lowell, MA 01852-5909


                                           _____**/s/**_____
                                           Thomas J. Freda - BBO#178150

C:\My Documents\Phaysanh Khakeo v. 2Moriarity and City of Lowell.wpd