UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHAYSANH KHAKEO, )
    Plaintiff, )
)
v. )
) Civil Action No. 04-11941 RWZ
DENNIS MORIARTY and )
KEVIN SULLIVAN, in their )
individual capacities, and )
the CITY OF LOWELL, )
    Defendants. )

## NOTICE OF APPEARANCE

I hereby file my appearance as counsel for the plaintiff in the above action.

RESPECTFULLY SUBMITTED,

_____
Jennifer L. Bills
BBO# 652223
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 10/27/04