UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHAYSANH KHAKEO,
    Plaintiff,

v.

DENNIS MORIARTY and
KEVIN SULLIVAN, in their
individual capacities, and
the CITY OF LOWELL,
    Defendants.

Civil Action No. 04-11941 RWZ

## NOTICE OF WITHDRAWAL

I hereby withdraw my appearance as counsel for the plaintiff in the above action.

RESPECTFULLY SUBMITTED,

J. Lizette Richards
BBO# 649413
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 10/27/04