UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANH KHAKEO,<br>    Plaintiff<br><br>v.<br><br>DENNIS MORIARTY and KEVIN SULLIVAN, in their individual capacities, and the CITY OF LOWELL,<br>    Defendants | Civil Action No. 04-11941-RWZ |

### L.R. 16.1(D)(3) CERTIFICATE

I, Phaysanh Khakeo, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 11/10/04

_____
Phaysanh Khakeo

I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

_____
Howard Friedman