UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>PHAYSANH KHAKEO, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>DENNIS MORIARTY and KEVIN )<br>SULLIVAN, in their individual capacities, )<br>and the CITY OF LOWELL, )<br>    Defendants )<br>_____) | Civil Action No. 04-11941-RWZ |

## JOINT STATEMENT AND PROPOSED DISCOVERY SCHEDULE

**I.     Pre–Discovery Disclosures**

The parties will provide automatic discovery in accordance with Fed.R.Civ.P. 26(a)(1) no later than November 30, 2004.

**II.    Proposed Discovery Plan**

The parties have agreed to the following discovery schedule:

1. Discovery will be phased. Discovery of the City during the first phase will be limited to interrogatories and requests for documents. The first phase of depositions discovery will focus on the incident and damages. Including the parties, this will require ten to fifteen depositions. Depositions relating to municipal liability will be reserved for the second phase of discovery.

2. The first phase of discovery will end on September 29, 2005. After that date a status conference will take place to discuss progress of the case and determine the next phase.

III. **SETTLEMENT**

Plaintiff made a settlement demand.

IV. **TRIAL BY MAGISTRATE**

The parties do not consent to a trial by a magistrate judge.

V. **CERTIFICATIONS**

The parties will submit separately certifications required by the Local Rule.

RESPECTFULLY SUBMITTED,
For the plaintiff:

/s/ Howard Friedman

_____
Howard Friedman
BBO# 180080
Myong J. Joun
BBO# 645099
Jennifer L. Bills
BBO # 652223
**Law Offices of Howard Friedman, P.C.**
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

| For defendant Dennis Moriarty: | For defendant Kevin Sullivan: |
|---|---|
| /s/ Thomas Freda /HF | /s/ Austin Joyce /HF |

Thomas J. Freda
BBO #178150
Jay Hodapp
BBO #551348
**Monahan & Padellaro**
43 Thorndike Street
Cambridge, MA 02141
(617) 494-1188

Austin M. Joyce
BBO #255040
Michael J. Akerson
BBO #558565
John K. Vigliotti
BBO #642337
Andrew J. Gambaccini
BBO #654690
**Edward P. Reardon, P.C.**
397 Grove Street
Worcester, MA 01605
(508) 754-7285

For defendant City of Lowell:

/s/ Maria Sheehy /HF

Maria Sheehy, Asst. City Solicitor
BBO #560102
**City of Lowell Law Department**
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
(978) 970-4050

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party  by mail  /  by hand.

Date: November 12, 2004   /s/ Howard Friedman