UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANY KHAKEO,<br>    Plaintiff )<br>)<br>v. )<br>)<br>DENNIS MORIARTY and )<br>KEVIN SULLIVAN, in their )<br>individual capacities and )<br>the CITY OF LOWELL, )<br>    Defendants ) | C.A. 04-11941-RWZ |

### CERTIFICATION OF DEFENDANT KEVIN SULLIVAN

The undersigned party and his counsel hereby affirm that they conferred:

(a)    regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Kevin Sullivan

_____
Austin M. Joyce, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040