UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHAYSANH KHAKEO )    C.A. NO. 04-11941-RWZ
    Plaintiff )
)
V. )
)
)
DENNIS MORIARTY AND )
KEVIN SULLIVAN, in their individual capacities, )
and the CITY OF LOWELL )
    Defendants )

## CERTIFICATE OF COMPLIANCE WITH RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the below signed have met to discuss a budget for the costs of conducting the full course of litigation and the costs of alternatives thereto, including the use of alternative dispute resolution programs.

Respectfully submitted,

CITY OF LOWELL, by its attorney,

_____
Brian W. Leahey, Assistant City Solicitor
BBO # 567403
City of Lowell Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
(978) 970-4050
FAX (978) 453-1510

CITY OF LOWELL

_____
By: John F. Cox, City Manager

KHAKEO

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on Howard Friedman, Esq., Law Offices Howard Friedman PC, 90 Canal Street, 5th Fl., Boston MA 02114-2022, Andrew J. Gambaccini, Esq. EDWARD P. REARDON PC, 397 Grove Street, Worcester MA 01605, and Thomas J. Freda, Esq., MONAHAN & PADELLARO, 43 Thorndike Street, E. Cambridge MA 02141-1714 via first-class mail, on December 6, 2004.

_____
Brian W. Leahey, Assistant City Solicitor

KHAKEO