UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11941-RWZ

PHAYSANH KHAKEO

v.

DENNIS MORIARTY, et al.

SCHEDULING ORDER

December 20, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Howard Friedman and Jennifer Leah Bills having appeared as counsel for plaintiff Phaysanh Khakeo; and Thomas J. Freda, Andrew J. Gambaccini, Brian W. Leahey, and Christopher S. O'Connor having appeared as counsel for defendant Dennis Moriarty, et al., the following action was taken:

1. Counsel agreed to complete the automatic discovery by November 30, 2004.

2. They will take no more than six depositions by March 31, 2005.

3. Counsel shall file a report concerning the status of settlement negotiations by April 15, 2005.

4. If the case is not settled, all discovery shall be completed by September 30, 2005.

5. A pretrial conference is scheduled to take place on October 5, 2005 at 2 p.m.

_December 20, 2004_
DATE

_Rya W. Zobel_
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE