CHRISTINE P. O'CONNOR
City Solicitor

DAVID J. FENTON
OWEN P. KANE
BRIAN W. LEAHEY
KIMBERLEY A. McMAHON
MARIA SHEEHY
THOMAS E. SWEENEY
Assistant City Solicitors



CITY OF LOWELL - LAW DEPARTMENT
375 MERRIMACK STREET – 3RD FL
LOWELL, MASSACHUSETTS 01852
Tel. (978) 970-4050
Fax (978) 453-1510

FILED
IN CLERKS OFFICE
2005 APR 19 A 11: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

April 15, 2005

Mr. Jay Johnson, Docket Clerk to
  Hon. Rya W. Zobel
U.S. District Court
One Courthouse Way
Boston MA 02210

**Re: Phaysanh Khakeo**
**Vs: City of Lowell, et al.**
**No: 04-11941-RWZ**

Dear Mr. Johnson:

Please accept this letter as the parties' **Status Report** in the above-entitled matter.

The parties have started the first phase of the Court's tracking order with regards to fact-based discovery. The parties have exchanged discovery answers and responses. The Plaintiff expects to take two depositions on April 26th. At this time, the Plaintiff does not anticipate taking a third deposition. The defendants have taken one deposition. A second deposition is scheduled for May 2nd. The defendants expect to take a 3rd deposition in the near future. Once fact based discovery is completed, the parties will be able to assess the strength and weakness of their positions and the possibility of settlement as the Court had suggested.

The parties are aware that the Final Pretrial Conference is scheduled for October 5, 2005 and discovery will be completed by September 30, 2005.

Very truly yours,

Brian W. Leahey
Assistant City Solicitor

cc:  Howard Friedman, Esq.
     Andrew J. Cambaccini, Esq.
     Thomas J. Freda, Esq.

KHAKEO