UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **PHAYSANH KHAKEO** | ) | C.A. NO. 04-11941-RWZ |
|     Plaintiff | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **DENNIS MORIARTY AND** | ) | |
| **KEVIN SULLIVAN,** in their individual capacities, | ) | |
| and the **CITY OF LOWELL** | ) | |
|     Defendants | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance as attorney for Defendant, City of Lowell, in the above entitled case.

October 5, 2005                                    **CITY OF LOWELL, DEFENDANT**

                                                        /s/ Brian W. Leahey
                                                        Brian W. Leahey, Assistant City Solicitor
                                                        BBO # 567403
                                                        Maria Sheehy, Assistant City Solicitor
                                                        BBO # 560102
                                                        City of Lowell Law Department
                                                        375 Merrimack Street, 3rd Fl.
                                                        Lowell MA 01852-5909
                                                        (978) 970-4050
                                                        FAX (978) 453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document and attachments was served on Howard Friedman, Esquire, LAW OFFICES OF HOWARD FRIEDMAN, P.C., 90 Canal Street, Fifth Floor, Boston, MA 02114-2202, Thomas J. Freda, LAW OFFICES OF MONAHAN & PADELLARO, 43 Thorndike Street, Cambridge, MA 02141-1714 and Andrew J. Gambaccini, Esq., Edward P. Reardon, P.C., 397 Grove Street, Worcester, MA 01605 via first-class mail, on October 5, 2005.

/s/ Brian W. Leahey  
Brian W. Leahey, Assistant City Solicitor