UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANH KHAKEO,<br>    Plaintiff,<br><br>v.<br><br>DENNIS MORIARTY and<br>KEVIN SULLIVAN, in their<br>individual capacities and<br>the CITY OF LOWELL,<br>    Defendants. | C.A. 04-11941-RWZ |

### STIPULATION OF PARTIAL DISMISSAL OF CLAIMS
### AGAINST DEFENDANT KEVIN SULLIVAN

Pursuant to Fed.R.Civ.P. 41 (a) (1) (ii), the parties hereby stipulate to the dismissal of two state law claims insofar as they are alleged against Defendant Kevin Sullivan in his individual capacity in the operative Complaint, which was filed with this Court on or about September 3, 2004. Namely, it is stipulated that Count VIII, alleging false imprisonment, and Count IX, alleging malicious prosecution, are dismissed only insofar as those Counts are against Defendant Kevin Sullivan. Defendant Kevin Sullivan remains a defendant in this case with respect to all of the other claims alleged against him.

This dismissal is to be with prejudice, without costs, without attorneys' fees being awarded to either party and with all parties waiving all rights of appeal as to the subject matter of this stipulation.

| | |
|---|---|
| The Plaintiff<br>By his Attorneys, | Defendant Kevin Sullivan<br>By his Attorneys, |
| /s/ Jennifer L. Bills<br>Howard Friedman<br>Jennifer Bills<br>Law Offices of Howard Friedman, P.C.<br>90 Canal Street, Fifth Floor<br>Boston, MA 02114-2202<br>617.742.4100 | /s/Andrew J. Gambaccini<br>Austin M. Joyce<br>Andrew J. Gambaccini<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>508.754.7285 |
| Defendant City of Lowell<br>By its Attorney, | Defendant Dennis Moriarty<br>By his Attorney, |
| /s/ Brian W. Leahey<br>Brian Leahey, Assistant City Solicitor<br>City of Lowell Law Department<br>375 Merrimack Street, 3rd Fl.<br>Lowell, MA 01852-5909<br>978.970.4050 | /s/ Thomas J. Freda<br>Thomas Freda<br>Monahan & Padellaro<br>43 Thorndike Street<br>Cambridge, MA 02141<br>617.494.1188 |