UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHAYSANH KHAKEO,
    Plaintiff,

v.                               C.A. 04-11941-RWZ

DENNIS MORIARTY and
KEVIN SULLIVAN, in their
individual capacities and
the CITY OF LOWELL,
    Defendants.

**DEFENDANT KEVIN SULLIVAN'S ASSENTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES**

Now comes Defendant Kevin Sullivan, by and through his undersigned counsel, and hereby respectfully requests leave to file a Memorandum of Law in Support of his Motion for Summary Judgment that exceeds the twenty-page limit set forth in LR, D.Mass. 7.1 (B) (4).

In support of this request, Defendant Sullivan states that the Complaint, as it now pertains to Defendant Sullivan, alleges that Defendant Sullivan: (1) failed to intervene to halt Defendant Dennis Moriarty's alleged use of unreasonable force upon the Plaintiff, thereby rendering Sullivan liable, pursuant to 42 U.S.C. § 1983, for the deprivation of the Plaintiff's constitutional right to remain free from such unreasonable use of force by government actors (Count I); (2) failed to supervise Moriarty adequately, to the detriment of certain of the Plaintiff's constitutional rights, a claim also advanced by means of § 1983 (Count IV); and, (3) violated certain of the Plaintiff's rights through threats, intimidation or coercion, in violation of M.G.L. ch. 12, § 11I (Count VI).

These counts raise a number of complex legal issues, including: the appropriate

constitutional standard by which this Court is to evaluate Defendant Sullivan's conduct; the identification and application of the guiding constitutional and other legal principles to this particular summary judgment record; and a focused consideration of the applicability of the doctrine of qualified immunity to each of these claims. Counsel for Defendant Sullivan respectfully submits that they have worked diligently to present their arguments as concisely as possible, but are unable to address the Plaintiff's claims within the twenty-page limit set forth in the Local Rule.

Pursuant to LR, D.Mass. 7.1 (A) (2), counsel for Defendant Sullivan has conferred with Plaintiff's counsel with respect to this Motion. Plaintiff's counsel has assented to this Motion, with the understanding that counsel for Defendant Sullivan will assent to the Plaintiff's request for leave to file an opposition in excess of the Local Rule, if necessary.

WHEREFORE, Defendant Sullivan respectfully requests that this Court grant leave to file a Memorandum not to exceed thirty-five pages in support of a Motion for Summary Judgment.

        Defendant Kevin Sullivan
        By his Attorneys,

        /s/Andrew J. Gambaccini
        Austin M. Joyce
        BBO # 255040
        Andrew J. Gambaccini
        BBO # 654690
        Reardon, Joyce & Akerson, P.C.
        397 Grove Street
        Worcester, MA 01605
        508.754.7285

Assented to:

The Plaintiff
By his Attorneys,


/s/Jennifer L. Bills
Howard Friedman
Jennifer L. Bills
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114-2202
617.742.4100