## AFFIDAVIT OF KEVIN SULLIVAN

Now comes the undersigned affiant and does depose as follows:

1.  My name is Kevin Sullivan, I am of majority age and otherwise qualified and capable of making a statement under oath.

2.  I am a police officer employed by the City of Lowell, Massachusetts with approximately eighteen years of law enforcement experience. From 1987 through 1992, I was a police officer serving the Town of Westford, Massachusetts. In 1992, I took a civil service transfer to the City of Lowell, beginning as a patrol officer for the City. In March, 1997, I was promoted to the rank of Sergeant and then, in February of 1999, I was again promoted to the rank of Lieutenant.

3.  I now serve in the assignment of a dayshift Street Supervisor. In addition, on various days, I am assigned as Shift Coordinator for Platoon Number Two.

4.  In September, 2001, I was assigned to the position of Officer-in-Charge of the Community Response Unit of the Lowell Police Department, having been given that assignment in September, 2000.

5.  The function of the officers assigned to the Community Response Unit was to provide assistance to the patrol unit on any significant matter occurring within the City. This could range from a choking baby to a major criminal incident. A majority of the Unit's time was spent on preventing and dealing with the numerous gangs operating within the City.

6.  On September 9, 2001, I was working the 4 p.m. to 12 a.m. shift, I was wearing a full Lowell Police Department uniform and was operating a marked Lowell Police Department cruiser. Officer Dennis Moriarty, also assigned to the Community Response Unit, was working the same shift in plainclothes and, as I had instructed at the beginning of the shift, was conducting surveillance on gang members in various areas of Lowell. At some point prior to 7 p.m. on that evening, Moriarty ended his surveillance activities and joined me as a passenger in my cruiser for patrol duty.

7.  At some point after 7 p.m., I heard a radio transmission dispatching Lowell units to respond to the area of 125 Grand Street in Lowell in order to respond to reports of a large group of Asian males fighting in the street with baseball bats and machetes.

8.  That section of Grand Street was an area known to me, as I was aware of prior incidents involving weapons having taken place in that area.

-1-

**EXHIBIT A**

9.    I activated my cruiser lights and proceeded to respond to the call, turning onto Chelmsford Street–a public way that intersects with Grand Street in the vicinity of the reported fight.

10.    As I drove down Chelmsford Street to the Grand Street intersection, I observed several male individuals running toward my cruiser, away from Grand Street.

11.    Because the call on Grand Street involved a large number of male individuals fighting with weapons, and these individuals were running away from that location, I suspected that they might have been involved in the fight and were attempting to flee the scene. I learned later that Officer Mike McCann was at the intersection of Chelmsford and Grand Streets and, seeing my cruiser and the fleeing males, was gesturing to my cruiser to detain the individuals.

12.    I saw these individuals duck into a driveway area located between two buildings in the area of 115 Chelmsford Street. I then pulled my marked cruiser onto the sidewalk area near this driveway and exited the cruiser, along with Officer Moriarty.

13.    Officer Moriarty exited the cruiser first and, because he was closer to the driveway, entered the driveway area first.

14.    This area was a paved lot, enclosed on all sides by buildings except for the portion by which Officer Moriarty and I entered, as had the fleeing male individuals.

15.    As I entered the area, Officer Moriarty already had detained three male individuals against a wall to the immediate left as one faced into the driveway area. Officer Moriarty was conducting a pat frisk of these individuals in order to determine if any were carrying weapons.

16.    I did not assist Officer Moriarty with his pat frisk, as he appeared to have the matter under control. Instead, I walked further into this paved area because I observed a large number of individuals in this area and wanted to explain to this group that Officer Moriarty and I were responding to a call for a large fight right around the corner and were investigating the involvement of the three individuals being detained by Moriarty in that fight.

17.    As I attempted to explain the police presence to this group, individuals in the group began yelling back statements to the effect that we did not belong there, that we should go down the street if there was a fight there and that we should "get the fuck off" the property. The loudest member of the group who was making such statements was wearing a St. Louis Rams football jersey, and later was identified as Mr. Somphet Khakeo.

18.    Standing in front of this large group, I continued to try to explain our presence and continued to be met with loud and abusive comments. I was attempting to maintain calm as best as I could with verbal tactics, but as the yelling and swearing continued, I began to worry that the situation was going to get out of control. There was great danger if that were to happen because Officer Moriarty and I were outnumbered greatly and many of the back-up officers that would be able to assist already were tied up with the large fight down the street.

19.    As I continued my attempts to keep the situation from escalating, my attention was drawn to my left, where I observed Officer Moriarty, who apparently had completed his pat frisk of the three men for weapons, and an individual later identified as Phaysanh Khakeo engaged with one another verbally.

20.    My focus was drawn back to the group in front of me, and I continued to make verbal attempts to keep the situation calm.

21.    My attention then was drawn a second time to my left, where I observed Officer Moriarty and Mr. Phaysanh Khakeo engaged with one another in what looked like a wrestling position–with each one having their hands in the shoulder or chest area of the other, with a grip on the other's shirt.

22.    I did not observe how the physical contact between Officer Moriarty and Mr. Phaysanh Khakeo began.

23.    At the time, I would estimate that I was approximately ten feet from Officer Moriarty and Mr. Phaysanh Khakeo.

24.    I turned to face in the direction of these two men, putting the large group of people to my right, and, as I attempted to proceed toward them, I was struck on the right side of my head by a fist.

25.    I turned in the direction of the punch and observed Mr. Inthala Vannaraj to be the individual who had struck me. I immediately took Mr. Vannaraj to the ground in order to prevent further battery on my person and in order to place him under arrest for the battery.

26.    I put Mr. Vannaraj face-first on the ground, holding him securely on the ground, and, because it seemed as if the large group was advancing closer, I yelled loudly for the people to stay back.

27.    I then waited for additional officers to respond in order to assist with Mr. Vannaraj.

28.    After additional officers arrived and Mr. Vannaraj was placed under arrest and

-3-

into a patrol wagon for transport to the station, I observed Mr. Phaysanh Khakeo also being placed into the wagon. I further observed a cut on his forehead, and contacted the dispatcher to request that an ambulance meet the wagon at the station to render medical aid for the cut.

29.    At no time did I see Officer Moriarty strike Mr. Phaysanh Khakeo with his hands or with any object.

Signed under the penalties of perjury this _13th_ day of October, 2005.

_____
Kevin Sullivan