Case 1:04-cv-11941-RWZ   Document 24-3   Filed 11/22/2005   Page 1 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

```
 1          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
 2                CA. NO. 04-11941RWZ
 3    * * * * * * * * * * * * * * * * *
      PHAYSANH KHAKEO,
 4            Plaintiff,
      vs.
 5    DENNIS MORIARTY, in his individual
      capacity, KEVIN SULLIVAN, in his
 6    individual capacity, and the CITY OF
      LOWELL,
 7            Defendants.
      * * * * * * * * * * * * * * * * *
 8
 9       DEPOSITION OF DENNIS MORIARTY,
10    called as a witness by counsel for
11    the Plaintiff, pursuant to the
12    provisions of the Federal Rules of
13    Procedure, before Andrea L. Cupples,
14    Professional Court Reporter and
15    Notary Public, in and for the
16    Commonwealth of Massachusetts, taken
17    at the law offices of Howard
18    Friedman, 90 Canal Street, 5th
19    floor, Boston, Massachusetts, on
20    Tuesday, May 24, 2005, commencing at
21    10:10 a.m.
22
23
24                    EXHIBIT B
```

1

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

### Page 14

A. No.
Q. At some point, you joined the Lowell Police gang unit; is that correct?
A. Yes.
Q. Did you have to applied for that position?
A. They posted it, and I wrote a letter saying I was interested in being a part of the unit.
Q. Did you get any special training for that unit when you joined?
A. No.
Q. How long had you been a member of the unit before this incident in September 9, 2001?
A. A few months.
Q. As part of your job in the gang unit, were you to learn who the known gang members were in the City of Lowell?
A. Yes, I was.
Q. Was there some way you went about doing that?
A. We reviewed the photos and certain

### Page 15

areas of individuals through FID cards, known gang members.
Q. When you say you reviewed photos are you referring to booking photographs?
A. Booking photographs that had been gathered from crime analysis. They already had a data base of known gang members.
Q. Did you learn the names of certain gangs?
A. Yes.
Q. You mentioned that you looked at FIDs?
A. Yes.
Q. What are FIDs?
A. Field interview cards.
Q. When there would be a field interview, would there be a photograph taken as well?
A. Sometimes.
Q. Had you looked at these FID cards and photos before September 9, 2001?
A. Some of the them.

### Page 16

Q. The gangs in Lowell weren't only Asian gangs?
A. Yes.
Q. There would be Hispanic gangs?
A. Yes.
Q. On September 9, 2001, what was your job responsibilities?
A. I was a member of the community response unit.
Q. That is the unit that you referred to as the gang unit?
A. That is the community response unit.
Q. But you referred to it as the gang unit; is that right?
A. I could have referred to it as the gang unit, but it is the community response unit. That was our main responsibility.
Q. When you wrote your report about this incident, you said that this happened while you were assigned to the Lowell gang unit, didn't you?
A. Correct. It was both names, the same operations.

### Page 17

Q. It was a gang unit with other responsibilities?
A. Yes.
Q. What shift did you work that day?
A. I believe 4:00 p.m. to midnight.
Q. Had you worked any other shift that day?
A. I don't believe so.
Q. Do you know when was the last shift you worked before that one would have been?
A. That would have been the day before.
Q. You would work on the Saturday, and then the Sunday?
A. I believe so. I am not sure how my days were scheduled that week.
Q. Do you know whether before your shift on September 9, 2001, you watched the Patriots game that day?
A. I don't recall.
Q. Are you football fan?
A. Yes.
Q. When you came to work on September 9, 2001, did you have a

5 (Pages 14 to 17)

Case 1:04-cv-11941-RWZ   Document 24-3   Filed 11/22/2005   Page 3 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

**Page 18**

1   particular task to perform?
2   A. Yes.
3   Q. What?
4   A. I was to conduct surveillance on a
5      few gangs.
6   Q. Were there particular gangs that you
7      were going to conduct surveillance
8      on?
9   A. Yes.
10  Q. What were the gang names?
11  A. The MLS, DLB, and the TRGs.
12  Q. What is the MLS group?
13  A. That is a blood group of Asians that
14     frequent in the Walker Street area.
15  Q. What about the DLBs group, what kind
16     of group is that?
17  A. That an Asian group also.
18  Q. Do they have particular area that
19     they frequent?
20  A. They are spread out all over the
21     city, but their main area would be
22     the Queen Street area.
23  Q. What part of Lowell would Queen
24     Street be in?

