```
                    UNITED STATES DISTRICT COURT
                         No. 04-11941-RWZ
```

- - - - - - - - - - - - - -
PHAYSANH KHAKEO            -
         Plaintiff         -
                           -
vs.                        -
                           -
DENNIS MORIARTY and        -
KEVIN SULLIVAN, in their   -
Individual Capacities,     -
and the CITY of LOWELL,    -
         Defendants        -
- - - - - - - - - - - - - -

**DEPOSITION** of **PHAYSANH KHAKEO**, called on behalf of the Defendant, taken pursuant to the Federal Rules of Civil Procedure before Carla J. Grand, Professional Court Reporter and Notary Public within and for the Commonwealth of Massachusetts, at Lowell City Hall, 375 Merrimack Street, 2nd Floor, Lowell, Massachusetts, on Monday, May 2, 2005, commencing at 10:10 a.m.

**EXHIBIT C**



A-PLUS COURT REPORTING SERVICES
1959 Lakeview Avenue • Dracut MA 01826-3209
Office: (978) 455-1522 • Fax: (978) 455-1523

1   A.   I don't recall.

2   Q.   Did you have any lights on?

3   A.   Not yet.

4   Q.   Do you have lights in this area?

5   A.   Yes.

6   Q.   Where are the lights?

7   A.   (Indicating).

8   Q.   On D?

9   A.   One right here (indicating).

10  Q.   At the corner near the garage there is a light?

11  A.   Yes, sir.

12  Q.   Is that the only light back there?

13  A.   Yes. The outside, you mean, right.

14  Q.   Yeah, outside light?

15  A.   Yes.

16  Q.   Was it still light out or was it getting dark?

17  A.   It starting to get dark.

18  Q.   What happened when Moriarty got out of the car,
19       what did he do?

20  A.   He walk into this area (indicating) and start
21       talking to these guys in the back. And he
22       starts saying, What are you doing here.
23       Something like that.

24  Q.   So he was talking to one of the two --

| | | |
|---|---|---|
| 1 | A. | These guys here in the back. |
| 2 | Q. | The guys that you later learned were at the |
| 3 | | grill or your brother and the other guy? |
| 4 | A. | I don't know he is exactly direct to when he was |
| 5 | | talking, but there's people here. But I know |
| 6 | | there is a couple of guys that were sitting |
| 7 | | right here. |
| 8 | Q. | Did he come up and speak to your brother? |
| 9 | A. | Again, I don't know who he spoke to, but I heard |
| 10 | | they were saying asking him, What are you doing |
| 11 | | here. And they were saying about barbecue. |
| 12 | Q. | I don't mean to interrupt you, but Moriarty was |
| 13 | | the one asking what they were doing here? |
| 14 | A. | Yes, sir. |
| 15 | Q. | And what were, when say "they," you mean your |
| 16 | | guests? |
| 17 | A. | Yes, sir. |
| 18 | Q. | But you don't know which one was talking to |
| 19 | | Moriarty? |
| 20 | A. | I don't know exactly which one. But I heard, |
| 21 | | these two were talking. |
| 22 | Q. | Who were those two? |
| 23 | A. | I don't know. Either my brother or I don't know |
| 24 | | this guy name. His name is on there. |

