```
                UNITED STATES DISTRICT COURT
                    No. 04-11941-RWZ


        - - - - - - - - - - - - - -

        PHAYSANH KHAKEO              -
                    Plaintiff        -
                                     -
        vs.                          -
                                     -
        DENNIS MORIARTY and          -
        KEVIN SULLIVAN, in their     -
        Individual Capacities,       -
        and the CITY of LOWELL,      -
                    Defendants       -
                                     -
        - - - - - - - - - - - - - -
```

**DEPOSITION** of **SOMPHET KHAKEO**, called on behalf of the Defendant, taken pursuant to the Massachusetts Rules of Civil Procedure before Carla J. Grand, Professional Court Reporter and Notary Public within and for the Commonwealth of Massachusetts, at Lowell City Hall, 375 Merrimack Street, 2nd Floor, Lowell, Massachusetts, on Wednesday, March 23, 2005, commencing at 9:00 a.m.

**EXHIBIT D**

---

**A-PLUS COURT REPORTING SERVICES**
1959 Lakeview Avenue • Dracut MA 01826-3209
Office: (978) 455-1522 • Fax: (978) 455-1523

A.   Yes.

Q.   And how did they arrive?

A.   They came and started yelling.

Q.   Did you see how they got there? Did they come in the car or by foot?

A.   I didn't see.

Q.   Do you recall how they were dressed?

A.   No.

Q.   Do you know whether or not they were in uniform or not?

A.   One of them was not in uniform. I don't know which one.

Q.   One was, one wasn't?

A.   I don't remember.

Q.   Is it your testimony that you don't remember how they were dressed at all, one may have been in a uniform or you just don't know?

A.   I don't know how they were dressed.

Q.   What were the police officers yelling when they came in?

A.   They wanted everybody to put their hands up and go against the wall.

Q.   Did they explain why they were there?

A.   Yeah, they say that there was a call up the

```
 1            street, that people were fighting up the street
 2            or something.
 3    Q.      Did they say anything about a large fight
 4            between Asian gang members?
 5    A.      No.
 6    Q.      Anything about a machete?
 7    A.      Not that I recall no.
 8    Q.      If they had mentioned a machete is that
 9            something that you normally would have recalled?
10    A.      Well, I mean, yeah, if they say something like
11            that, but I don't think, I didn't hear them say
12            anything.
13    Q.      They didn't say anything like that?
14    A.      No.
15    Q.      How about anything about bats or sticks?
16    A.      No.
17    Q.      Did they ask people their names?
18    A.      When they first came in or?
19    Q.      Yeah, when they first came in.
20    A.      No.
21    Q.      How about after they said, everybody put your
22            hands up against the wall, what happened next?
23    A.      Well, they were, I was asking them question.
24    Q.      What did you ask them?
```

```
 1   A.   I asked them what they are doing there.
 2   Q.   Did you yell it or did you say it?
 3   A.   I don't know.  It's normally say, what are you
 4        guys doing here.  I don't know, I don't think I
 5        yelled, no.
 6   Q.   Were you loud when you said it?
 7   A.   Might have.
 8   Q.   Did you swear at them?
 9   A.   No.
10   Q.   Did you call them pigs?
11   A.   No.
12   Q.   What did they respond when you asked them a
13        question?
14   A.   Tell me to shut up.
15   Q.   What happened next?
16   A.   Then I stopped and talked to my brother.
17   Q.   Were you upset the police there?
18   A.   No, not really.
19   Q.   So you went and talked to your brother?
20   A.   No, I didn't.  The police did.
21   Q.   Oh, the police went.  Did the police search
22        anybody when they were there when they first
23        came in?
24   A.   No.
```

|   |    |                                                                 |
|---|----|-----------------------------------------------------------------|
| 1 |    | each other I take it?                                           |
| 2 | A. | I guess. I only saw one.                                        |
| 3 | Q. | Oh, okay. If you only saw one just put one                      |
| 4 |    | there.                                                          |
| 5 | A. | (Witness complies.)                                             |
| 6 | Q. | So no one went to the wall, no one went against                 |
| 7 |    | the wall after the police said, get up against                  |
| 8 |    | the wall?                                                       |
| 9 | A. | Not me, anyway.                                                 |
| 10| Q. | And then what happened when the police officer                  |
| 11|    | went up to your brother?                                        |
| 12| A. | Started talking.                                                |
| 13| Q. | Do you remember what was being said between                     |
| 14|    | them?                                                           |
| 15| A. | Well, my brother was asking for the officer's                   |
| 16|    | name.                                                           |
| 17| Q. | And you remember that clearly?                                  |
| 18| A. | Yes.                                                            |
| 19| Q. | Was your brother yelling?                                       |
| 20| A. | No.                                                             |
| 21| Q. | Was he swearing?                                                |
| 22| A. | No.                                                             |
| 23| Q. | Was he upset?                                                   |
| 24| A. | My brother?                                                     |

| | | |
|---|---|---|
| 1 | Q. | Yes. |
| 2 | A. | No. |
| 3 | Q. | After he asked the officer's name what happened? |
| 4 | A. | The office says back in a tone voice and started |
| 5 | | swearing at him. |
| 6 | Q. | So the officer raised his voice and swore at |
| 7 | | your brother? |
| 8 | A. | Yes. |
| 9 | Q. | What then did your brother do? |
| 10 | A. | Nothing, I guess. That's all I remember. And |
| 11 | | then the other officer was tackling me to the |
| 12 | | ground. |
| 13 | Q. | When did you first see this other officer? |
| 14 | A. | I didn't see him actually. Because there was a |
| 15 | | lot of them at the end. It happened so fast. |
| 16 | Q. | What happened so fast? |
| 17 | A. | That incident. They were there quick. |
| 18 | Q. | Prior to -- at this point when the officer is |
| 19 | | speaking to your brother had anyone been asked |
| 20 | | for their name and date of birth by the police? |
| 21 | A. | I don't remember. |
| 22 | Q. | Did you see what happened between your brother |
| 23 | | and the police officer? |
| 24 | A. | Little bit. |