UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANH KHAKEO,<br>    Plaintiff,<br><br>v.<br><br>DENNIS MORIARTY and<br>KEVIN SULLIVAN, in their<br>individual capacities and<br>the CITY OF LOWELL,<br>    Defendants. | C.A. 04-11941-RWZ |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to LR, D.Mass. 7.1, the undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel in the above-captioned matter in a good faith attempt to resolve or narrow the issues presented in the accompanying Motion for Summary Judgment filed on behalf of Defendant Kevin Sullivan.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini
BBO # 654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285