UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANH KHAKEO,<br>      Plaintiff<br><br>v.<br><br>DENNIS MORIARTY,<br>in his individual capacity,<br>KEVIN SULLIVAN,<br>in his individual capacity,<br>and the CITY OF LOWELL,<br>      Defendants | CIVIL ACTION NO. 04-11941-RWZ |

**PLAINTIFF'S ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO KEVIN SULLIVAN'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Phaysanh Khakeo moves this court for an extension of time to January 18, 2006, for Plaintiff to file an opposition to Defendant Kevin Sullivan's Motion for Summary Judgment. In support of this motion, Plaintiff states as follows:

1. Defendant Kevin Sullivan served a Motion for Summary Judgment on Plaintiff's counsel on November 22, 2005, the Tuesday before Thanksgiving.

2. District Court Local Rule 7.1(B)(2) requires responses to motions be filed within fourteen days after service of the motion.

3. Plaintiff's counsel, Jennifer Bills, was on vacation during the entire Thanksgiving holiday week; thus, she first received the motion on Monday, November 28, 2005.

4. Plaintiff's counsel is engaged in a busy discovery schedule during the month of December, and they request an additional several weeks for filing an opposition.

5. Counsel for Defendant Kevin Sullivan, Andy Gambaccini, assents to this motion.

6. The interests of justice support allowing this motion, and no one will be prejudiced thereby.

WHEREFORE, Plaintiff moves this Court to extend the time for Plaintiff to file his opposition to Defendant Kevin Sullivan's Motion for Summary Judgment, to January 18, 2006, and to order any other and further relief as this Court deems just and proper.

For the plaintiff,
By his attorneys,

/s/ Jennifer L. Bills
_____
Howard Friedman, BBO #180080
Jennifer L. Bills, BBO #652223
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
Tel: (617) 742-4100


ASSENTED TO:
For Kevin Sullivan,

/s/ Andrew J. Gambaccini /JLB
_____
Andrew J Gambaccini, BBO #654690
Austin M. Joyce, BBO #255040
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester MA 01605
Tel: (508) 754-7285


**CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)**

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with opposing counsel and have resolved the issue that is the subject of the accompanying motion.

Date: December 1, 2005        /s/ Jennifer L. Bills


**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorneys of record for each party who are not using CM/ECF by mail.

Date: December 1, 2005        /s/ Jennifer L. Bills