UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHAYSANH KHAKEO,<br>    Plaintiff<br><br>v.<br><br>DENNIS MORIARTY,<br>in his individual capacity,<br>KEVIN SULLIVAN,<br>in his individual capacity,<br>and the CITY OF LOWELL,<br>    Defendants | CIVIL ACTION NO. 04-11941-RWZ |

**PLAINTIFF PHAYSANH KHAKEO'S ASSENTED TO MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANT KEVIN SULLIVAN'S MOTION FOR SUMMARY JUDGMENT NOT TO EXCEED TWENTY-FIVE PAGES**

Now comes Plaintiff Phaysanh Khakeo, by and through his undersigned counsel, and hereby respectfully requests leave to file an Opposition to Defendant Kevin Sullivan's Motion for Summary Judgment that exceeds by five pages the twenty-page limit set forth in LR, D.Mass. 7.1(B) (4). In support of this request, Plaintiff Khakeo states that the Court allowed Defendant Sullivan to file a twenty-five page Memorandum in Support of Summary Judgment. In order to respond adequately to Defendant's Memorandum, Plaintiff respectfully submits that he has worked diligently to present his arguments as concisely as possible, but he is unable to address Defendant's contentions within the twenty-page limit set forth in the Local Rule.

Pursuant to LR, D.Mass. 7.1(A) (2), counsel for Plaintiff Khakeo has conferred with Defendant's counsel with respect to this Motion. Defendant's counsel has assented to this Motion, and in fact, he did so at the time he filed his original Motion to Exceed the Page Limit.

WHEREFORE, Plaintiff Khakeo respectfully requests that this Court grant leave to file a Opposition to Defendant's Motion for Summary Judgment not to exceed twenty-five pages.

THE PLAINTIFF
By his Attorneys,

/s/ Jennifer L. Bills
_____
Howard Friedman
Jennifer L. Bills
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114-2202
(617) 742-4100


ASSENTED TO:
For Kevin Sullivan,

/s/ Andrew J. Gambaccini/JLB
_____
Austin M. Joyce
BBO#255040
Andrew J. Gambaccini
BBO#654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

**CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)**

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with opposing counsel and have resolved the issue that is the subject of the accompanying motion.

Date: January 18, 2006      Jennifer L. Bills

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorneys of record for each party who are not using CM/ECF by mail.

Date: January 18, 2006      Jennifer L. Bills