UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHAYSANH KHAKEO, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS MORIARTY, | ) | CIVIL ACTION NO. 04-11941-RWZ |
| in his individual capacity, | ) | |
| KEVIN SULLIVAN, | ) | |
| in his individual capacity, | ) | |
| and the CITY OF LOWELL, | ) | |
| Defendants | ) | |

**PLAINTIFF'S ASSENTED TO MOTION FOR AN EXTENSION OF TWO ADDITIONAL DAYS TO FILE OPPOSITION TO KEVIN SULLIVAN'S MOTION FOR SUMMARY JUDGMENT AND ACCOMPANYING CONCISE STATEMENT OF DISPUTED MATERIAL FACTS**

Plaintiff Phaysanh Khakeo, with the assent of Defendant Kevin Sullivan, moves this Court for an extension of time of two additional days, until Friday, January 20, 2006, for filing his Opposition to Defendant Kevin Sullivan's Motion for Summary Judgment. As grounds therefor, counsel states that Plaintiff contests the motion and has worked diligently to complete his opposition; however, two additional days are necessary to compile exhibits and file the opposition.

Wherefore, Plaintiff hereby respectfully requests a two-day extension to January 20, 2006, for the filing of a responsive pleading to Defendant Kevin Sullivan's Motion For Summary Judgment.

FOR THE PLAINTIFF,
By his attorneys,

/s/ Jennifer L. Bills

_____
Howard Friedman, BBO #180080
Jennifer L. Bills, BBO #652223
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
Tel: (617) 742-4100


ASSENTED TO:
For Kevin Sullivan,

/s/ Andrew J Gambaccini/JLB

_____
Andrew J Gambaccini, BBO #654690
Austin M. Joyce, BBO #255040
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester MA 01605
Tel: (508) 754-7285


**CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)**

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with opposing counsel and have resolved the issue that is the subject of the accompanying motion.

Date: January 18, 2006        Jennifer L. Bills


**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorneys of record for each party who are not using CM/ECF by mail.

Date: January 18, 2006        Jennifer L. Bills