# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANH KHAKEO,<br>Plaintiff<br><br>v.<br><br>DENNIS MORIARTY,<br>in his individual capacity,<br>KEVIN SULLIVAN,<br>in his individual capacity,<br>and the CITY OF LOWELL,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION NO. 04-11941-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## **AFFIDAVIT OF HOWARD FRIEDMAN**

I, Howard Friedman, on oath, depose and say the following:

1.      I am an attorney in good standing in the Commonwealth of Massachusetts, and I am counsel for the Plaintiff in the above case.

2.      Exhibit numbers 2, 3, 6, and 16 are true and accurate copies of deposition transcripts, or excerpts therefrom, in the above case.

3.      Exhibit numbers 4, 5, 8, and 19 of the Exhibits in Support of Plaintiffs' Opposition to Summary Judgment are true and accurate copies of documents (two police reports, a Lowell Police Department ("LPD") letter/memorandum, a criminal complaint, and an LPD call log) that were produced by the Defendants in response to Plaintiffs' request for production of documents.

4.      Exhibit numbers 9-11 and 13-15 are true and accurate copies of excerpts from the trial transcripts in the matters of *Commonwealth v. Khakeo and Vannaraj*, Case Nos. 0111CR006131-32 (Mass. Dist. Ct. (Lowell) 2002).

5.    Exhibit number 12 is a true and accurate copy of excerpts from Plaintiff Phaysanh Khakeo's Answers to Defendant Kevin Sullivan's First Set of Interrogatories.

6.    Exhibit number 18 is a true and accurate photograph of Phaysanh Khakeo that was produced to Defendants through discovery.

Signed under the pains and penalties of perjury, this 20th day of January, 2006,

Howard Friedman
BBO #180080
Law Offices of Howard Friedman
90 Canal Street, Fifth floor
Boston, MA 02114-2022
(617) 742-4100

2

Exhibit 2

# O'BRIEN & LEVINE

Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

## Phaysanh Khakeo v. Dennis Moriarty, et al.

**Transcript of the Testimony of:**

# Dennis Moriarty

# May 24, 2005

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

ORIGINAL

Andrea L. Cupples    1-15085

1

1          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
2                    CA. NO. 04-11941RWZ
3      * * * * * * * * * * * * * * * * *
       PHAYSANH KHAKEO,
4              Plaintiff,
       vs.
5      DENNIS MORIARTY, in his individual
       capacity, KEVIN SULLIVAN, in his
6      individual capacity, and the CITY OF
       LOWELL,
7              Defendants.
       * * * * * * * * * * * * * * * * *
8
9       DEPOSITION OF DENNIS MORIARTY,
10     called as a witness by counsel for
11     the Plaintiff, pursuant to the
12     provisions of the Federal Rules of
13     Procedure, before Andrea L. Cupples,
14     Professional Court Reporter and
15     Notary Public, in and for the
16     Commonwealth of Massachusetts, taken
17     at the law offices of Howard
18     Friedman, 90 Canal Street, 5th
19     floor, Boston, Massachusetts, on
20     Tuesday, May 24, 2005, commencing at
21     10:10 a.m.
22
23
24

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

2

```
 1              A P P E A R A N C E S
 2
 3      THE LAW OFFICES OF HOWARD FRIEDMAN
        By: Howard Friedman, Esq.
 4      90 Canal Street, 5th floor
        Boston, Massachusetts
 5      (617)742-4100
        For the Plaintiff
 6
 7      THE LAW OFFICES OF MONAHAN &
        PADELLARO
 8      By:  Jay Hodapp, Esq.
        43 Thorndike Street
 9      Cambridge, Massachusetts 02140
        (617)494-1188
10      For the Defendant, Dennis Moriarty
11
        THE CITY OF LOWELL
12      By: Brian W. Leahey, Esq.
        375 Merrimack St., 3rd floor
13      Lowell, Massachusetts 01852
        (978) 970-4050
14      For the Defendant, The City of
        Lowell
15
16      REARDON, JOYCE & AHERSON, P.C.
        By: Andrew J. Gambaccini, Esq.
17      397 Grove Street
        Worcester, Massachusetts 01605
18      For the Defendant, Kevin Sullivan
19
        Also present:  Scott Taylor,
20      Jennifer L. Bills, Esq.
21
22
23
24
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

4