**Page 19**

1   A. That would be the lower highlands.
2   Q. What about TRG, what kind of group
3      would that be?
4   A. That is also an Asian group.
5   Q. Did they have a particular area?
6   A. They would be in the Middlesex
7      Street area.
8   Q. You referred to these groups as
9      gangs, is there an age range for
10     these gang members?
11  A. Eight to 30.
12  Q. When you were going to do
13     survelience I assume you had looked
14     at information about who were
15     members of these various groups?
16  A. We had dealt with these groups
17     through a period of time. I was in
18     a unmarked capacity just checking
19     the areas.
20  Q. I gather you wouldn't be able to
21     infiltrate these Asian groups
22     because you are not Asian?
23  A. Yes.
24  Q. You also would have been older than

**Page 20**

1      most of the people in the Asian
2      group?
3   A. Yes.
4   Q. Did you have an unmarked car?
5   A. Yes.
6   Q. How were you dressed that day?
7   A. Dungarees, a green T-shirt, and
8      sneakers.
9   Q. Did you keep your badge over your
10     neck?
11  A. When I was in the car, it was under
12     my T-shirt. When I got out of the
13     car, it was outside of my T-shirt.
14  Q. Did you, in fact, surveil the gangs
15     in an unmarked car?
16  A. Yes, I did.
17  Q. For how long did you do that?
18  A. A couple of hours.
19  Q. What are the areas of Lowell that
20     you were driving in?
21  A. Mostly in the highlands.
22  Q. Was that upper and lower?
23  A. Mostly lower highlands.
24  Q. That would include Chelmsford

**Page 21**

1      Street, Grand Street, Howard Street?
2   A. Yes.
3   Q. Did you come across any gangs while
4      you were in your unmarked car?
5   A. Yes, I did.
6   Q. What did you observe?
7   A. Large group on Queen Street and a
8      large group on Middlesex Street.
9   Q. Were they on the sidewalk or street?
10  A. Sidewalk.
11  Q. What were they doing?
12  A. Just hanging out at the house that
13     they usually hang out at.
14  Q. When you say there was a "large
15     group" on Queen Street, how many
16     people were in that group?
17  A. Fifteen.
18  Q. And there was a large group on
19     another street you said?
20  A. Yes, Middlesex.
21  Q. How many were in that group?
22  A. Fifteen people. I could not give
23     you an exact number.
24  Q. Did you see anyone with weapons in

Case 1:04-cv-11941-RWZ   Document 24-3   Filed 11/22/2005   Page 4 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

**Page 22**

that group?
A. No.
Q. Did you interact with them in any way?
A. Yes.
Q. Did you see any other gang activity while you were still in the unmarked car?
A. No.
Q. At some point, you left your unmarked car?
A. Yes.
Q. What caused you to do that?
A. Lieutenant Sullivan had called and said that he wanted me to get in the car with him.
Q. Did you have a radio with you?
A. Yes.
Q. Where was the radio?
A. On my person.
Q. You were wearing jeans and a T-shirt and you had a police radio somewhere on your body?
A. Correct.