1  Q.   Do you recall your brother talking to Moriarty?
2  A.   One of these guys is, is this guy here
3       (indicating).
4  Q.   Can you pronounce that name?
5  A.   Phoumasay.
6  Q.   Which is the 8th name down?
7  A.   Yes, sir.
8  Q.   So him and your brother Somphet are in these two
9       seats here?
10 A.   Yes.  They were start talking directly to
11      Officer Moriarty.
12 Q.   And what is being said?
13 A.   He came up and he said, What are you doing here.
14      And they were saying, We are having barbecue.
15      And they said, What are you doing here or that
16      he mentioned something about the fight, and he
17      said, You know there's a fight up the street.
18      And these two guys right away they were saying,
19      Well, fight up the street, why don't you go up
20      the street and take care of the fight up there.
21      We were having barbecue here.
22 Q.   Were these two guys, were they yelling?
23 A.   No.
24 Q.   Normal tone?

```
 1            off?
 2   A.       I don't recall.  I know that he has his
 3            flashlight.
 4   Q.       Was he holding the flashlight?
 5   A.       Yes.
 6   Q.       How was he holding it?
 7   A.       I don't remember.  I know that he had flashlight
 8            with him.
 9   Q.       Do you know if it was in his right hand or left
10            hand?
11   A.       I don't remember.
12   Q.       Where did he hit you with the flashlight?
13   A.       First he hit me in the stomach here and tore
14            through the rib.
15   Q.       And how did he -- did you see him hit you with
16            it?
17   A.       I didn't see it clearly.  It came so fast.
18            Because I never thought he would have hit me.
19   Q.       Are you facing him at this time?
20   A.       I facing him.
21   Q.       So, if you are you and I'm Moriarty, he comes
22            right at you face-to-face with the flashlight in
23            one of his hands?
24   A.       Yes.
```

| | | |
|---|---|---|
| 1 | Q. | And did you see the manner in which he used his hand to hit you with the flashlight? |
| 3 | A. | I don't recall which hand he using exactly. |
| 4 | Q. | And where exactly on your person did he hit you? |
| 5 | A. | Under the ribs here. |
| 6 | Q. | On the -- |
| 7 | A. | My right. |
| 8 | Q. | Your right ribs? |
| 9 | A. | On the bottom. |
| 10 | Q. | Did he say anything prior to hitting you with the flashlight? |
| 12 | A. | He told me to, Shut the fuck up. And he asking me for my name. And after I stated my name then he start hitting me with the flashlight. |
| 15 | Q. | How many times did he hit you with the flashlight? |
| 17 | A. | Numerous time. I don't remember exactly how many times. It happened so fast. |
| 19 | Q. | More than once? |
| 20 | A. | More than once. |
| 21 | Q. | More than twice? |
| 22 | A. | More than twice. |
| 23 | Q. | Three times? |
| 24 | A. | I don't know how many times. But he is police |

```
 1            your property?
 2    A.      Repeat?
 3    Q.      In terms of a time frame, how long was it from
 4            you joining the party until you saw the two
 5            officers enter your property?
 6    A.      Oh, about 20 minutes I had been there.  First I
 7            sat down and start to talk to the people at the
 8            cookout.  And that's how I discovered two police
 9            officers came in.
10    Q.      With regard to the officer that you now know as
11            Lt. Sullivan who was in a uniform, can you
12            describe him for me physically?
13    A.      He's, to give you his figures, he is way out to
14            my left a little bit.  I couldn't see him that
15            well.
16    Q.      He was too far away from you to see him?
17    A.      Yes, sir.
18    Q.      And that's when he entered the property?
19    A.      Yes, sir.
20    Q.      So you wouldn't be able to give an indication as
21            to hair color?
22    A.      I couldn't tell.
23    Q.      Do you recall what color shirt he was wearing?
24    A.      I know that he was in uniform.
```

| | | |
|---|---|---|
| 1 | Q. | You don't recall the color of the uniform? |
| 2 | A. | It's dark color. |
| 3 | Q. | When Lt. Sullivan entered upon the property, and |
| 4 | | I hate to do this to you, that one is kind of |
| 5 | | bad. This one is better (indicating). When you |
| 6 | | saw Lt. Sullivan enter upon the property could |
| 7 | | you indicate where you were? |
| 8 | A. | I was right here (indicating) at the end of the |
| 9 | | table. |
| 10 | Q. | Can you maybe put an X in the red pen where you |
| 11 | | were. |
| 12 | A. | (Witness complies.) |
| 13 | Q. | Can you indicate where Lt. Sullivan walked? |
| 14 | A. | He came into this area (indicating). |
| 15 | Q. | I understand this is not exactly the way he |
| 16 | | walked, but if you could give us a sense. |
| 17 | A. | But inside, he was in this area (indicating). |
| 18 | Q. | And this was Lt. Sullivan's position at what |
| 19 | | time? |
| 20 | A. | The time that he was there? Like 7:20, 7:30. |
| 21 | Q. | Let me ask it a different way. At some point |
| 22 | | there was a conversation with two members of the |
| 23 | | cookout, the people that were visiting there |
| 24 | | from the cookout and the police officers, |