```
1              P R O C E E D I N G S
2                   MR. FRIEDMAN:  All objections,
3         except as to form, including motions to
4         strike will be reserved until the time of
5         trial.  Have the witness read and sign
6         within 30 days, waive the notary.
7                   MR. HODAPP:  That is agreeable to
8         me.
9                   *****
10                  Dennis Moriarty, a witness
11        called by counsel for the Plaintiff, having
12        been duly sworn, testified as follows:
13             EXAMINATION BY MR. FRIEDMAN
14   Q.  Would you state your name for the record,
15        please.
16   A.  Dennis Moriarty.
17   Q.  You are currently employed with the Lowell
18        Police Department?
19   A.  Yes.
20   Q.  How long have you been employed with the
21        Lowell Police Department?
22   A.  Since 1989.
23   Q.  Have you reviewed any documents to prepare
24        yourself for this deposition?
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

14

```
 1    A.   No.

 2    Q.   At some point, you joined the Lowell

 3         Police gang unit; is that correct?

 4    A.   Yes.

 5    Q.   Did you have to applied for that

 6         position?

 7    A.   They posted it, and I wrote a letter

 8         saying I was interested in being a

 9         part of the unit.

10    Q.   Did you get any special training for

11         that unit when you joined?

12    A.   No.

13    Q.   How long had you been a member of

14         the unit before this incident in

15         September 9, 2001?

16    A.   A few months.

17    Q.   As part of your job in the gang

18         unit, were you to learn who the

19         known gang members were in the City

20         of Lowell?

21    A.   Yes, I was.

22    Q.   Was there some way you went about

23         doing that?

24    A.   We reviewed the photos and certain
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

15

1          areas of individuals through FID

2          cards, known gang members.

3     Q.   When you say you reviewed photos are

4          you referring to booking

5          photographs?

6     A.   Booking photographs that had been

7          gathered from crime analysis.  They

8          already had a data base of known

9          gang members.

10    Q.   Did you learn the names of certain

11         gangs?

12    A.   Yes.

13    Q.   You mentioned that you looked at

14         FIDs?

15    A.   Yes.

16    Q.   What are FIDs?

17    A.   Field interview cards.

18    Q.   When there would be a field

19         interview, would there be a

20         photograph taken as well?

21    A.   Sometimes.

22    Q.   Had you looked at these FID cards

23         and photos before September 9, 2001?

24    A.   Some of the them.

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

16

```
 1    Q.   The gangs in Lowell weren't only
 2         Asian gangs?
 3    A.   Yes.
 4    Q.   There would be Hispanic gangs?
 5    A.   Yes.
 6    Q.   On September 9, 2001, what was your
 7         job responsibilities?
 8    A.   I was a member of the community
 9         response unit.
10    Q.   That is the unit that you referred
11         to as the gang unit?
12    A.   That is the community response unit.
13    Q.   But you referred to it as the gang
14         unit; is that right?
15    A.   I could have referred to it as the
16         gang unit, but it is the community
17         response unit.  That was our main
18         responsibility.
19    Q.   When you wrote your report about
20         this incident, you said that this
21         happened while you were assigned to
22         the Lowell gang unit, didn't you?
23    A.   Correct.  It was both names, the
24         same operations.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

20

```
1            most of the people in the Asian

2            group?

3    A.   Yes.

4    Q.   Did you have an unmarked car?

5    A.   Yes.

6    Q.   How were you dressed that day?

7    A.   Dungarees, a green T-shirt, and

8            sneakers.

9    Q.   Did you keep your badge over your

10           neck?

11   A.   When I was in the car, it was under

12           my T-shirt.  When I got out of the

13           car, it was outside of my T-shirt.

14   Q.   Did you, in fact, surveil the gangs

15           in an unmarked car?

16   A.   Yes, I did.

17   Q.   For how long did you do that?

18   A.   A couple of hours.

19   Q.   What are the areas of Lowell that

20           you were driving in?

21   A.   Mostly in the highlands.

22   Q.   Was that upper and lower?

23   A.   Mostly lower highlands.

24   Q.   That would include Chelmsford
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

21