**Page 23**

Q. Was it hidden by your T-shirt?
A. I had a clip on my Motorola 600. I had it clipped on my belt.
Q. Did Lieutenant Sullivan tell you why he wanted you to go with him?
A. I want to say that he said that it was getting to be a busy night, and that he wanted me in a marked unit.
Q. What time was that?
A. I don't recall.
Q. You started at 4 p.m. You say that you were in an unmarked unit for two hours. Was that six o'clock when Lieutenant Sullivan contacted you?
A. I don't know. I don't have an exact time for you, sir.
Q. When Lieutenant Sullivan said that he wanted you in a marked unit, did that mean that you were going to be in his marked car?
A. Yes.
Q. Was he the driver the entire time?
A. Yes.
Q. If one officer is in uniform and the

**Page 24**

other is in plain clothed, would the uniformed officer typically be the drive?
A. There is no set rule.
Q. What happened after you joined Lieutenant Sullivan?
A. I was just driving in the unmarked vehicle with him.
Q. Did you observe anything unusual?
A. What time, sir?
Q. From the time you began?
A. No, not until we got a call about a disturbance.
Q. For how long had you been driving with Lieutenant Sullivan before you received the call for the disturbance?
A. I don't know the exact time, sir.
Q. I understand that and I am not asking for the exact. I am asking you how long were you driving with Lieutenant Sullivan before you got the call, not the actual time of the day. How long the two of you had

**Page 25**

been now driving together in the unmarked car?
A. Maybe, 40 minutes.
Q. What areas of the city were you and Lieutenant Sullivan been driving in?
A. Mostly the Highlands.
Q. Lower Highlands?
A. Yes.
Q. Would it be accurate to say that the lower Highlands would be an Asian neighborhood?
A. A mixture of Asian and white.
Q. The lower Highland is the area that you noted problems with Asian gangs; is that correct?
A. Yes, there are numerous Asian locations in that area.
Q. At some point you heard a call that caused you to go to Chelmsford Street, is that right?
A. Yes.
Q. Do you recall what time you received the call?
A. I believe shortly after 7 p.m.

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

**Page 26**

1  Q. Do you recall, in general, the
2     content of the communication?
3  A. I believe dispatch put out a call
4     about a large fight involving
5     approximately 20 to 30 Asians with
6     bats and machetes.
7  Q. Do you recall what location it was
8     called on?
9  A. Grand and Chelmsford Street.
10 Q. Do you recall an address on Grand
11    Street?
12        MR. HODAPP: Objection.
13 A. I don't recall the exact number.
14 Q. At the time the call came in on the
15    radio, where were you and Lieutenant
16    Sullivan?
17 A. We were traveling on Westford
18    Street.
19 Q. Heading towards which direction?
20 A. Towards Chelmsford Street.
21 Q. How far from Chelmsford Street were
22    you?
23 A. Within three or four blocks.
24 Q. After that communication, what did

**Page 27**

1     you and Lieutenant Sullivan do?
2  A. Lieutenant Sullivan proceeded
3     towards the address listed.
4  Q. He went down Westford Street and
5     turned onto Chelmsford Street?
6  A. Yes.
7  Q. That would be a right turn?
8  A. Yes.
9  Q. Did he activate a siren or lights?
10 A. He activated his lights.
11 Q. Did he communicate with you in any
12    way?
13 A. No.
14 Q. You made a right turn onto
15    Chelmsford Street. What happened
16    then?
17 A. Preceded down Chelmsford Street.
18 Q. What happened as you went down
19    Chelmsford Street?
20 A. As we came onto Chelmsford Street,
21    we saw a couple of police cars at
22    the bottom of Chelmsford and Grand,
23    and at this time, he pulled over
24    right by Jordan's Pizza.

**Page 28**

1  Q. You saw some police cars at
2     Chelmsford and Grand?
3  A. Yes.
4  Q. How many police cars did you see
5     there?
6  A. Two.
7  Q. Did you see any police officers?
8  A. I could not make out who was on the
9     scene.
10 Q. Did you see any people who were in
11    Lowell uniforms?
12 A. Yes.
13 Q. How many officers did you see?
14 A. Two.
15 Q. What were the officers doing?
16 A. They were out of the car at the
17    bottom of the street.
18 Q. Did you see any civilians?
19 A. Yes.
20 Q. Where were the civilians?
21 A. Coming up Chelmsford Street.
22 Q. Coming up Chelmsford towards
23    Westford Street?
24 A. Yes.