1   correct?
2   A.   Yes.
3   Q.   During that conversation would it be the green X
4   where Lt. Sullivan was standing?
5   A.   Yes.
6   Q.   How far is that green X in terms of
7   approximation from where you were?
8   A.   I would say good, this is just estimate. I
9   would say good 15 or 12, 15 feet.
10  Q.   12 to 15 feet. Between where you were, I
11  believe, seated and where Lt. Sullivan, was
12  there anything in between you, a table or car or
13  anything like that?
14  A.   Table. Table here (indicating).
15  Q.   Could you put T on that.
16  A.   (Witness complies.)
17  Q.   Now, you had also testified earlier that at some
18  point Officer Moriarty approached you, did he
19  approach you in the area where that red X is?
20  A.   Little bit --
21           MR. LEAHEY: Do you want to have
22  Moriarty in black?
23  A.   When I was sitting I was at the end of the
24  table. When he demanded me to stand against up

|    |    |    |
|----|----|----|
| 1  |    | the wall, so I step out here a little bit.  I |
| 2  |    | would say one couple of steps to be. |
| 3  | Q. | Can you put a W where you moved to. |
| 4  | A. | (Witness complies.) |
| 5  | Q. | And that's where you and Officer Moriarty had |
| 6  |    | your contact with one another? |
| 7  | A. | Yes, sir. |
| 8  | Q. | Do you know where Lt. Sullivan was during that |
| 9  |    | time period? |
| 10 | A. | He's in this area (indicating). |
| 11 | Q. | To your knowledge he didn't come any closer? |
| 12 | A. | That's right. |
| 13 | Q. | Earlier when you were testifying about the |
| 14 |    | physical contact between Officer Moriarty and |
| 15 |    | yourself, and forgive me if I am |
| 16 |    | mischaracterizing it, and correct me; you |
| 17 |    | indicated that it happened so fast.  Could you |
| 18 |    | give me a sense of the time frame from when |
| 19 |    | Officer Moriarty first made contact with you |
| 20 |    | until you recall being on the ground?  How long |
| 21 |    | did it take? |
| 22 | A. | I didn't know that I had to be here to capture |
| 23 |    | the times.  But it happened so fast.  Right |
| 24 |    | after he talked to the boys back here and start |

1   Q.   On that date.

2   A.   Right at the -- when they first walked up, and
3        he was distant. I can't even tell, I can't even
4        make out his face, what's he really look like.
5        I didn't have that opportunity.

6   Q.   Earlier in questioning from Attorney Leahey you
7        talked about the embarrassment that you felt as
8        a result of this incident within the community,
9        correct?

10  A.   Yes, sir.

11  Q.   Did that embarrassment end when you moved away
12       from Lowell?

13  A.   It still -- no. I came, last night I went to a
14       restaurant to eat at the people I know in
15       Leominster. And the guy said, Hey, you came
16       back. I thought they boot you out of the city.
17       I pretend like I don't hear. I just ate my food
18       and left.

19  Q.   During your daily life in Arkansas which is
20       where you live now do you feel embarrassed as a
21       result of this incident?

22  A.   No, because nobody know, and I'm not talking
23       about this incident to anybody.

24              MR. GAMBACCINI: I have nothing else.