```
 1          Street, Grand Street, Howard Street?
 2     A.   Yes.
 3     Q.   Did you come across any gangs while
 4          you were in your unmarked car?
 5     A.   Yes, I did.
 6     Q.   What did you observe?
 7     A.   Large group on Queen Street and a
 8          large group on Middlesex Street.
 9     Q.   Were they on the sidewalk or street?
10     A.   Sidewalk.
11     Q.   What were they doing?
12     A.   Just hanging out at the house that
13          they usually hang out at.
14     Q.   When you say there was a "large
15          group" on Queen Street, how many
16          people were in that group?
17     A.   Fifteen.
18     Q.   And there was a large group on
19          another street you said?
20     A.   Yes, Middlesex.
21     Q.   How many were in that group?
22     A.   Fifteen people.  I could not give
23          you an exact number.
24     Q.   Did you see anyone with weapons in
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

22

```
 1         that group?
 2    A.   No.
 3    Q.   Did you interact with them in any
 4         way?
 5    A.   Yes.
 6    Q.   Did you see any other gang activity
 7         while you were still in the unmarked
 8         car?
 9    A.   No.
10    Q.   At some point, you left your
11         unmarked car?
12    A.   Yes.
13    Q.   What caused you to do that?
14    A.   Lieutenant Sullivan had called and
15         said that he wanted me to get in the
16         car with him.
17    Q.   Did you have a radio with you?
18    A.   Yes.
19    Q.   Where was the radio?
20    A.   On my person.
21    Q.   You were wearing jeans and a T-shirt
22         and you had a police radio somewhere
23         on your body?
24    A.   Correct.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

25

```
 1           been now driving together in the

 2           unmarked car?

 3      A.   Maybe, 40 minutes.

 4      Q.   What areas of the city were you and

 5           Lieutenant Sullivan been driving in?

 6      A.   Mostly the Highlands.

 7      Q.   Lower Highlands?

 8      A.   Yes.

 9      Q.   Would it be accurate to say that

10           the lower Highlands would be an

11           Asian neighborhood?

12      A.   A mixture of Asian and white.

13      Q.   The lower Highland is the area that

14           you noted problems with Asian gangs;

15           is that correct?

16      A.   Yes, there are numerous Asian

17           locations in that area.

18      Q.   At some point you heard a call that

19           caused you to go to Chelmsford

20           Street, is that right?

21      A.   Yes.

22      Q.   Do you recall what time you received

23           the call?

24      A.   I believe shortly after 7 p.m.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

26

1    Q.    Do you recall, in general, the

2          content of the communication?

3    A.    I believe dispatch put out a call

4          about a large fight involving

5          approximately 20 to 30 Asians with

6          bats and machetes.

7    Q.    Do you recall what location it was

8          called on?

9    A.    Grand and Chelmsford Street.

10   Q.    Do you recall an address on Grand

11         Street?

12                   MR. HODAPP:   Objection.

13   A.    I don't recall the exact number.

14   Q.    At the time the call came in on the

15         radio, where were you and Lieutenant

16         Sullivan?

17   A.    We were traveling on Westford

18         Street.

19   Q.    Heading towards which direction?

20   A.    Towards Chelmsford Street.

21   Q.    How far from Chelmsford Street were

22         you?

23   A.    Within three or four blocks.

24   Q.    After that communication, what did

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

27

```
 1          you and Lieutenant Sullivan do?

 2     A.   Lieutenant Sullivan proceeded

 3          towards the address listed.

 4     Q.   He went down Westford Street and

 5          turned onto Chelmsford Street?

 6     A.   Yes.

 7     Q.   That would be a right turn?

 8     A.   Yes.

 9     Q.   Did he activate a siren or lights?

10     A.   He activated his lights.

11     Q.   Did he communicate with you in any

12          way?

13     A.   No.

14     Q.   You made a right turn onto

15          Chelmsford Street.  What happened

16          then?

17     A.   Preceded down Chelmsford Street.

18     Q.   What happened as you went down

19          Chelmsford Street?

20     A.   As we came onto Chelmsford Street,

21          we saw a couple of police cars at

22          the bottom of Chelmsford and Grand,

23          and at this time, he pulled over

24          right by Jordan's Pizza.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

28