**Page 29**

1  Q. How many civilians did you see doing
2     that?
3  A. Three.
4  Q. Can you describe them?
5  A. Asian males.
6  Q. Any idea how old they were?
7  A. Mid-twenties.
8  Q. How were they dressed?
9  A. I don't recall.
10 Q. What were they doing?
11 A. Coming up Chelmsford Street, and
12    turned onto 115 Chelmsford.
13 Q. You remember today seeing that?
14    This is your own memory?
15 A. Yes.
16 Q. When you say that "they were coming
17    up," was there anything unusual in
18    the way they were coming up
19    Chelmsford Street?
20 A. They were coming up Chelmsford
21    Street at a good clip turning into
22    115 Chelmsford Street.
23 Q. Do you have them in your sight the
24    entire time they were coming up and

Case 1:04-cv-11941-RWZ    Document 24-3    Filed 11/22/2005    Page 6 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

Page 30

1  turning onto 115 Chelmsford?
2  A. Yes.
3  Q. Lieutenant Sullivan stopped his car
4     at some point?
5  A. Yes.
6  Q. That was near 115 Chelmsford Street?
7  A. Yes.
8  Q. What happened after the Lieutenant
9     stopped the car?
10 A. When he stopped the car, I exited
11    the cruiser.
12 Q. Do you get out first?
13 A. Yes.
14 Q. Then what did you do?
15 A. When I stepped out of the car, I
16    asked the three individuals to stop.
17 Q. To stop doing what?
18 A. Moving.
19 Q. What kind of movement were they
20    making?
21 A. They going towards the party.
22 Q. Why you did first ask them to stop?
23 A. They were coming from the area of
24    the fight.

Page 31

1  Q. Had you seen any of the three
2     individuals involved in any kind of
3     fight?
4  A. No.
5  Q. Did you any of three individuals
6     have any weapons?
7  A. No.
8  Q. At any point did you see any signs
9     of bats or machetes?
10 A. No.
11 Q. What happened after you asked the
12    three individuals to stop?
13 A. The three individuals originally
14    kept walking, and I once again asked
15    them to stop and get to the wall.
16 Q. What happened then?
17 A. At this time, the three individuals
18    went over to the wall, and I
19    conducted a pat frisk.
20 Q. Did you have them get against the
21    wall in any particular position?
22 A. Get against the wall and put your
23    hands on the wall.
24 Q. So you wanted them to face the wall?

Page 32

1  A. Yes.
2  Q. Did you have them move their feet
3     out, so you could conduct a
4     pat frisk?
5  A. Yes.
6  Q. Did you frisk all three of them?
7  A. Yes.
8  Q. They did not fight you at all when
9     you did that?
10 A. No.
11 Q. Did you find any weapons?
12 A. No.
13 Q. While you were conducting the pat
14    frisk, did you speak to them?
15 A. No, I did not.
16 Q. When we say "a pat frisk," is this
17    what we would call a Terry stop; is
18    that correct?
19        MR. HODAPP: Objection.
20    You can answer.
21 A. No. This would be a pat frisk for
22    weapons.
23 Q. When you say "a pat frisk for
24    weapons," what reason did you have

Page 33

1     to believe that any of these three
2     individuals had a weapons?
3  A. Three of the individuals came from
4     where the bat and machete fight was
5     and they weren't complying with my
6     original order.
7  Q. Did you have personal knowledge that
8     they had been at a bat and machete
9     fight?
10 A. No, I just use my personal
11    observations in the direction they
12    were coming from.
13 Q. Did you recognize any of these three
14    individuals?
15 A. No.
16 Q. During the course of the pat frisk,
17    did you ask them to identify
18    themselves to you?
19 A. No, I did not.
20 Q. Why not?
21 A. I did not have time to.
22 Q. You had time to pat frisk each one,
23    you had to do one at a time, I
24    assume, correct?