```
 1     Q.   You saw some police cars at
 2          Chelmsford and Grand?
 3     A.   Yes.
 4     Q.   How many police cars did you see
 5          there?
 6     A.   Two.
 7     Q.   Did you see any police officers?
 8     A.   I could not make out who was on the
 9          scene.
10     Q.   Did you see any people who were in
11          Lowell uniforms?
12     A.   Yes.
13     Q.   How many officers did you see?
14     A.   Two.
15     Q.   What were the officers doing?
16     A.   They were out of the car at the
17          bottom of the street.
18     Q.   Did you see any civilians?
19     A.   Yes.
20     Q.   Where were the civilians?
21     A.   Coming up Chelmsford Street.
22     Q.   Coming up Chelmsford towards
23          Westford Street?
24     A.   Yes.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

29

1    Q.  How many civilians did you see doing

2        that?

3    A.  Three.

4    Q.  Can you describe them?

5    A.  Asian males.

6    Q.  Any idea how old they were?

7    A.  Mid-twenties.

8    Q.  How were they dressed?

9    A.  I don't recall.

10   Q.  What were they doing?

11   A.  Coming up Chelmsford Street, and

12       turned onto 115 Chelmsford.

13   Q.  You remember today seeing that?

14       This is your own memory?

15   A.  Yes.

16   Q.  When you say that "they were coming

17       up," was there anything unusual in

18       the way they were coming up

19       Chelmsford Street?

20   A.  They were coming up Chelmsford

21       Street at a good clip turning into

22       115 Chelmsford Street.

23   Q.  Do you have them in your sight the

24       entire time they were coming up and

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

30

```
 1              turning onto 115 Chelmsford?

 2         A.   Yes.

 3         Q.   Lieutenant Sullivan stopped his car

 4              at some point?

 5         A.   Yes.

 6         Q.   That was near 115 Chelmsford Street?

 7         A.   Yes.

 8         Q.   What happened after the Lieutenant

 9              stopped the car?

10         A.   When he stopped the car, I exited

11              the cruiser.

12         Q.   Do you get out first?

13         A.   Yes.

14         Q.   Then what did you do?

15         A.   When I stepped out of the car, I

16              asked the three individuals to stop.

17         Q.   To stop doing what?

18         A.   Moving.

19         Q.   What kind of movement were they

20              making?

21         A.   They going towards the party.

22         Q.   Why you did first ask them to stop?

23         A.   They were coming from the area of

24              the fight.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

33

1        to believe that any of these three

2        individuals had a weapons?

3   A.   Three of the individuals came from

4        where the bat and machete fight was

5        and they weren't complying with my

6        original order.

7   Q.   Did you have personal knowledge that

8        they had been at a bat and machete

9        fight?

10  A.   No, I just use my personal

11       observations in the direction they

12       were coming from.

13  Q.   Did you recognize any of these three

14       individuals?

15  A.   No.

16  Q.   During the course of the pat frisk,

17       did you ask them to identify

18       themselves to you?

19  A.   No, I did not.

20  Q.   Why not?

21  A.   I did not have time to.

22  Q.   You had time to pat frisk each one,

23       you had to do one at a time, I

24       assume, correct?

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

34

| 1 | A. | Yes. |
|---|----|------|

1   A.   Yes.

2   Q.   Did you have any conversation while

3        you pat frisked them?

4   A.   No.

5   Q.   Before you did that, did you tell

6        the other people in the area why you

7        were there?

8   A.   Yes.

9   Q.   What did you say?

10  A.   I said that we had a serious fight

11       down the street.  I wanted to make

12       sure these individuals were not

13       involved in it.

14  Q.   Did you tell them that you got a

15       call about a gang fight off of Grand

16       Street?

17  A.   I don't recall my exact words.

18  Q.   After you got out of the car, do you

19       know what Lieutenant Sullivan was

20       doing?

21  A.   Lieutenant Sullivan also got out of

22       the cruiser.

23  Q.   What did he do?

24  A.   He went towards the crowd that was

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

35

1          in the driveway.

2     Q.   Did Lieutenant Sullivan assist you

3          at first in the pat frisk?

4     A.   Lieutenant Sullivan came up

5          behind me.  I conducted the pat

6          frisk on all three of them.

7     Q.   Did Lieutenant Sullivan tell these

8          three individuals to get up against

9          the wall?

10    A.   I don't recall.

11    Q.   I am going to show you your trial

12         testimony, and direct you to your

13         testimony to page 11, line 7 and it

14         goes to page 9.  Do you want to take

15         a look at that.

16              At the trial did you

17         tell them, "Lieutenant Sullivan came

18         over and told them to get up against

19         the wall?"

20              MR. HODAPP:  Can we go off

21         the record for a minute?

22              MR. FRIEDMAN:  Yes.

23              (Discussion of the

24              record.)

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

36

1  Q.  Have you read that portion?

2  A.  Yes.

3  Q.  Does that refresh your memory that

4      Lieutenant Sullivan told them to get

5      up against the wall?

6  A.  Yes.

7  Q.  He he did do that?

8  A.  Yes.

9  Q.  After Lieutenant Sullivan told these

10     individuals to get up against the

11     wall, what happened?

12 A.  That when I went over and conducted

13     that pat frisk.

14 Q.  What did Lieutenant Sullivan do?

15 A.  He stayed behind me.

16 Q.  Would that be a standard police

17     tactic?

18 A.  An officer safety issue.

19 Q.  While Lieutenant Sullivan was behind

20     you, what was happening?

21 A.  There was an argument starting at

22     the party.

23 Q.  What do you mean by that an argument

24     was starting?

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

48