Case 1:04-cv-11941-RWZ  Document 24-3  Filed 11/22/2005  Page 7 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

**Page 34**

1. A. Yes.
2. Q. Did you have any conversation while
3. you pat frisked them?
4. A. No.
5. Q. Before you did that, did you tell
6. the other people in the area why you
7. were there?
8. A. Yes.
9. Q. What did you say?
10. A. I said that we had a serious fight
11. down the street. I wanted to make
12. sure these individuals were not
13. involved in it.
14. Q. Did you tell them that you got a
15. call about a gang fight off of Grand
16. Street?
17. A. I don't recall my exact words.
18. Q. After you got out of the car, do you
19. know what Lieutenant Sullivan was
20. doing?
21. A. Lieutenant Sullivan also got out of
22. the cruiser.
23. Q. What did he do?
24. A. He went towards the crowd that was

**Page 35**

1. in the driveway.
2. Q. Did Lieutenant Sullivan assist you
3. at first in the pat frisk?
4. A. Lieutenant Sullivan came up
5. behind me. I conducted the pat
6. frisk on all three of them.
7. Q. Did Lieutenant Sullivan tell these
8. three individuals to get up against
9. the wall?
10. A. I don't recall.
11. Q. I am going to show you your trial
12. testimony, and direct you to your
13. testimony to page 11, line 7 and it
14. goes to page 9. Do you want to take
15. a look at that.
16.     At the trial did you
17. tell them, "Lieutenant Sullivan came
18. over and told them to get up against
19. the wall?"
20.     MR. HODAPP: Can we go off
21. the record for a minute?
22.     MR. FRIEDMAN: Yes.
23.     (Discussion of the
24.     record.)

**Page 36**

1. Q. Have you read that portion?
2. A. Yes.
3. Q. Does that refresh your memory that
4. Lieutenant Sullivan told them to get
5. up against the wall?
6. A. Yes.
7. Q. He he did do that?
8. A. Yes.
9. Q. After Lieutenant Sullivan told these
10. individuals to get up against the
11. wall, what happened?
12. A. That when I went over and conducted
13. that pat frisk.
14. Q. What did Lieutenant Sullivan do?
15. A. He stayed behind me.
16. Q. Would that be a standard police
17. tactic?
18. A. An officer safety issue.
19. Q. While Lieutenant Sullivan was behind
20. you, what was happening?
21. A. There was an argument starting at
22. the party.
23. Q. What do you mean by that an argument
24. was starting?

**Page 37**

1. A. An individual had approached
2. Lieutenant Sullivan and argued in an
3. aggressive manner.
4. Q. Did you see the individual or did
5. you hear this?
6. A. I both heard and saw him.
7. Q. What did you hear?
8. A. I heard him tell Lieutenant Sullivan
9. to get out of here.
10. Q. Did he say anything else?
11. A. Just get out of here. I want you
12. off of my property.
13. Q. What did you see?
14. A. I saw a lot of things. There were a
15. lot of people at the party.
16. Q. Well, with regards to this man, did
17. you actually look at this man?
18. A. He had a Kirk Warner shirt on,
19. Number 13.
20. Q. Do you now know his name?
21. A. Yes.
22. Q. What is his name?
23. A. Somphet Khakeo.
24. Q. What did the Lieutenant say to

Case 1:04-cv-11941-RWZ   Document 24-3   Filed 11/22/2005   Page 8 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

**Page 38**

1  Somphet?
2  A. I don't know recall the exact words.
3  Q. Where was Somphet?
4  A. He was off to my right.
5  Q. Was he sitting or standing?
6  A. He was standing.
7  Q. What happened next?
8  A. In regards to what, sir?
9  Q. You were doing pat frisk, you heard
10   this person begin arguing with the
11   Lieutenant, asking him to leave?
12  A. I finished my pat frisk and moved
13   over towards the Lieutenant.
14  Q. Did you conduct a pat frisk because
15   you seen a black object on the
16   waistband of one of the individuals?
17  A. I discovered an object on one of the
18   individuals, a cell phone.
19  Q. The cell phone was not the reason
20   you conducted the pat frisk?
21  A. I was unsure what he had on him when
22   I first initiated the pat frisk.
23  Q. When you say you were "unsure what
24   he had on him," had you seen