```
1    Q.   ^   I believe you just stated that
2         you were about 12 feet from
3         Lieutenant Sullivan; is that
4         correct?
5    A.   Yes.
6    Q.   And you were near the parked cars?
7    A.   Yes.
8    Q.   Did you notice if there were any
9         people in those parked cars?
10   A.   No.
11   Q.   Then Lieutenant Sullivan was engaged
12        in some sort argument with some
13        people at the table, including
14        Somphet?
15   A.   Yes.
16   Q.   What happened next?
17   A.   I preceded over to Lieutenant
18        Sullivan.  At that time, Somphet
19        Khakeo was over with Phaysanh Khakeo
20        by the parked cars.
21   Q.   Somphet moved towards the parked
22        cars?
23   A.   Yes.
24   Q.   Who was with him?
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

49

1    A.   His brother, Phaysanh.

2    Q.   The two of them left the table, and

3         went to the parked cars?

4    A.   I said Phaysanh had Somphet over by

5         the parked cars.

6    Q.   You said that Phaysanh had Somphet

7         over by the parked cars, what do you

8         mean by that?

9    A.   He had a hold of his brother over by

10        the wall.

11   Q.   He was physically touching his

12        brother?

13   A.   Yes.

14   Q.   Up until then, had you made any

15        observations of Phaysanh Khakeo?

16   A.   No.

17   Q.   Had you heard him say anything?

18   A.   I don't recall him saying anything

19        prior to that.

20   Q.   Do you recall him saying anything at

21        that point?

22   A.   No.

23   Q.   What was Phaysanh Khakeo doing with

24        regards to his brother Somphet?

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

50

```
 1    A.   He had tried to physically muzzle
 2         his brother.
 3    Q.   What do you mean by physically
 4         muzzle?
 5    A.   Put his hand over his mouth.
 6    Q.   When he did that, did he say
 7         anything to brother?
 8    A.   He told him to shut up.
 9    Q.   At that point, what was the brother
10         saying, Somphet?
11    A.   I don't recall the exact words.
12    Q.   Earlier, had Somphet been telling
13         Lieutenant Sullivan to leave the
14         area?
15    A.   Yes.
16    Q.   Had Lieutenant Sullivan been trying
17         to get Somphet to quiet down?
18    A.   Yes.
19    Q.   At that point, Phaysanh had been
20         doing the same thing Lieutenant
21         Sullivan had wanted to have done,
22         correct?
23              MR. LEAHEY:   Objection.
24    A.   Yes.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

51

```
 1    Q.   What happened next?