**Page 39**

1  something that you thought might be
2  a weapon?
3  A. Yes.
4  Q. When did you see something that made
5   you think the person had a weapon?
6  A. When he went up against the wall.
7  Q. You were really beginning the pat
8   frisk when you first saw?
9  A. No. It was when I first saw him,
10   and I ordered him to get up against
11   the wall.
12  Q. Where was his cell phone at that
13   point?
14  A. At his waist.
15  Q. Did he ever try and pick up the cell
16   phone by hand?
17  A. No.
18  Q. Where was the cell phone at that
19   point?
20  A. On his waist.
21  Q. Did he ever try to pick up the cell
22   phone in his hand?
23  A. No.
24  Q. You say you had finished the pat

**Page 40**

1  frisk and then moved towards
2  Lieutenant Sullivan; is that
3  correct?
4  A. Yes.
5  Q. You were satisfied with your results
6   of the pat frisk?
7  A. Yes.
8  Q. What was the reason that you moved
9   toward Lieutenant Sullivan?
10  A. Lieutenant Sullivan was involved an
11   argument with several individuals
12   and he was trying to calm them down.
13   I was just going over to assist the
14   Lieutenant.
15  Q. People were arguing, other than
16   Somphet Khakeo?
17  A. Yes.
18  Q. How many other people were involved
19   in the argument?
20  A. I would say seven people at the
21   table.
22  Q. Were they all involved in the
23   argument?
24  A. It was very, very loud. I could not

**Page 41**

1  tell who was talking with the
2  Lieutenant. The Lieutenant was
3  trying to calm them down to control
4  the situation.
5  Q. Were the people at the table all
6   males?
7  A. Yes.
8  Q. Was there anything on the table?
9  A. Empty beer bottles and partially
10   drank beer bottles.
11  Q. Any particular brand of beer?
12  A. Heineken.
13  Q. Anything other than Heineken?
14  A. Hennessy. I think it is a coniac.
15  Q. Heineken would be in a green bottle;
16   is that correct?
17  A. Yes.
18  Q. And Hennessy would be a brown liquid
19   in a clear bottle?
20  A. I don't know what that would fall
21   under.
22  Q. Was it a clear bottle?
23  A. I want to say a brown bottle with a
24   cream colored label.

Case 1:04-cv-11941-RWZ   Document 24-3   Filed 11/22/2005   Page 9 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

### Page 46

1  A. Yes.
2  Q. Then you have a line of three, "X."
3  Would that represent the three
4  people against the wall?
5  A. Yes.
6  Q. Then you have two cars, and I
7  recognize that it is not to scale.
8  A. Yes.
9  Q. There were two cars pointed in a
10  little further down than where the
11  three people are; is that correct?
12  A. Yes.
13  Q. You have a box and a line going out
14  which is a "T." I gather that would
15  be the table?
16  A. Yes.
17  Q. On the diagram, could you draw the
18  two garage doors? Could you put
19  them in your diagram as well? Do
20  you want to put a "D" on the door
21  for the garage doors? Do you know
22  where the barbecue grill was in that
23  scene?
24  A. According to your picture?

### Page 47

1  Q. No. Where you saw it. Will you put
2  "BBQ." "BQ" that is fine. So you
3  were first with the first people
4  marked by "X" and Lieutenant
5  Sullivan was by the table; is that
6  correct?
7  A. No.
8  Q. He was with you and he went to the
9  table and he had the discussion that
10  you talked about?
11  A. Yes.
12  Q. Then what did you do?
13  A. I came over to assist Lieutenant
14  Sullivan.
15  Q. You and Lieutenant Sullivan were
16  near the table?
17  A. He was closer to the table; I was
18  closer to the parked cars.
19  Q. How far were you from Lieutenant
20  Sullivan?
21  A. Twelve to 15 feet.
22  MR. FRIEDMAN: Let's take
23  a quick break.
24  (Recess.)