 2    A.   At that time, I moved over towards

 3         Phaysanh Khakeo, and Somphet moved

 4         over to the table.

 5    Q.   The two of them got over towards the

 6         parked car?

 7    A.   Yes.

 8    Q.   When you say that they moved over

 9         near the parked cars, were they

10         towards the front of the car or

11         towards the back of the car?

12    A.   Towards the front of the car,

13         towards the wall.

14    Q.   Near the red, brick wall?

15    A.   Yes.

16    Q.   I gather Phaysanh took his hand away

17         from brother, Somphet?

18    A.   Yes.

19    Q.   What happened then?

20    A.   Somphet went back to the table.

21    Q.   What did you Somphet do then?

22    A.   Continued to argue with Lieutenant

23         Sullivan.

24    Q.   What was he saying?
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

52

```
 1    A.   There was basically a yelling match
 2         going on.
 3    Q.   Was Lieutenant Sullivan yelling back
 4         at Somphet?
 5    A.   No.  Lieutenant Sullivan was trying
 6         to de-escalate the situation, and
 7         calm everyone down.
 8    Q.   How was Lieutenant trying to
 9         de-escalate the situation?
10    A.   Telling them to be quiet and telling
11         them why we were there.  At this
12         time, I called for a secondary unit
13         to come over.
14    Q.   Did you have to take the radio from
15         your belt to do that?
16    A.   I just had to push the button and
17         spoke.
18    Q.   Up to that point had you any
19         conversation with Phaysanh?
20    A.   No.
21    Q.   What happened next?
22    A.   I moved over towards the table
23         towards Lieutenant Sullivan.  At
24         this time, Phaysanh wanted my name.
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

53

```
 1    Q.  You were moving away from him
 2        towards the table?
 3    A.  I would say in between him and the
 4        table.
 5    Q.  I thought he was near the brick
 6        wall?
 7    A.  Yes.
 8    Q.  You were, I assume, what would be
 9        between him and the table at that
10        point?
11    A.  I came from this area and came
12        around over by the table where
13        Lieutenant Sullivan was, that was
14        when Phaysanh demanded my name and
15        my attention was drawn towards him
16        and the parked cars.
17    Q.  At that point, Phaysanh was near the
18        brick wall?
19    A.  Yes.
20    Q.  He was more towards the front of
21        cars, and you were more towards the
22        back of the car?
23    A.  Yes.
24    Q.  Were you separated by a car length
```

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

93

1              MR. FRIEDMAN:  Let's mark

2        this diagram as Exhibit No. 4.

3              (Exhibit No. 4 marked for

4              identification.)

5    Q.   The three young men that you

6         mentioned in the beginning that you

7         saw at 115 Chelmsford Street, did

8         you ever learn their names?

9    A.   No.

10   Q.   Did you or others in the Lowell

11        Police Department run a check to

12        determine if any of the people in

13        the area of 115 Chelmsford Street

14        were associated with any gangs in

15        the City of Lowell?

16   A.   No.

17   Q.   To your knowledgem none of the

18        people there were members of a gang?

19             MR. HODAPP:  Objection.

20   A.   My answer is that I don't have any

21        knowledge if anybody ran a check on

22        everyone at the party.  I apologize

23        if I missed the question, sir.

24   Q.   Let me see if I can make it clearer.

Dennis Moriarty 5-24-2005
Phaysanh Khakeo v. Dennis Moriarty, et al.

94

```
 1          Of the people who you learned who

 2          were at the party, you did not learn

 3          that any of them were involved in

 4          any gangs?

 5     A.   Yes.

 6     Q.   You were in the gang unit and you

 7          had some knowledge about gang

 8          members in Lowell?

 9     A.   Yes.

10     Q.   Did you have any conversations with

11          any of people at that party at 115

12          Chelmsford Street that you have not

13          testified to yet in this deposition?

14     A.   No.

15     Q.   Can you recall any conversations

16          with Lieutenant Sullivan at 115

17          Chelmsford Street that you have not

18          testified to in this deposition?

19     A.   No.

20     Q.   What did you do after Mr. Phaysanh

21          Khakeo was taken away in the police

22          wagon?

23     A.   After the individuals were put in

24          the wagon and transported away, I
```