### Page 48

1  Q. ^ I believe you just stated that
2  you were about 12 feet from
3  Lieutenant Sullivan; is that
4  correct?
5  A. Yes.
6  Q. And you were near the parked cars?
7  A. Yes.
8  Q. Did you notice if there were any
9  people in those parked cars?
10  A. No.
11  Q. Then Lieutenant Sullivan was engaged
12  in some sort argument with some
13  people at the table, including
14  Somphet?
15  A. Yes.
16  Q. What happened next?
17  A. I preceded over to Lieutenant
18  Sullivan. At that time, Somphet
19  Khakeo was over with Phaysanh Khakeo
20  by the parked cars.
21  Q. Somphet moved towards the parked
22  cars?
23  A. Yes.
24  Q. Who was with him?

### Page 49

1  A. His brother, Phaysanh.
2  Q. The two of them left the table, and
3  went to the parked cars?
4  A. I said Phaysanh had Somphet over by
5  the parked cars.
6  Q. You said that Phaysanh had Somphet
7  over by the parked cars, what do you
8  mean by that?
9  A. He had a hold of his brother over by
10  the wall.
11  Q. He was physically touching his
12  brother?
13  A. Yes.
14  Q. Up until then, had you made any
15  observations of Phaysanh Khakeo?
16  A. No.
17  Q. Had you heard him say anything?
18  A. I don't recall him saying anything
19  prior to that.
20  Q. Do you recall him saying anything at
21  that point?
22  A. No.
23  Q. What was Phaysanh Khakeo doing with
24  regards to his brother Somphet?

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

**Page 50**

1  A. He had tried to physically muzzle
2     his brother.
3  Q. What do you mean by physically
4     muzzle?
5  A. Put his hand over his mouth.
6  Q. When he did that, did he say
7     anything to brother?
8  A. He told him to shut up.
9  Q. At that point, what was the brother
10    saying, Somphet?
11 A. I don't recall the exact words.
12 Q. Earlier, had Somphet been telling
13    Lieutenant Sullivan to leave the
14    area?
15 A. Yes.
16 Q. Had Lieutenant Sullivan been trying
17    to get Somphet to quiet down?
18 A. Yes.
19 Q. At that point, Phaysanh had been
20    doing the same thing Lieutenant
21    Sullivan had wanted to have done,
22    correct?
23       MR. LEAHEY: Objection.
24 A. Yes.

**Page 51**

1  Q. What happened next?
2  A. At that time, I moved over towards
3     Phaysanh Khakeo, and Somphet moved
4     over to the table.
5  Q. The two of them got over towards the
6     parked car?
7  A. Yes.
8  Q. When you say that they moved over
9     near the parked cars, were they
10    towards the front of the car or
11    towards the back of the car?
12 A. Towards the front of the car,
13    towards the wall.
14 Q. Near the red, brick wall?
15 A. Yes.
16 Q. I gather Phaysanh took his hand away
17    from brother, Somphet?
18 A. Yes.
19 Q. What happened then?
20 A. Somphet went back to the table.
21 Q. What did you Somphet do then?
22 A. Continued to argue with Lieutenant
23    Sullivan.
24 Q. What was he saying?

**Page 52**

1  A. There was basically a yelling match
2     going on.
3  Q. Was Lieutenant Sullivan yelling back
4     at Somphet?
5  A. No. Lieutenant Sullivan was trying
6     to de-escalate the situation, and
7     calm everyone down.
8  Q. How was Lieutenant trying to
9     de-escalate the situation?
10 A. Telling them to be quiet and telling
11    them why we were there. At this
12    time, I called for a secondary unit
13    to come over.
14 Q. Did you have to take the radio from
15    your belt to do that?
16 A. I just had to push the button and
17    spoke.
18 Q. Up to that point had you any
19    conversation with Phaysanh?
20 A. No.
21 Q. What happened next?
22 A. I moved over towards the table
23    towards Lieutenant Sullivan. At
24    this time, Phaysanh wanted my name.

**Page 53**

1  Q. You were moving away from him
2     towards the table?
3  A. I would say in between him and the
4     table.
5  Q. I thought he was near the brick
6     wall?
7  A. Yes.
8  Q. You were, I assume, what would be
9     between him and the table at that
10    point?
11 A. I came from this area and came
12    around over by the table where
13    Lieutenant Sullivan was, that was
14    when Phaysanh demanded my name and
15    my attention was drawn towards him
16    and the parked cars.
17 Q. At that point, Phaysanh was near the
18    brick wall?
19 A. Yes.
20 Q. He was more towards the front of
21    cars, and you were more towards the
22    back of the car?
23 A. Yes.
24 Q. Were you separated by a car length

14 (Pages 50 to 53)

Case 1:04-cv-11941-RWZ   Document 24-3   Filed 11/22/2005   Page 11 of 11

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

Page 54

1 at that point?
2 A. Approximately, I would say that is
3    accurate.
4 Q. Any problem with him asking your
5    name?
6 A. No.
7 Q. Any problem with the way he asked
8    for your name?
9 A. He was pretty loud about it, but I
10   answered.
11 Q. What did you say?
12 A. I said "I am Officer Moriarty."
13 Q. What happened next?
14 A. I asked for his name.
15 Q. How did you ask him for his name?
16 A. I said, "I want your name, sir."
17 Q. Was this the first time you asked
18    anyone for their name?
19 A. Yes.
20 Q. You did not ask the three people you
21    thought might have been in that
22    fight?
23 A. No.
24 Q. Why did you want Phaysanh Khakeo's

Page 55

1    name?
2 A. I wanted to know his name because he
3    appeared to be the owner of the
4    property.
5 Q. What led to you concluded he was
6    owner of the property?
7 A. He seemed to have -- I don't know
8    how I determined that. I couldn't
9    give you an accurate answer on that.
10 Q. I assume you had not known him
11    before this incident?
12 A. No.
13 Q. Did you know that Lowell Real Estate
14    was operated from that area?
15 A. No.
16 Q. Had he said to you "I own this
17    property"?
18 A. I don't believe he did.
19 Q. Was he the first person to ask you
20    your name?
21 A. Yes.
22 Q. Were you concerned that he wanted to
23    file a complaint against you by
24    getting your name?

Page 56

1 A. No.
2 Q. You did not think he was being some
3    sort of wise guy by asking you your
4    name?
5 A. No.
6 Q. What happened after you asked for
7    his name?
8 A. He replied and gave me his name.
9 Q. Was anything improper about the way
10    that he gave you his name?
11 A. He swore.
12 Q. When you say that, what did he do?
13 A. He said his name was fuck'n Phaysanh
14    Khakeo.
15 Q. Was that first time he swore?
16 A. To the best my knowledge. I don't
17    know if he had sworn at Lieutenant
18    Sullivan prior.
19 Q. Until he was saying his name, you
20    had not heard Phaysanh Khakeo swear,
21    correct?
22 A. Yes.
23 Q. Up to that point, had you sworn at
24    anyone while you were at the area of

Page 57

1    115 Chelmsford Street?
2 A. No.
3 Q. What happened after Mr. Khakeo told
4    you his name?
5 A. At that time, a disturbance broke
6    out at the table, and I went over to
7    Lieutenant Sullivan, and I was
8    assaulted by Phaysanh Khakeo.
9 Q. When you say there was a disturbance
10    at the table, how did you learn
11    there was a disturbance at the
12    table?
13 A. It was 12 feet to the right of me.
14 Q. I gather that when Mr. Khakeo was
15    telling you his name that you were
16    looking towards him?
17 A. Yes.
18 Q. He was by the red, brick wall,
19    correct?
20 A. Yes.
21 Q. Was his back towards the wall and
22    his face was looking towards you?
23 A. Yes.
24 Q. So then you heard some sort of