# Exhibit 5



**LOWELL POLICE DEPARTMENT**

50 ARCAND DRIVE

LOWELL, MASSACHUSETTS 01852-1096

Edward F. Davis III
Superintendent

Telephone (978) 937-3225
FAX (978) 970-0455

TO:      Superintendent Edward F. Davis III

FROM:    Lieutenant Paul R. Laferriere

DATE:    September 19, 2001

SUBJECT: Citizen Complaint 2001-096

---

Synopsis of Investigation to date:

1) Call received on September 9, 2001 at 7:14 p.m. from 125 Grand Street stating that 30 Asians were fighting with bats and machetes.
2) Cars 5, 6, 7, 9, 10, 17, gang unit, wagon and Sgt. Crawford responded.
3) One suspect arrested on Grand St. for disturbing the peace while armed with a machete.
4) Several individuals involved ran onto Chelmsford St.
5) Gang unit saw several individuals run into the driveway at 115 Chelmsford St.
6) Gang unit confronted a group of individuals in the driveway of 115 Chelmsford St.
7) There was alcohol present at this gathering
8) There was an altercation between the officers and several individuals at the gathering.
9) Three individuals were arrested at the scene
10) One of the individuals received a cut over his right eye and on back of head.
11) None of the three individuals arrested at 115 Chelmsford St. had a criminal record

# Exhibit 6

### Page 1

UNITED STATES DISTRICT COURT
No. 04-11941-RWZ

PHAYSANH KHAKEO
    Plaintiff

vs.

DENNIS MORIARTY and
KEVIN SULLIVAN, in their
Individual Capacities,
and the CITY OF LOWELL,
    Defendants

DEPOSITION OF PHAYSANH KHAKEO, called on behalf of the Defendant, taken pursuant to the Federal Rules of Civil Procedure before Carla J. Grand, Professional Court Reporter and Notary Public within and for the Commonwealth of Massachusetts, at Lowell City Hall, 375 Merrimack Street, 2nd Floor, Lowell, Massachusetts, on Monday, May 2, 2005, commencing at 10:10 a.m.

### Page 2

PRESENT:

**ATTORNEY FOR PLAINTIFF:**
HOWARD FRIEDMAN, ESQ.
Law Offices of Howard Friedman, P.C.
90 Canal Street
5th Floor
Boston, Massachusetts 02114-2022

**ATTORNEY FOR DEFENDANT, CITY OF LOWELL:**
BRIAN W. LEAHEY, Assistant City Solicitor
City of Lowell, Law Department
City Hall
375 Merrimack Street
3rd Floor
Lowell, Massachusetts 01852

**ATTORNEY FOR DEFENDANT, KEVIN SULLIVAN:**
ANDREW J. GAMBACCINI, ESQ.
Edward P. Reardon, P.C.
397 Grove Street
Worcester, Massachusetts 01605

**ATTORNEY FOR DEFENDANT, DENNIS MORIARTY:**
THOMAS J. FREDA, ESQ.
Monahan & Padellaro
Bulfinch Square
43 Thorndike Street
Cambridge, Massachusetts 02141

### Page 3

INDEX

| Deponent | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| PHAYSANH KHAKEO | | | | |
| by Atty. Leahey | 4 | | 170 | |
| by Atty. Freda | | 142 | | |
| by Atty. Gambaccini | | 154 | | |

EXHIBITS

| For Identification | Description | Page |
|---|---|---|
| No. 1 | Diagram | 44 |
| No. 2A-E | Photographs | 53 |
| No. 3 | Arrest Document | 67 |
| No. 4 | Copy of Photograph | 97 |
| No. 5 | Diagram | 109 |
| No. 6 | Color Photograph | 110 |
| No. 7 | Citizen's Complaint | 120 |
| No. 8 | District Court Document | 124 |
| No. 9 | Interrogatories | 129 |
| No. 10 | Request for Documents | 144 |

### Page 4

PROCEEDINGS

MR. LEAHEY: Before we begin, just with regard to stipulations, that all objections with the exception of objections to the form of the question are reserved until the time of trial as are motions to strike. That Mr. Khakeo will have 60 days to read and sign his deposition, and that the Notary Public is waived.

PHAYSANH KHAKEO, having been satisfactorily identified by the production of his driver's license and duly sworn by the Notary Public, was examined and testified as follows:

DIRECT EXAMINATION

Q. (By Atty. Leahey) Mr. Khakeo, can you please state your name spelling your name, please.
A. My first name is Phaysanh. Last name is Khakeo. The last name is K-h-a-k-e-o. First name is P-h-a-y-s-a-n-h.
Q. How do you pronounce your first name?
A. Phaysanh.
Q. Phaysanh?
A. Yes.

### Page 5

Q. And your last name is Khakeo?
A. Khakeo, correct.
Q. Your date of birth, sir?
A. April 3rd, '63.
Q. And your social security number?
    MR. FRIEDMAN: Objection. That's privileged under federal law. I instruct you not to answer.
    MR. LEAHEY: That's the first time I have heard that. All right.
Q. Have you ever been deposed before, Mr. Khakeo?
A. No, never.
Q. I would just offer the following suggestions, that you wait until I finish the question before answering as the stenographer has to write it down. Okay?
A. Uh-huh.
Q. And then if you don't understand the question, please let me know. If you don't say you don't understand the question I'm going to assume that you understood it. Okay?
A. Okay.
Q. The third thing is the stenographer is typing it down, so if you nod she can't take that down.

### Page 6

So you always have to vocalize your response, okay?
A. Yes, sir.
Q. And again, if you could just speak in a loud voice just so that everyone could hear you.
A. Yes.
Q. And finally, if you want to take a break, take a rest, as long as there is no question pending before you you can do that, okay?
A. Yes, sir.
Q. And in preparation for your deposition today not withstanding any conversations you have with your attorney, did you speak with anyone else?
A. Just my wife briefly before I came.
Q. Anyone other than your wife?
A. That's it.
Q. Did you review any documents in preparation for your deposition today?
A. I read the, what's the document, the criminal trial, the transcript, I read that transcript a little bit so I could refresh my memory a little bit.
Q. Other than the criminal transcript did you read any other documents?

## Page 7

| | | |
|---|---|---|
| 1 | | THE WITNESS: I read, what's that |
| 2 | | paper that I read? |
| 3 | | MR. FRIEDMAN: You can't ask me |
| 4 | | questions, I'm afraid. |
| 5 | A. | I forget what I read. |
| 6 | Q. | But you reviewed some documents? |
| 7 | A. | Yes, I read some documents. |
| 8 | Q. | This morning as you sit here today are you on |
| 9 | | any medication? |
| 10 | A. | Nope. |
| 11 | Q. | Where do you currently work? |
| 12 | A. | I work, I'm self-employed. I own an agency in |
| 13 | | Ft. Smith, Arkansas. |
| 14 | Q. | What is the agency's name? |
| 15 | A. | Khakeo Agency. |
| 16 | Q. | And what does that agency do? |
| 17 | A. | I sell auto, home, life, motorcycle. |
| 18 | Q. | Insurance policies? |
| 19 | A. | Insurance, yes. |
| 20 | Q. | Are you affiliated with any insurance company? |
| 21 | A. | With Farmers. |
| 22 | Q. | Insurance? |
| 23 | A. | Yes. |
| 24 | Q. | How is it that you are affiliated with them? |

## Page 8

| | | |
|---|---|---|
| 1 | A. | I submit the policy through them. |
| 2 | Q. | Do you work with any other insurance company |
| 3 | | other than Farmers? |
| 4 | A. | No, that's the only company. |
| 5 | Q. | How long have you done work with Farmers? |
| 6 | A. | Close to two years now. |
| 7 | Q. | So sometime since 2003? |
| 8 | A. | 2003. I believe it was June 2003. That's when |
| 9 | | I started. |
| 10 | Q. | Did you start working with Farmers when you were |
| 11 | | in Arkansas? |
| 12 | A. | Yes. |
| 13 | Q. | Did you ever work with Farmers when you lived in |
| 14 | | Massachusetts? |
| 15 | A. | No. |
| 16 | Q. | Have they been the only insurance company that |
| 17 | | you have worked with since you started Khakeo |
| 18 | | Insurance Company? |
| 19 | A. | I started to sign up for another company now, |
| 20 | | but that hasn't been finalized yet. |
| 21 | Q. | And that's something that you are looking |
| 22 | | forward to in the future? |
| 23 | A. | Yes. |
| 24 | Q. | And what's that company? |

## Page 9

| | | |
|---|---|---|
| 1 | A. | Probably AIG. |
| 2 | Q. | What is the address for Khakeo Insurance |
| 3 | | Company? |
| 4 | A. | 2900, Kelley Highway, Kelley, Ft. Smith. |
| 5 | Q. | How long have you had this business? |
| 6 | A. | Since June 2003. June, July, something like |
| 7 | | that. |
| 8 | Q. | Do you have any employees that work for you? |
| 9 | A. | My wife and I. |
| 10 | Q. | Just the two of you? |
| 11 | A. | Just the two of us. |
| 12 | Q. | No part-time employees? |
| 13 | A. | No part-time. |
| 14 | Q. | Anyone work on commission for you? |
| 15 | A. | No. |
| 16 | Q. | Does the business have an e-mail address? |
| 17 | A. | Yes. |
| 18 | Q. | What is that e-mail address? |
| 19 | A. | It's P, my first initial, and the last name |
| 20 | | Khakeo@cox-internet.com. |
| 21 | Q. | And prior to having this insurance, Khakeo |
| 22 | | Insurance Agency where did you work? |
| 23 | A. | I own my own real estate company here in |
| 24 | | Lowell. |

## Page 10

| | | |
|---|---|---|
| 1 | Q. | Just going back to your insurance company. Do |
| 2 | | you hold any licenses with respect to that |
| 3 | | insurance company? |
| 4 | A. | Yes. |
| 5 | Q. | What licenses do you hold? |
| 6 | A. | The insurance producer license in Arkansas. |
| 7 | Q. | Insurance producer license? |
| 8 | A. | Yes, sir. |
| 9 | Q. | Any other business licenses that you hold? |
| 10 | A. | No. |
| 11 | Q. | When did you get that license? |
| 12 | A. | In 2003. |
| 13 | Q. | Would that be the June, July time frame? |
| 14 | A. | Probably about January 2003. |
| 15 | Q. | What was the name -- going back to Lowell. What |
| 16 | | was the name of the real estate company, agency? |
| 17 | A. | It's the Lowell Real Estate Company. |
| 18 | Q. | Was that business registered with the State of |
| 19 | | Massachusetts or were you just a sole |
| 20 | | proprietor? |
| 21 | A. | Sole proprietor. |
| 22 | Q. | Doing business as? |
| 23 | A. | Yes. |
| 24 | Q. | How long did you have that Lowell Real Estate |

## Page 11

| | | |
|---|---|---|
| 1 | | Company? |
| 2 | A. | Approximately, I would say 1997. |
| 3 | Q. | Until? |
| 4 | A. | Until 2003. |
| 5 | Q. | When in 2003 did it stop? |
| 6 | A. | It stopped in 2003. |
| 7 | Q. | Do you know what month? |
| 8 | A. | I would say about January when I moved down |
| 9 | | there. |
| 10 | Q. | What did the Lowell Real Estate Company do for |
| 11 | | business? |
| 12 | A. | It's, we sell real estate. |
| 13 | Q. | Did you have any employees who worked for you at |
| 14 | | Lowell Real Estate? |
| 15 | A. | Couple, but they were independent contractors. |
| 16 | Q. | When you say "couple," do you mean two? |
| 17 | A. | Two. |
| 18 | Q. | Was it always the same two while it was opened |
| 19 | | or did it vary? |
| 20 | A. | Same two. |
| 21 | Q. | What were those person's names? |
| 22 | A. | Vyrasack. |
| 23 | Q. | Was his last name Khakeo? |
| 24 | A. | Yes. |

## Page 12

| | | |
|---|---|---|
| 1 | Q. | Does he have any relationship to you? |
| 2 | A. | He's my nephew. |
| 3 | Q. | And how about the other person? |
| 4 | A. | Vinny, last name Phouthakhio, |
| 5 | | P-h-o-u-t-h-a-k-h-i-o. |
| 6 | Q. | What were the hours of the Lowell Real Estate |
| 7 | | Company? |
| 8 | A. | They vary. |
| 9 | Q. | Did you have typical hours? |
| 10 | A. | Normally nine to five, but people they come in |
| 11 | | when they have appointment. |
| 12 | Q. | Was that Monday, generally Monday through |
| 13 | | Friday? |
| 14 | A. | Monday through Friday, yes, and sometimes |
| 15 | | Saturday and Sunday. |
| 16 | Q. | Saturday and Sunday, was that for appointments |
| 17 | | only? |
| 18 | A. | For appointment. |
| 19 | Q. | Did you hold any licenses with regards to the |
| 20 | | Lowell Real Estate Company? |
| 21 | A. | Yes, I have the real estate broker license. I |
| 22 | | don't have that anymore. |
| 23 | Q. | Did it expire? |
| 24 | A. | It expire when I moved to Arkansas. |

**Page 13**

| | | |
|---|---|---|
| 1 | Q. | Prior to working at Lowell Real Estate Company |
| 2 | | where did you work? |
| 3 | A. | I work a year at Century 21. |
| 4 | Q. | So that was roughly 1996? |
| 5 | A. | I would say yes. |
| 6 | Q. | And where was that Century 21 located? |
| 7 | A. | On Middlesex Street. |
| 8 | Q. | What did you do there? |
| 9 | A. | I was, I sell real estate. |
| 10 | Q. | So is it fair to say that you left Century 21 to |
| 11 | | start your own business? |
| 12 | A. | Yes, sir. |
| 13 | Q. | Did you have a supervisor at Century 21 or |
| 14 | | anyone that you reported to? |
| 15 | A. | John Crandall. |
| 16 | Q. | John Crandall? |
| 17 | A. | Correct. |
| 18 | Q. | And prior to working at Century 21 where did you |
| 19 | | work? |
| 20 | A. | I was working at this company called Lightolier |
| 21 | | something like that. |
| 22 | Q. | Where was that located? |
| 23 | A. | North Billerica. |
| 24 | Q. | Do you know the street address? |

**Page 14**

| | | |
|---|---|---|
| 1 | A. | I don't remember exactly. |
| 2 | Q. | What did you do there? |
| 3 | A. | I was inside sales for them. |
| 4 | Q. | What did inside sales consist of? |
| 5 | A. | Sale of light fixtures to distributors |
| 6 | | nationwide. |
| 7 | Q. | How long did you work at Lightolier? |
| 8 | A. | Worked there two years. |
| 9 | Q. | Roughly 1994, 1995? |
| 10 | A. | '94 to '95. |
| 11 | Q. | Turning to your education, how far did you go in |
| 12 | | school? |
| 13 | A. | I have two years college. |
| 14 | Q. | Where did you go to college? |
| 15 | A. | Milwaukee. |
| 16 | Q. | What was the name of the college? |
| 17 | A. | Community College. |
| 18 | Q. | The full name of it? |
| 19 | A. | Milwaukee Community College. |
| 20 | Q. | Did you get a degree there? |
| 21 | A. | I get associate's degree. |
| 22 | Q. | Do you know what year that was that you got your |
| 23 | | associate's degree? |
| 24 | A. | Probably '94. '94, '95. |

**Page 15**

| | | |
|---|---|---|
| 1 | Q. | Were you living in Wisconsin at that time? |
| 2 | A. | Yes. |
| 3 | Q. | Full-time? |
| 4 | A. | Full-time. |
| 5 | Q. | Since that date have you ever gone to any other |
| 6 | | classes for any other educational work related |
| 7 | | thing? |
| 8 | A. | I had to attend a lot of continuing education |
| 9 | | for the real estate license to keep up with it. |
| 10 | Q. | That was when you were at Lowell Real Estate |
| 11 | | Company? |
| 12 | A. | Correct. |
| 13 | Q. | When was the last time you took continuing |
| 14 | | education for Lowell Real Estate Company? |
| 15 | A. | 2003. I don't remember the exact date. |
| 16 | Q. | How about in Arkansas, have you taken any |
| 17 | | continuing education? |
| 18 | A. | Yes. I just took one last month. |
| 19 | Q. | What did you take last month? |
| 20 | A. | The continuing education for renew my insurance |
| 21 | | license. |
| 22 | Q. | Did you have to take a test? |
| 23 | A. | Yes, sir. |
| 24 | Q. | Did you pass the test? |

**Page 16**

| | | |
|---|---|---|
| 1 | A. | Yes, sir. |
| 2 | Q. | Is it fair to say -- well, when did you move to |
| 3 | | Arkansas? |
| 4 | A. | Probably around January 2003. |
| 5 | Q. | Why did you move to Arkansas? |
| 6 | A. | After the incident my wife and I was talking, |
| 7 | | and we looking somewhere to move. So her family |
| 8 | | is down there, and that's why we moved. |
| 9 | Q. | When you say, "incident," you are referring to |
| 10 | | the incident of September 9th, 2001? |
| 11 | A. | Yes, sir. |
| 12 | Q. | When did you first have this conversation about |
| 13 | | moving down to Arkansas? |
| 14 | A. | I don't remember exactly. |
| 15 | Q. | Do you remember what year? |
| 16 | A. | Probably 2003. |
| 17 | Q. | Where do you live in Arkansas? |
| 18 | A. | 1036 Thornhill Street, Alma. |
| 19 | Q. | Do you own or rent that? |
| 20 | A. | Own that. |
| 21 | Q. | Is that a house? |
| 22 | A. | A house. |
| 23 | Q. | You mentioned your wife, you had a conversation |
| 24 | | with your wife? |

**Page 17**

| | | |
|---|---|---|
| 1 | A. | Yes, sir. |
| 2 | Q. | What is your wife's name? |
| 3 | A. | Phila Khakeo. |
| 4 | Q. | How long have you been married? |
| 5 | A. | 17 years. |
| 6 | Q. | And she lives with you at the house? |
| 7 | A. | Yes, sir. |
| 8 | Q. | Do you have any children? |
| 9 | A. | Two children. |
| 10 | Q. | Can you give me their names and ages. |
| 11 | A. | Tony Khakeo. He is 16. Ashley Khakeo. She is |
| 12 | | 10. |
| 13 | Q. | And you said that you moved down there as a |
| 14 | | result of the incident? |
| 15 | | MR. FRIEDMAN: Objection. You can |
| 16 | | answer. |
| 17 | A. | After the incident my wife doesn't feel |
| 18 | | comfortable to live here anymore. That's why we |
| 19 | | decide to move. |
| 20 | Q. | Did you feel comfortable living in Lowell? |
| 21 | A. | I'm okay, but my wife, she's more afraid. |
| 22 | | That's why we move. |
| 23 | Q. | How do you know she was more afraid? |
| 24 | A. | She talked to me about it. |

**Page 18**

| | | |
|---|---|---|
| 1 | Q. | What did she say? |
| 2 | A. | Well, she said if this happened like this, later |
| 3 | | on she was afraid they'll come around and do |
| 4 | | stuff to her. And sometimes you are home alone, |
| 5 | | something like that. |
| 6 | Q. | Since the incident date of September 9th, 2001 |
| 7 | | had there been any incidents between you and the |
| 8 | | police department? |
| 9 | A. | No, none. |
| 10 | Q. | How about your wife and the police department? |
| 11 | A. | None. |
| 12 | Q. | Does your wife -- I believe you testified that |
| 13 | | your wife works with you at the insurance |
| 14 | | company? |
| 15 | A. | Yes. |
| 16 | Q. | Does she have a license? |
| 17 | A. | No. |
| 18 | Q. | Insurance license? |
| 19 | A. | No. |
| 20 | Q. | What does she do? |
| 21 | A. | She is helping me in the office work. |
| 22 | Q. | How long, going back to the time you were in |
| 23 | | Lowell, how long did you live in Lowell? |
| 24 | A. | Since 1985. No. '95. |

Page 19

| | | |
|---|---|---|
| 1 | Q. | '95? |
| 2 | A. | '95. |
| 3 | Q. | So roughly 1995 to 2003 you lived in Lowell? |
| 4 | A. | Correct. |
| 5 | Q. | Where did you live in Lowell? |
| 6 | A. | 115 Chelmsford Street. That is the last address. |
| 8 | Q. | Did you rent or own that property? |
| 9 | A. | Owned that. |
| 10 | Q. | When you moved to Arkansas did you sell that property? |
| 12 | A. | Yes, sir. |
| 13 | Q. | Who did you sell it to? |
| 14 | A. | I forget her name. |
| 15 | Q. | Female? |
| 16 | A. | Female. |
| 17 | Q. | Aside from that property 115 Chelmsford Street did you own any property in the City of Lowell? |
| 19 | A. | That's it. |
| 20 | Q. | How about your wife? |
| 21 | A. | She owned 119 and 123 Chelmsford Street. |
| 22 | Q. | Is that a separate building from 115? |
| 23 | A. | Separate. |
| 24 | Q. | When you moved to Arkansas do you know whether |

Page 20

| | | |
|---|---|---|
| 1 | | or not she sold that? |
| 2 | A. | She lost that. She tried to sell it, but we were too far away. And then the tenant don't want to pay the rent, and she let it go. |
| 5 | Q. | Does she still own the property today? |
| 6 | A. | No. |
| 7 | Q. | What happened to the property? |
| 8 | A. | She had, bank foreclosed. |
| 9 | Q. | When did that happen? |
| 10 | A. | I think last year. 2004. |
| 11 | Q. | 2004? |
| 12 | A. | I believe so. |
| 13 | Q. | Did she own the property under her name? |
| 14 | A. | Under her name. |
| 15 | Q. | So currently neither you nor your wife own any property in Lowell? |
| 17 | A. | Nothing. |
| 18 | Q. | Do you have any business in Lowell? |
| 19 | A. | None. |
| 20 | Q. | How about family or friends? |
| 21 | A. | Family, friends still here. |
| 22 | Q. | Who's still here today? |
| 23 | A. | My brother, my sister. And a few friends that I hang around with. |

Page 21

| | | |
|---|---|---|
| 1 | Q. | What is your brother's name? |
| 2 | A. | Somphet. |
| 3 | Q. | And your sister's name? |
| 4 | A. | Nikki. |
| 5 | Q. | Nikki? |
| 6 | A. | Yes. |
| 7 | Q. | Do you have any other brothers or sisters? |
| 8 | A. | I have another brother lives in Leominster. |
| 9 | Q. | What is his name? |
| 10 | A. | Sam. |
| 11 | Q. | Any other sisters? |
| 12 | A. | That's it. |
| 13 | Q. | When you lived in Lowell did your wife work? |
| 14 | A. | She worked with me. |
| 15 | Q. | She worked with you at Lowell Real Estate? |
| 16 | A. | Yes, sir. |
| 17 | Q. | What did she do there? |
| 18 | A. | Same thing. She helped in the office. She worked for me a little bit, and then she had her furniture store at 117 Chelmsford Street. |
| 21 | Q. | She ran a furniture store? |
| 22 | A. | Yes, sir. |
| 23 | Q. | What happened to that store? |
| 24 | A. | We close it down when we moved to Arkansas. |

Page 22

| | | |
|---|---|---|
| 1 | Q. | So the furniture store closed sometime in 2003? |
| 2 | A. | Yes, sir. |
| 3 | Q. | Do you currently have health insurance? |
| 4 | A. | I currently don't have health insurance. |
| 5 | Q. | Did you have any in September of 2001? |
| 6 | A. | I don't remember. |
| 7 | Q. | Do you ever recall -- well, did you ever have health insurance since September 2001 to the present? |
| 10 | A. | From 2001? |
| 11 | Q. | Yes. |
| 12 | A. | I don't believe so. |
| 13 | Q. | Do you recall whether or not from September 2001 to the present whether or not you ever applied for any health insurance? |
| 16 | A. | I don't believe so. |
| 17 | Q. | Did you ever apply to any State agency in either Massachusetts or Arkansas for health insurance? |
| 19 | A. | No. |
| 20 | Q. | Just going back to the foreclosure that you mentioned regarding your wife, do you know the bank's name that was involved in the foreclosure? |
| 24 | A. | No. |

Page 23

| | | |
|---|---|---|
| 1 | Q. | Do you know whether the bank foreclosed on it? |
| 2 | A. | I believe that's what she say. |
| 3 | Q. | So you weren't involved with that business with her owning that property at all, 119, 117? |
| 5 | A. | Correct. |
| 6 | Q. | Directing your attention to September 9th, 2001. Do you recall what day of the week that was? |
| 8 | A. | Sunday. |
| 9 | Q. | Do you recall what you did that day? |
| 10 | A. | In the morning I was working in the office, in and out. |
| 12 | Q. | What time in the morning were you in and out of the office? |
| 14 | A. | Probably from 11 o'clock I went and worked a little bit in the office. I came back home. I know I go back a couple of times. Then make a few phone calls. |
| 18 | Q. | So when were you in the office in the morning, starting at 11 a.m.? |
| 20 | A. | Yes, sir. |
| 21 | Q. | When did you leave the office? |
| 22 | A. | I don't remember exactly time. |
| 23 | Q. | Were you going -- well, where was your office in relation to your home? |

Page 24

| | | |
|---|---|---|
| 1 | A. | Right next door. |
| 2 | Q. | Would you do me a favor just so I can understand. Would you just draw your house and your office. |
| 5 | | MR. FRIEDMAN: You know, of course, that won't be to scale. He is no artist. |
| 7 | A. | I'm going to try my best. |
| 8 | | MR. FRIEDMAN: Off the record. |
| 9 | | (Discussion held off the record.) |
| 10 | Q. | You have just drawn what appears to be two buildings and a road. The first building is? |
| 12 | A. | Where we lived. |
| 13 | Q. | That's 115, 117? |
| 14 | A. | Correct. |
| 15 | Q. | And that's in the shape of an upside down L? |
| 16 | A. | Yes, sir. |
| 17 | Q. | Where is your office, on the first floor or the second floor? |
| 19 | A. | First floor. |
| 20 | Q. | I take it then where you live is on the second floor? |
| 22 | A. | Second floor is 115. |
| 23 | Q. | Well, 115, 117, are these two different entrances? |

**Page 25**

```
 1  A.  Two different entrances.
 2  Q.  With regards to 115, is there both an upstairs
 3      and downstairs to 115?
 4  A.  Yes, sir.
 5  Q.  What is on the upstairs of 115?
 6  A.  It's like apartment.
 7  Q.  Is that where you lived?
 8  A.  Yes, sir.
 9  Q.  And what's on the bottom floor of 115?
10  A.  It's commercial space.
11  Q.  Is that where your office was?
12  A.  No.
13  Q.  What was there?
14  A.  It was my wife's furniture store.
15  Q.  Did you own 115, 117 Chelmsford Street?
16  A.  Yes, sir.
17  Q.  Did your wife own any part of 115, 117
18      Chelmsford Street?
19  A.  I don't believe so.
20  Q.  Did she rent from you for the furniture store?
21  A.  We never think, say rent, but she just used it.
22  Q.  And what about 117?  Was there an upstairs and
23      downstairs to 117?
24  A.  117 is downstairs.
```

**Page 26**

```
 1  Q.  Just downstairs?
 2  A.  Yes, sir.
 3  Q.  What was in 117?
 4  A.  Furniture store.
 5  Q.  So the furniture was --
 6  A.  117.
 7  Q.  Was it also 115 downstairs?
 8  A.  No.  115 is upstairs.  117 is downstairs.
 9  Q.  I thought you testified earlier that 115
10      consisted of both an upstairs and a downstairs?
11  A.  No.  I must have said it wrong.  115 is
12      upstairs.
13  Q.  So 115 is everything on the second floor?
14  A.  Yes, sir.
15  Q.  And the first floor is everything on 117?
16  A.  Correct.
17  Q.  So your apartment where you lived was on the
18      second floor?
19  A.  Yes.
20  Q.  Where were the entrances to both?  Can you just
21      put an X where the entrances were.
22  A.  (Indicating.)  Second floor and first floor,
23      they are like right side by side.
24  Q.  So the second floor entrance was closest to the
```

**Page 27**

```
 1      end of the building on the right-hand side?
 2  A.  Yes, sir.
 3  Q.  And where was your real estate business?
 4  A.  It was on this building, 119 Chelmsford Street.
 5  Q.  So your office was actually in a different
 6      building?
 7  A.  Yes, sir.
 8  Q.  And what is or how would you get from your
 9      apartment to the building?
10  A.  You have to get out the door.
11  Q.  So you come out the front door and go to the
12      front door of?
13  A.  119.
14  Q.  To 123?
15  A.  Yes.
16  Q.  So you would always, on this day when you were
17      going back and forth you would go out the front
18      door from 115?
19  A.  I don't remember.  I could have come out this
20      way (indicating) or this way (indicating).  I
21      don't remember now.
22  Q.  You just drew a second means of egress from 115,
23      a second exit from 115 to 117 building?
24  A.  Yes.
```

**Page 28**

```
 1  Q.  And is that a door?
 2  A.  A door.
 3  Q.  Is there anything on the side opposite of that
 4      over here?  Is there any doorway or exit on that
 5      side?
 6  A.  None.
 7  Q.  How about on the side on 119 that's right next
 8      towards 115 on this side, is there any?
 9  A.  None.
10  Q.  What is between the two buildings?
11  A.  Nothing.  It just say 10, 15 feet space.
12  Q.  At this time, September 2001 was it green space,
13      was it tar?
14  A.  It's mixture.
15  Q.  Did you use it for anything?
16  A.  Nothing.  It had fence here (indicating).
17  Q.  Okay.  Does your apartment have windows on 115?
18  A.  Yes, couple windows.
19  Q.  Can you just put an X along where the windows
20      are on 115, 117 side.
21  A.  (Witness complies.)
22  Q.  Can you put an X for the windows.
23  A.  (Witness complies.)
24  Q.  Thank you.
```

**Page 29**

```
 1  A.  I believe double there and a double here
 2      (indicating).
 3  Q.  How about on the side where there's this exit
 4      right there?
 5  A.  I think there is one window here (indicating).
 6  Q.  And that's on the second story apartment on 115?
 7  A.  Yes, sir.
 8  Q.  The exit here, the second side exit on 115, does
 9      that go to the upstairs, downstairs or both?
10  A.  Just downstairs.
11  Q.  Just downstairs?
12  A.  Just downstairs.
13  Q.  I think I asked a bad question there.  That
14      entrance, if you go in that entrance, does it
15      take you to the downstairs apartment 117?
16  A.  117.
17  Q.  Does this exit go up to the second floor on 115?
18  A.  No.
19  Q.  So the only door exiting from your apartment
20      then is this front door?
21  A.  Yes, sir.
22  Q.  On that morning of September 9th, 2001 at 11
23      a.m., do you exactly recall what you were doing
24      specifically that day?
```

**Page 30**

```
 1  A.  I went in to make a few phone calls and talk to
 2      a couple of people.
 3  Q.  Do you remember what the phone calls were about?
 4  A.  Mostly about real estate transactions.
 5  Q.  You said you also spoke to a couple of people?
 6  A.  Yes, sir.
 7  Q.  Did you speak to them on the phone or in person?
 8  A.  Couple people on the phone and maybe one or two
 9      that came in and talked to me.
10  Q.  Who came in and talked to you?
11  A.  Potential clients.
12  Q.  Was it one or more than one?
13  A.  More than one.
14  Q.  Did they have appointments with you?
15  A.  I believe so.
16  Q.  Did you keep an appointment book?
17  A.  I don't think so.
18  Q.  So how would you remember to keep an
19      appointment?
20  A.  The people that usually know me they come in.
21  Q.  How did they know you were going to be in the
22      office?
23  A.  I am next door.
24  Q.  Did anyone call you to say they wanted to meet
```

**Page 31**

| | | |
|---|---|---|
| 1 | | you in your office? |
| 2 | A. | Sometimes they call. |
| 3 | Q. | Did they call this day? |
| 4 | A. | I don't remember if they call that day or not. |
| 5 | Q. | When you're up -- or is your office on the first floor, your real estate office is on the first floor? |
| 8 | A. | Yes. You are talking about this (indicating)? |
| 9 | Q. | Right. Your real estate office? |
| 10 | A. | Yes. |
| 11 | Q. | Are there windows out in front? |
| 12 | A. | Yes, sir. |
| 13 | Q. | Can people tell you're in your office if they walk by? |
| 15 | A. | I believe so. |
| 16 | Q. | Do you recall on this Sunday whether or not the door to your office was locked or unlocked? |
| 18 | A. | I don't remember. Sometimes I keep them locked. Sometimes open. |
| 20 | Q. | Do you remember the person who you met with? |
| 21 | A. | I don't remember. |
| 22 | Q. | Was it a male or female? |
| 23 | A. | Male. |
| 24 | Q. | Do you remember what he looked like? |

**Page 32**

| | | |
|---|---|---|
| 1 | A. | Asian fellow. |
| 2 | Q. | Did you end up doing business with him? |
| 3 | A. | I don't remember. |
| 4 | Q. | Is there any record that you would keep that would memorialize this meeting with this person? |
| 6 | A. | I don't think I have the record. |
| 7 | Q. | Was it the first time you had met this person? |
| 8 | A. | No. |
| 9 | Q. | How many times had you met him previously? |
| 10 | A. | Probably one. |
| 11 | Q. | And he was a potential client? |
| 12 | A. | Yes. |
| 13 | Q. | Did you get any contact information? |
| 14 | A. | I think I have it. |
| 15 | Q. | You think you took it? |
| 16 | A. | I think I have it in the office. It's two years ago. Two years ago. I have to look for it. |
| 18 | Q. | You think you have his contact information? |
| 19 | A. | I might have it. |
| 20 | Q. | Right. You think you might have it? |
| 21 | A. | Yes, sir. |
| 22 | Q. | Would you also have any type of memorialization on a calendar regarding this meeting? |
| 24 | A. | No. |

**Page 33**

| | | |
|---|---|---|
| 1 | Q. | Do you recall how the meeting came to be set up? |
| 2 | A. | I don't remember. Either he call in or walk in. |
| 3 | Q. | How long did your meeting last with that person? |
| 4 | A. | Say 30 minutes, 40 minutes, something like that. Not exactly. |
| 6 | Q. | Do you recall what he was wearing? |
| 7 | A. | I don't remember now. |
| 8 | Q. | I take that as a no? |
| 9 | A. | No. |
| 10 | Q. | And you don't remember what he looks like other than Asian? |
| 12 | A. | Right. |
| 13 | Q. | Do you recall how old he was? |
| 14 | A. | He was an older fellow. |
| 15 | Q. | Older than you? |
| 16 | A. | Older than me. |
| 17 | Q. | Do you recall whether or not he had gray hair? |
| 18 | A. | I don't recall. |
| 19 | Q. | How about his size? |
| 20 | A. | Skinny. |
| 21 | Q. | Height? |
| 22 | A. | Shorter than me. |
| 23 | Q. | Glasses, no glasses? |
| 24 | A. | I don't remember. |

**Page 34**

| | | |
|---|---|---|
| 1 | Q. | Facial hair? |
| 2 | A. | I don't remember. |
| 3 | Q. | So after you met with -- what time did you meet with this person? |
| 5 | A. | Right after I opened the office. I would say 11, 11:15, 11:30, something like that. |
| 7 | Q. | So you were done with meeting with him roughly noontime? |
| 9 | A. | I don't remember. |
| 10 | Q. | What did you do after you met with him? |
| 11 | A. | I came back to the house. |
| 12 | Q. | What did you do at the house? |
| 13 | A. | I believe I eat. |
| 14 | Q. | Was there something going on at your house that day? |
| 16 | A. | Not yet. |
| 17 | Q. | Was there something planned to happen at your house that day? |
| 19 | A. | Yes, sir. |
| 20 | Q. | What was that? |
| 21 | A. | Cookout. |
| 22 | Q. | What was the purpose of the cookout? |
| 23 | A. | Just family, friends, gathering. No special. |
| 24 | Q. | Did anyone organize the gathering? |

**Page 35**

| | | |
|---|---|---|
| 1 | A. | My wife. |
| 2 | Q. | Did you help out? |
| 3 | A. | No. |
| 4 | Q. | Lucky man. So you didn't do anything in preparation of the cookout? |
| 6 | A. | No. |
| 7 | Q. | Did you see what your wife was doing for the cookout? |
| 9 | A. | I don't know. |
| 10 | Q. | What did you do when you came back to the house? |
| 11 | A. | I think I eat something and then went back to the office. |
| 13 | Q. | How long were you back at the house? |
| 14 | A. | I don't remember. Just regular lunch. And then go back. |
| 16 | Q. | Do you recall what time you went back to the office? |
| 18 | A. | I don't recall. |
| 19 | Q. | What did you do when you came back to the office the second time? |
| 21 | A. | I think I made phone calls. |
| 22 | Q. | Do you recall who you made phone calls to? |
| 23 | A. | I don't remember. |
| 24 | Q. | Were these to clients? |

**Page 36**

| | | |
|---|---|---|
| 1 | A. | Normally. I don't remember now. |
| 2 | Q. | Do you know how many phone calls you made? |
| 3 | A. | I don't remember. |
| 4 | Q. | Did you keep a record of the phone calls that you made? |
| 6 | A. | No. |
| 7 | Q. | How long did you stay in the office making phone calls? |
| 9 | A. | I don't know. I'm going in and out. But it's not like I go in there and stayed seven hours and go away. I go in and out different times all the time. |
| 13 | Q. | When you weren't in your office where were you? |
| 14 | A. | Inside the house. |
| 15 | Q. | So you just go from your office to the house, house to your office, back and forth between the two? |
| 18 | A. | Yes, sir. |
| 19 | Q. | What time was the barbecue supposed to start? |
| 20 | A. | We don't have time. These are my family and friends that they just came in and -- it doesn't have a time for it. They start cookout without me earlier. |
| 24 | Q. | Who did? |

**Page 37**

1  A.  My family. I don't know who specifically start
2      the barbecue.
3  Q.  Well, when you would come back from your office
4      and go to your house did you speak to any of
5      your family members?
6  A.  I don't remember.
7  Q.  Was there, I don't know if I asked this, was
8      there a particular reason for this barbecue?
9  A.  No particular.
10 Q.  What did the barbecue consist of?
11 A.  Meat.
12 Q.  Do you recall what kind of meat?
13 A.  I think lamb.
14 Q.  Do you know how the meat was cooked?
15 A.  I don't remember. On the grill.
16 Q.  Do you know who did the grilling?
17 A.  I don't remember. They take turns. Whoever can
18     get their hand under it they just flip it.
19 Q.  Was it your grill?
20 A.  Yes, sir.
21 Q.  But you didn't do any of the grilling?
22 A.  I don't do anything.
23 Q.  Do you remember what time you saw the grill
24     first being started?

**Page 38**

1  A.  Oh, I don't recall.
2  Q.  You have no memory of when it started?
3  A.  I cannot tell you the time. But I seen that
4      they started it.
5  Q.  Can you give me a ball park as to the time?
6  A.  When I came back a couple of times I saw they
7      start already. But they are not complete.
8  Q.  Do you know who brought the food for the
9      cookout?
10 A.  I don't remember.
11 Q.  Did you get the food?
12 A.  I think I got a piece of it.
13 Q.  What do you think you got?
14 A.  One of those lambs that they cook.
15 Q.  Besides the lamb do you recall any other meat at
16     the barbecue?
17 A.  That's it.
18 Q.  How about other food other than the meat?
19 A.  They have other stuff like vegetable. I don't
20     recall.
21 Q.  Do you know who got the vegetables?
22 A.  I don't know.
23 Q.  Was there anything to drink at the barbecue?
24 A.  There was some beer.

**Page 39**

1  Q.  Do you know what kind of beer?
2  A.  Some Heineken and I don't know what the other.
3      I know there's beer there.
4  Q.  How was the beer packaged? Was it bottles, can?
5  A.  I think bottle.
6  Q.  Anything else other than beer?
7  A.  I don't think so.
8  Q.  How about soda?
9  A.  Probably some soda.
10 Q.  Do you recall whether or not there was any soda?
11 A.  I think there was soda because there was a lot
12     of young children.
13 Q.  Do you have a memory of soda being there?
14 A.  I don't know.
15 Q.  Did you know about the barbecue when you were
16     going back between your office and the house?
17 A.  Oh, I know.
18 Q.  Was there any time that you were supposed to
19     show up at the barbecue?
20 A.  No. There is no time. I lived there. I can
21     join any time. I just go over and take a bite.
22 Q.  Did you go and socialize with anybody at the
23     party and then go back to your office?
24 A.  Not that I remember.

**Page 40**

1  Q.  So the first that you spoke with anyone at the
2      party was after you had finished all of your
3      business at the office?
4  A.  Pretty much.
5  Q.  When you say, "pretty much," what do you mean?
6  A.  Well, I don't remember exactly when I go, there
7      was a lot of people roaming around, so I'm sure
8      I must have said something to somebody. But not
9      exactly who I spoke to and I don't know that in
10     detail.
11 Q.  When you are going back and forth do you have
12     anything to eat at the barbecue between your
13     office and your home?
14 A.  Not from the barbecue, but I had something from
15     upstairs.
16 Q.  How about anything to drink?
17 A.  After I joined?
18 Q.  No, when you were going back and forth?
19 A.  I had soda.
20 Q.  So when you're going back and forth between your
21     office and your apartment you are just having
22     soda?
23 A.  Yes, sir.
24 Q.  Where did you get the soda?

**Page 41**

1  A.  From my upstair apartment.
2  Q.  Were there people in your house that were there
3      for the barbecue when you were inside your
4      house?
5  A.  Yeah.
6  Q.  Was the inside of your house being used for any
7      part of the barbecue or any food kept inside
8      there or anything like that where people were
9      mingling?
10 A.  I believe so.
11 Q.  Do you know or do you believe so?
12 A.  I live upstair. I don't know how else they are
13     going to -- I don't know exactly how to answer
14     that. But I live upstairs. I think they must
15     have had something brought down from upstairs.
16 Q.  Do you recall when you'd go back and forth that
17     you would see people in your house prior to you
18     joining the party?
19 A.  Yes, I seen people.
20 Q.  Now, this barbecue, was this something that you
21     would regularly have at your house?
22 A.  No, not really. Not the lamb. But we usually
23     have something, once in a while we get together
24     to do barbecue.

**Page 42**

1  Q.  Your family and friends would do barbecue at
2      your place once in a while?
3  A.  Yes, sir.
4  Q.  When you would have -- was it family and friends
5      who would come over to these same barbecues?
6  A.  The same people, is that the question?
7  Q.  Sure.
8  A.  No. Sometimes different persons.
9  Q.  It was always, not necessarily these family and
10     friends but other family and friends?
11 A.  Yes, sir.
12 Q.  So no potential clients or anything like that?
13 A.  No.
14 Q.  And what would you do at these other barbecues
15     at your house?
16 A.  Just regular barbecue. Just Saturday, Sunday,
17     something like that.
18 Q.  Would there be food at these other barbecues?
19 A.  Yes.
20 Q.  How about beer, would there be beer at those
21     other barbecues?
22 A.  Sometimes.
23 Q.  Would you ever do anything with these
24     individuals other than eating?

### Page 43

| | | |
|---|---|---|
| 1 | A. | That's it. |
| 2 | Q. | Ever play cards or I don't know, whatever, do |
| 3 | | any type of activity at those barbecues? |
| 4 | A. | We'd shoot hoops. |
| 5 | Q. | On the date of September 9th, 2001 do you recall |
| 6 | | whether or not people were coming and going |
| 7 | | during the whole day from the barbecue? |
| 8 | A. | Come and go? |
| 9 | Q. | Right. Let me ask it a different way. Do you |
| 10 | | know whether or not people arrive at a set time |
| 11 | | and left at a set time or they came over |
| 12 | | gradually and left gradually? |
| 13 | A. | Yes. They come at different times. |
| 14 | Q. | Would they leave at different times? |
| 15 | A. | Yes. |
| 16 | Q. | Do you know how many people attended the |
| 17 | | cookout? |
| 18 | A. | I would say approximately close to 20. Maybe |
| 19 | | more. I don't count how many exactly. |
| 20 | Q. | That's how many you saw there? |
| 21 | A. | I saw a lot of people. |
| 22 | Q. | When you first went to the party how many people |
| 23 | | did you see? |
| 24 | A. | Possibly 18, 19. |

### Page 44

| | | |
|---|---|---|
| 1 | Q. | And do you recall what time it was that you |
| 2 | | joined the party? |
| 3 | A. | Little bit before seven. |
| 4 | Q. | Do you know what a little before seven means? |
| 5 | A. | I don't remember exactly. |
| 6 | Q. | Do you know if it was 6:30, 6:45? |
| 7 | A. | I don't remember exactly. |
| 8 | Q. | How long had you been at the party before the |
| 9 | | police arrived? |
| 10 | A. | Not too long. |
| 11 | Q. | How long would you estimate? |
| 12 | A. | I would say maybe 20 minute, 30 minutes, |
| 13 | | something like that. |
| 14 | | MR. FRIEDMAN: Are you going to get |
| 15 | | into the incident now? I don't want to |
| 16 | | interrupt you, but I'd like to take a break at |
| 17 | | some point. |
| 18 | | MR. LEAHEY: Do you want to take a |
| 19 | | break now? |
| 20 | | MR. FRIEDMAN: Sure. |
| 21 | | (A short break was taken.) |
| 22 | | (Diagram was marked for |
| 23 | | identification as Exhibit No. 1.) |
| 24 | | MR. LEAHEY: Just for the record, |

### Page 45

| | | |
|---|---|---|
| 1 | | Mr. Khakeo has signed and dated what has been |
| 2 | | marked as No. 1, the drawing that he had done of |
| 3 | | 115, 117 Chelmsford Street and 119, 123 |
| 4 | | Chelmsford Street. |
| 5 | Q. | I'm also going to show you what will be marked |
| 6 | | as Exhibit 2 which is five photographs. And I |
| 7 | | have put A through E on all of them. I'm just |
| 8 | | wondering if you recognize with regards to A, if |
| 9 | | you recognize what that photo depicts? |
| 10 | A. | This is the aisle between these two buildings. |
| 11 | Q. | Okay. That's, so that's between -- |
| 12 | A. | 119 and 115. |
| 13 | Q. | And as far as the incident with the police, is |
| 14 | | it fair to say then that that's not the area |
| 15 | | where it took place? |
| 16 | A. | Correct. |
| 17 | Q. | Okay. Letter B, do you know what that photo |
| 18 | | depicts? |
| 19 | A. | (Witness looks at photograph.) That's the area |
| 20 | | of the incident happening. |
| 21 | Q. | Do you see what appears to be a garage door? |
| 22 | A. | Yes, sir. |
| 23 | Q. | And can you explain what that is? |
| 24 | A. | This door is this one here (indicating). Yeah, |

### Page 46

| | | |
|---|---|---|
| 1 | | the garage door. |
| 2 | Q. | The garage door is what, is that what you had |
| 3 | | previously drawn? |
| 4 | A. | Yes. |
| 5 | Q. | So the exit that you have previously drawn on |
| 6 | | No. 1 is? |
| 7 | A. | Actually it's over here (indicating). |
| 8 | Q. | So you're drawing that door as opposed to -- the |
| 9 | | photo shows two doors, the garage door and the |
| 10 | | regular door, right? |
| 11 | A. | Yes. |
| 12 | Q. | So what you had drawn on the drawing was |
| 13 | | actually the regular door? |
| 14 | A. | This door, yes, sir. |
| 15 | Q. | And that is the door that is only for the first |
| 16 | | floor? |
| 17 | A. | First floor. |
| 18 | Q. | Does that lead into the garage? |
| 19 | A. | Yes. |
| 20 | Q. | And this area depicts where the incident with |
| 21 | | the police happened on September 9th, part of |
| 22 | | the area? |
| 23 | A. | Part of the area. |
| 24 | Q. | How about letter C? |

### Page 47

| | | |
|---|---|---|
| 1 | A. | (Witness looks at photograph.) This is the |
| 2 | | front of the store. |
| 3 | Q. | Which store? |
| 4 | A. | This 117. |
| 5 | Q. | So would that be the front of the furniture |
| 6 | | store? |
| 7 | A. | Yes, sir. |
| 8 | Q. | And does that photograph depict any entrance, do |
| 9 | | you see any entrance to that? |
| 10 | A. | No. |
| 11 | Q. | So that doesn't depict, letter C doesn't depict |
| 12 | | anything that had to do with the incident on |
| 13 | | September 9th, 2001? |
| 14 | A. | It's on the side of it. It's just the front. |
| 15 | Q. | I'm showing you what has been marked as letter |
| 16 | | D. Do you recognize that? |
| 17 | A. | (Witness looks at photograph.) Yes. |
| 18 | Q. | What does that show? |
| 19 | A. | The building. The 115, 117 and the side of it. |
| 20 | Q. | Does that depict part of the area where the |
| 21 | | incidents of September 9th, 2001 happened? |
| 22 | A. | Yes, sir. |
| 23 | Q. | Do you see, I'm going to show you what appears |
| 24 | | to be a garage door? |

### Page 48

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Right there? Or is that the garage door? |
| 3 | A. | The garage door? |
| 4 | Q. | Or what is it? |
| 5 | A. | I don't know what that is. I never thought of |
| 6 | | it. It shouldn't be anything there. What is |
| 7 | | that? |
| 8 | Q. | So you don't know what that is? |
| 9 | A. | It's supposed to be a street. It looks like a |
| 10 | | side of the building. |
| 11 | Q. | Do you know whether or not that was part of the |
| 12 | | building? |
| 13 | A. | This here (indicating)? No, that's not part of |
| 14 | | the building. |
| 15 | | MR. FRIEDMAN: He is looking at the |
| 16 | | wood. |
| 17 | A. | The wood frame here. What is that? |
| 18 | Q. | Oh, no, no, no. I'm not looking at that. I |
| 19 | | believe that's part of a desk. This is a photo |
| 20 | | of a photo. |
| 21 | A. | Not building. |
| 22 | Q. | I'm looking over here (indicating). See what |
| 23 | | that white thing is? |
| 24 | A. | Yes. |

**Page 49**

1  Q. Do you know what that is a garage to?
2  A. Garage to, what do you mean? I don't
3     understand. Where this garage to?
4  Q. Where does it lead to?
5  A. Lead to the storage area.
6  Q. Is that your garage?
7  A. Yes, sir.
8  Q. Is that part of 115, 117?
9  A. Yes, sir.
10 Q. What is stored in that garage?
11 A. Junk basically. Something.
12 Q. Were either of those two garage doors open
13    September 9th, 2001?
14 A. This one was not (indicating). This one was
15    (indicating).
16 Q. So the one in the middle of the photograph was
17    open, and the one on the right-hand side was
18    not?
19 A. I don't remember.
20 Q. I'm just trying to clarify for the record so we
21    know which one.
22 A. I don't remember which one exactly whether they
23    were open or not. But I know the small one was
24    open.

**Page 50**

1  Q. And finally, letter E. Do you recognize what
2     that photo depicts?
3  A. (Witness looks at photograph.) Yes.
4  Q. What does it depict?
5  A. It is the entire parking area.
6  Q. Do you own this entire area?
7  A. Yes, sir.
8  Q. Do you own the building, the part on the
9     right-hand there's a building?
10 A. No, I don't.
11 Q. Is that connected to this or is it somehow
12    separated?
13 A. Separated.
14 Q. So that's a separate building?
15 A. Yes.
16 Q. Do you know who owns that building?
17 A. I don't know.
18 Q. So you don't know who owned it as of September
19    2001?
20 A. No.
21 Q. You didn't own it?
22 A. No.
23 Q. And your wife didn't own it?
24 A. No.

**Page 51**

1  Q. Is this the best out of the five photographs
2     here, the best one in terms of describing the
3     general area of what happened on September 9th,
4     2001?
5  A. Not the best, but if they were to take it a
6     little bit to the left. It's the best of
7     everything else you've shown me.
8  Q. It's the least bad of the five?
9  A. It's better than others.
10         MR. LEAHEY: Can we just have these
11    marked as Exhibit 2.
12         (Photographs marked for
13          identification as Exhibit 2A-E.)
14 Q. Mr. Khakeo, I'm placing in front of you just a
15    list of names that have previously been marked
16    as an exhibit in another deposition. And I
17    just wanted to go down the names with you
18    whether or not you know the name, and whether or
19    not the person was actually at, if you recall
20    seeing the person at the party on September the
21    9th, 2001. Okay?
22 A. Okay.
23 Q. The first name, if I pronounce it incorrectly I
24    apologize, but that's why I have the sheet.

**Page 52**

1     Inthala Vannaraj?
2  A. I know him.
3  Q. And how do you know him?
4  A. He's a friend of my brother-in-law.
5  Q. Who is your brother-in-law?
6  A. Ae.
7  Q. Of Ae who is 6th down on this list?
8  A. Yes.
9  Q. Whose last name?
10 A. Phouthakhio.
11 Q. Was he at the party?
12 A. Yes, sir.
13 Q. How about the next name, Thong Souk?
14 A. Thong Souk, he came with my brother.
15 Q. Which brother?
16 A. I don't know which one.
17 Q. Is he one your brother's friend?
18 A. I think so.
19 Q. Which brother's friend?
20 A. I don't know which one.
21 Q. But he was at the party?
22 A. Yes, sir.
23 Q. How about Phakon Kham?
24 A. I don't recognize the name, but I think they

**Page 53**

1     came with Inthala, the first of the list.
2  Q. Is that a man or woman?
3  A. Good question.
4  Q. You don't know?
5  A. I don't know. When we see -- sometime they use
6     a nickname. But when you see real spelling of
7     their full name -- I think it's a lady that came
8     with them. With him. The two ladies came with
9     him that day and had two children.
10 Q. How about Thong, is Thong a man or a woman?
11 A. I have no idea who that was.
12 Q. How about next name down, this Thong Sananixay,
13    do you know who that is?
14 A. That's a guy.
15 Q. He was a friend of yours?
16 A. Yes. I know him.
17 Q. Was he there?
18 A. He was there.
19 Q. How about Xaykham Kosaketh?
20 A. Yes. She came with Inthala.
21 Q. Is she a friend of yours?
22 A. She's a friend of my brother-in-law.
23 Q. A friend of Ae?
24 A. Yes.

**Page 54**

1  Q. How about Si Kosaketh?
2  A. I thought you meant him. Si came with him.
3  Q. Si is a guy?
4  A. Si is a girl.
5  Q. Si is a girl who came with Inthala?
6  A. Yes, sir.
7  Q. So do you know who the name above that is or do
8     you know if that is the same person?
9  A. It's not the same person.
10 Q. Do you know who that person is, X-a-y-k-h-a-m?
11 A. To look at the spelling I cannot identify them
12    for you.
13 Q. Next Ae is your brother-in-law?
14 A. Yes.
15 Q. He was there?
16 A. He was there.
17 Q. How about next name, Phoumasay?
18 A. Phoumasay, that's a guy. I know him.
19 Q. He was there?
20 A. He was there.
21 Q. Is he a friend of yours?
22 A. Yes, sir.
23 Q. How about Mounie Nokham?
24 A. He's a guy. He is a friend of mine.

Page 55

```
 1  Q.  He was there?
 2  A.  He was there.
 3  Q.  Michael Fineberg?
 4  A.  He was not there.
 5  Q.  Was he there at any time?
 6  A.  He bailed me out.
 7  Q.  But he was not at --
 8  A.  He was not at the party.
 9  Q.  Who is he?
10  A.  He is another friend.
11  Q.  Do you know what he does for a living?
12  A.  He is a tax consultant.
13  Q.  Do you know where he works?
14  A.  He's on Westford Street.
15  Q.  Is he still on Westford Street?
16  A.  Yes.
17  Q.  How about Vyrasack Khakeo?
18  A.  He is my nephew.  He was there.
19  Q.  Tony is your son?
20  A.  Tony is my son.
21  Q.  He was there?
22  A.  He was there.
23  Q.  How about Pheaktra Im?
24  A.  I don't know that name.  I don't even recognize.
```

Page 56

```
 1  Q.  What about Mark Walker?
 2  A.  I don't know that person.
 3  Q.  How about Vanita?
 4  A.  My niece.
 5  Q.  Whose daughter is she?
 6  A.  Vyrasack.
 7  Q.  Vyrasack is your nephew?
 8  A.  Yes, sir.
 9  Q.  And Vanita?
10  A.  Is daughter of Vyrasack.
11  Q.  Okay.  Was she there?
12  A.  She was there.
13  Q.  Ashley is your daughter?
14  A.  My daughter.
15  Q.  She was there?
16  A.  She was there.
17  Q.  How about Katrina?
18  A.  She was there.
19  Q.  Who is she?
20  A.  She is the daughter of Somphet.
21  Q.  Who is your brother?
22  A.  Somphet.
23  Q.  Right.  Somphet is your brother?
24  A.  Yes, sir.
```

Page 57

```
 1  Q.  And how about Mi Kantaphone?
 2  A.  Yes.  See, a lot of these --
 3  Q.  Are they the same people?
 4  A.  I don't know if they are the same people.  Her
 5      and her (indicating), she came with Inthala.
 6      There's two girls that came with him and two
 7      children.  I know Si and Mi.  Remember I told
 8      you earlier I thought this person came.
 9  Q.  Right.
10  A.  Now when I see Mi, that's how she pronounce her
11      name, so I think M-i is Mi.  She must have came
12      with him.
13  Q.  So Mi and Si came with Inthala?
14  A.  Yes, sir.
15  Q.  And are Si and Mi adults?
16  A.  Yes, sir.
17  Q.  And you said two children came in addition with
18      Si and Mi with Inthala?
19  A.  Yes.
20  Q.  Who are the two children?
21  A.  I don't know their name.  Maybe one of those
22      names.  Doesn't ring the bell to me.
23  Q.  Do you recall when you were at the party any
24      other people other than the names on this list
```

Page 58

```
 1      which you have identified as being there?
 2  A.  Other people?
 3  Q.  Yes.
 4  A.  I don't remember.
 5          MR. FRIEDMAN:  Do you mean other than
 6      family or people he already mentioned?
 7          MR. LEAHEY:  Right.  On this list he
 8      said he didn't like Im and Walker.  The other
 9      people he has identified as being there.  In
10      addition to the people on that list that he has
11      identified as being there, any other names of
12      people that he remembers being there.
13          MR. FRIEDMAN:  Do you understand the
14      question?
15          THE WITNESS:  Yes.
16          MR. FRIEDMAN:  Even if you have
17      mentioned the name if it's not on this list he
18      wants you to say it again.
19          MR. LEAHEY:  No.  Any name not on
20      this list who was there.
21          THE WITNESS:  That's not mentioned?
22          MR. LEAHEY:  Right.
23          THE WITNESS:  You want me to see if I
24      remember them?
```

Page 59

```
 1  Q.  Of all the people that were there, anyone who is
 2      not on this list, I'm looking for their names?
 3  A.  I don't remember.
 4          MR. FRIEDMAN:  Your wife isn't on the
 5      list.
 6  A.  She's there.  Other names you're looking for
 7      that are not mentioned?
 8          MR. FRIEDMAN:  Let's go off the
 9      record for a moment.
10          (Discussion held off the record.)
11  Q.  Your brother Sam, was he at the party?
12  A.  No.
13  Q.  To the best of your recollection other than
14      these names, your wife, your name and Somphet,
15      you can't recall any other persons, their names
16      who was there?
17  A.  Right.
18  Q.  When you came down and joined the party did you
19      get anything to drink?
20  A.  I think I had one beer.
21  Q.  Do you recall what kind of beer that was?
22  A.  I don't remember.
23  Q.  Do you recall whether or not you finished that
24      one beer?
```

Page 60

```
 1  A.  I don't remember.
 2  Q.  You came down from your office and joined the
 3      party, is that correct?
 4  A.  Yes.
 5  Q.  What did you do when you came down?
 6  A.  Sat at the table.
 7  Q.  And what table is this?
 8  A.  How do I describe that.
 9  Q.  Would it help if you draw it out for me?
10          MR. FRIEDMAN:  What are you asking
11      him to draw?
12  Q.  I'm going to ask questions about what happens
13      when the police come.  So maybe it helps if you
14      can draw it out ahead of time.  Just the area, I
15      don't know if you want to use the photo to help,
16      but also include the table that you just
17      referenced.
18  A.  Okay.
19  Q.  I think it was E was the best one?
20  A.  Okay.  Can I just point it out?  I'm not good
21      with drawing.  The table were here with all of
22      these car here.  Just after that door, that
23      garage door, okay, this is the brick wall, okay.
24      And the table like I say was good three or five
```

Page 61

```
 1         feet out.  The table.
 2    Q.   Who was at the table?
 3    A.   I don't remember exactly who was at the table.
 4         But there was people here, people here
 5         (indicating), but I was sitting right here
 6         (indicating).
 7    Q.   What were you doing at the table?
 8    A.   Sitting.  Talking.
 9    Q.   But you don't recall who you were talking to?
10    A.   I talked to those people talking.
11    Q.   But you don't remember who they are?
12    A.   Not exactly.  But they are my brother, another
13         guy.  I don't know one of those guy's name.  But
14         I think Inthala was right at the end of the
15         table.
16    Q.   Can you put Inthala.
17    A.   (Witness complies.)
18    Q.   And then you indicated your brother was at the
19         top here?
20    A.   I think either him or other guy sit here.  I
21         cannot, I don't remember who they were.
22    Q.   So you were just talking at the table?
23    A.   Yes, sir.
24    Q.   Were you watching anything?
```

Page 62

```
 1    A.   Oh, we were watching the game right here.  I
 2         don't even know who played, but I heard they say
 3         the Patriot is playing.
 4    Q.   When you say "here," what are you referring to?
 5    A.   The small t.v. inside the garage.
 6    Q.   So you are outside the garage?
 7    A.   Outside the garage, yes.
 8    Q.   And inside the garage is a little t.v.?
 9    A.   Yes, sir.
10    Q.   And you are not watching that?
11    A.   No, I don't believe so.  It's way inside.
12    Q.   Is there any music --
13    A.   No.
14    Q.   -- being played?
15    A.   No.
16    Q.   Just people talking?
17    A.   Just people talking.
18    Q.   Was the t.v. turned up loud?
19    A.   No, not really.  I think the t.v. is 13 inches.
20    Q.   Do you know whether or not anyone is watching
21         the t.v.?
22    A.   Watching?
23    Q.   Do you know if anyone is watching the game?
24    A.   Them guys?
```

Page 63

```
 1    Q.   The guys at your table?
 2    A.   Yes.  Those guys.  They were watching way before
 3         me.
 4    Q.   So there was nothing obstructing their view from
 5         the table to the game?
 6    A.   I don't remember.
 7    Q.   What's the distance between the t.v. and the
 8         table you are at?
 9    A.   Quite a distance.  But I don't remember how far
10         out.
11    Q.   15, 20 feet?
12    A.   I cannot --
13    Q.   But the t.v. is inside the garage?
14    A.   Yes, sir.
15    Q.   At any point when you were outside do you hear
16         any sirens?
17    A.   Yes.  I heard the sirens.
18    Q.   Did you recognize what the sirens were?
19    A.   You live on Chelmsford Street you hear them all
20         the time.  And I just heard a lot of sirens that
21         went by.
22    Q.   Could you hear the sirens continually or did
23         they fade away?
24    A.   I heard it.  But I don't recall if they fade
```

Page 64

```
 1         away or.
 2    Q.   Did you do anything when you heard the sirens?
 3    A.   Not too much.
 4    Q.   Did you see if anyone did anything after hearing
 5         sirens?
 6    A.   There was the three guys that were in charge of
 7         barbecue here, the grill.
 8    Q.   Can you just put grill.
 9    A.   (Witness complies.)
10    Q.   And they were in charge of the grill?
11    A.   I don't know who -- there were people here.
12         After the testimony I heard that there is three
13         guys that walking out.
14    Q.   You didn't see three guys walk out?
15    A.   No.
16    Q.   So these three guys -- well, how did you find
17         out three guys were at the grill?  Did you see
18         them?
19    A.   There is people here.  There is people
20         everywhere, you know what I'm saying.  I don't
21         know.
22    Q.   Is it crowded?
23    A.   Not too crowded.  People in and out, in and out.
24         I don't pay attention.
```

Page 65

```
 1    Q.   You are sitting here, right (indicating)?
 2    A.   Yes, sir.
 3    Q.   And that's near the grill?
 4    A.   Not really.  The table here.  The garage here.
 5    Q.   But you didn't see anyone leave?
 6    A.   No.
 7    Q.   Did you just testify that you heard that three
 8         people had left?
 9    A.   Afterward I heard people walking out to peek up
10         the street.
11    Q.   After the siren or after like a later date?
12    A.   Later date.
13    Q.   So you didn't see anyone leave then after
14         hearing the sirens?
15    A.   No.
16    Q.   After hearing the sirens did you see anyone join
17         the party?
18    A.   Do I see anybody?
19    Q.   Did anyone come in?
20    A.   I don't remember.
21    Q.   Is there any way to entrance this area other
22         than through the front?
23    A.   It's the only way through the front.
24    Q.   At some point did members of the Lowell Police
```

Page 66

```
 1         come to your property?
 2    A.   Yes, sir.
 3    Q.   When in relationship to the sirens did this
 4         happen, time-wise?
 5    A.   I don't remember that.
 6    Q.   And then again, the area that you're drawing
 7         here, that's your driveway?
 8    A.   Yes, sir.
 9    Q.   Do you own all of it all the way to the other
10         side of that building or do you share part of
11         the driveway?
12    A.   I own it.  No common.
13    Q.   Did you see the police arrive?
14    A.   At first I didn't know they were police that
15         pull up.
16    Q.   Did you see the vehicle pull up?
17    A.   Yes.
18    Q.   Were you looking at the vehicle when it pulled
19         up?
20    A.   I don't remember if I looked exactly, but I saw
21         partial of the hood because I sit down.  It's
22         some people who were parking here.
23    Q.   Where was the car that you saw parked then, the
24         police car?
```

Page 67

```
 1  A.  In this area (indicating) they were parking.
 2      They came from the downtown.
 3  Q.  Did you see the entire car or was any part of it
 4      obstructed?
 5  A.  Some part hidden. Again, there's cars here
 6      (indicating). There were three or four cars
 7      here. See how you see like that (indicating).
 8  Q.  In Exhibit 2E?
 9  A.  Yes.
10  Q.  Did the car that pulled up, did it have its
11      siren on?
12  A.  I don't remember.
13  Q.  Do you know whether or not it had blue lights
14      on?
15  A.  I don't remember.
16  Q.  Do you know whether or not it was a marked car
17      or not?
18  A.  I don't remember. I can't see that clear.
19  Q.  So what happened once that car pulled up?
20  A.  One of the person later I find out that he was
21      Officer Moriarty. He was sitting in the
22      passenger side. Got out with plain clothes on.
23  Q.  Did he have any Lowell Police insignia on him,
24      did you see a badge or anything?
```

Page 68

```
 1  A.  No.
 2  Q.  Do you remember what he was wearing?
 3  A.  Dark T-shirt. Either green or brown.
 4  Q.  Did you see anyone else other than Moriarty?
 5  A.  After Moriarty got out and then another officer
 6      with the uniform walk out.
 7  Q.  Walk out of the same car?
 8  A.  Same car.
 9  Q.  He was in a regular police uniform?
10  A.  Police uniform, yes.
11  Q.  Prior to them coming up to your property did you
12      see anyone else enter your property?
13  A.  None.
14  Q.  Prior to the police coming up had you looked
15      over there to see if anyone had entered your
16      property?
17  A.  Pretty much people in there really contained in
18      there. Nobody walk out.
19  Q.  Is the sun still out at this time or is the sun
20      gone in or is the sun even out?
21  A.  I don't know if it was sunny that day or not.
22      It start to get dark a little bit.
23  Q.  Do you remember whether or not the sun was out
24      that day?
```

Page 69

```
 1  A.  I don't recall.
 2  Q.  Did you have any lights on?
 3  A.  Not yet.
 4  Q.  Do you have lights in this area?
 5  A.  Yes.
 6  Q.  Where are the lights?
 7  A.  (Indicating).
 8  Q.  On D?
 9  A.  One right here (indicating).
10  Q.  At the corner near the garage there is a light?
11  A.  Yes, sir.
12  Q.  Is that the only light back there?
13  A.  Yes. The outside, you mean, right.
14  Q.  Yeah, outside light?
15  A.  Yes.
16  Q.  Was it still light out or was it getting dark?
17  A.  It starting to get dark.
18  Q.  What happened when Moriarty got out of the car,
19      what did he do?
20  A.  He walk into this area (indicating) and start
21      talking to these guys in the back. And he
22      starts saying, What are you doing here.
23      Something like that.
24  Q.  So he was talking to one of the two --
```

Page 70

```
 1  A.  These guys here in the back.
 2  Q.  The guys that you later learned were at the
 3      grill or your brother and the other guy?
 4  A.  I don't know he is exactly direct to when he was
 5      talking, but there's people here. But I know
 6      there is a couple of guys that were sitting
 7      right here.
 8  Q.  Did he come up and speak to your brother?
 9  A.  Again, I don't know who he spoke to, but I heard
10      they were saying asking him, What are you doing
11      here. And they were saying about barbecue.
12  Q.  I don't mean to interrupt you, but Moriarty was
13      the one asking what they were doing here?
14  A.  Yes, sir.
15  Q.  And what were, when say "they," you mean your
16      guests?
17  A.  Yes, sir.
18  Q.  But you don't know which one was talking to
19      Moriarty?
20  A.  I don't know exactly which one. But I heard,
21      these two were talking.
22  Q.  Who were those two?
23  A.  I don't know. Either my brother or I don't know
24      this guy name. His name is on there.
```

Page 71

```
 1  Q.  Do you recall your brother talking to Moriarty?
 2  A.  One of these guys is, is this guy here
 3      (indicating).
 4  Q.  Can you pronounce that name?
 5  A.  Phoumasay.
 6  Q.  Which is the 8th name down?
 7  A.  Yes, sir.
 8  Q.  So him and your brother Somphet are in these two
 9      seats here?
10  A.  Yes. They were start talking directly to
11      Officer Moriarty.
12  Q.  And what is being said?
13  A.  He came up and he said, What are you doing here.
14      And they were saying, We are having barbecue.
15      And they said, What are you doing here or that
16      he mentioned something about the fight, and he
17      said, You know there's a fight up the street.
18      And these two guys right away they were saying,
19      Well, fight up the street, why don't you go up
20      the street and take care of the fight up there.
21      We were having barbecue here.
22  Q.  Were these two guys, were they yelling?
23  A.  No.
24  Q.  Normal tone?
```

Page 72

```
 1  A.  At first normal tone.
 2  Q.  Did they stand up when they were speaking to the
 3      officers?
 4  A.  I don't recall if they were standing up or
 5      sitting.
 6  Q.  And they were just talking in a regular tone?
 7  A.  Yes.
 8  Q.  Then what happened?
 9  A.  Then police officer started with the tone of
10      voice, Shut up. We're here to investigate and
11      any way, something like that. And these guys
12      start talking and then with the louder voice
13      back and forth. And Officer Moriarty start
14      saying, Shut the fuck up.
15  Q.  Going back when you say they started talking.
16      What were they saying?
17  A.  I don't recall.
18  Q.  Was there shouting going back and forth between
19      the two, Moriarty and the two?
20  A.  I don't think they was shouting in a louder
21      voice, but louder voice come more from police
22      officer because he was the police.
23  Q.  What are they specifically saying to Moriarty?
24  A.  I don't recall.
```

## Page 73

```
 1  Q.  Do you recall -- sorry?
 2  A.  Just back and forth.
 3  Q.  Do you recall whether or not they were being
 4      polite to the police officer?
 5  A.  They were polite enough to me.  I think they
 6      were like kidding around in the beginning.
 7  Q.  They were kidding around with the police?
 8  A.  In the beginning.  But then start getting in a
 9      louder voice from police officer.
10  Q.  What were they saying kidding around?
11  A.  Like, Go up there.  We are having barbecue here.
12      You go up there to take care of the business.
13  Q.  Do you believe they were being fresh?
14  A.  If you call it fresh.
15  Q.  And you're still in your --
16  A.  Yes, I'm still in my seat.
17  Q.  And then so they, are they giving it to the
18      police saying, You are at the wrong place, get
19      out of here?
20  A.  That's how it is, yes, sir.
21  Q.  And that's when Moriarty says what?
22  A.  He says, Shut the fuck up.  I'm here investigate
23      anyway.  Something like that.  Then things got
24      out -- he start louder voice to everybody.  He
```

## Page 74

```
 1      demanded everybody get up on the wall.  And I
 2      said, Wait a minute.  I try to tell him, Wait a
 3      minute.  Wait a minute.  I tell my brother, I
 4      try and tell my brother quiet down.  Once I
 5      realize they were police.  I want to help police
 6      officer to calm the situation down.
 7      Then he started getting worse.  He started
 8      swearing, pointing fingers, go do this and that.
 9      And I don't remember exactly what he said, but I
10      remember well that he said, Shut the fuck up to
11      my family.  And then I start not to like it.
12      Then I didn't know what to do.  And I asked him
13      for his name.  Politely.  I said, What is your
14      name, sir, and something like that.  And once I
15      start asking for his name he didn't like it, and
16      then he rushed over to my area in front of my
17      face, and then he told me his name.
18  Q.  Going back to when you stepped in to calm the
19      situation down with your brother, why did you do
20      that?
21  A.  I don't want trouble.  Because I know they were
22      like start talking to them.  And then when he
23      started louder voice swearing, and then I don't
24      want the situation to be bad.
```

## Page 75

```
 1  Q.  Did you think your brother and friend were being
 2      disrespectful to the police?
 3  A.  They were talking to them.
 4  Q.  In a tone and a manner that concerned you?
 5  A.  Yes.  Both them, the police officer that start
 6      saying, Shut the fuck up, something like that.
 7      And they don't like it.
 8  Q.  Then you said that Moriarty came and rushed
 9      towards you?
10  A.  Yes, sir.
11  Q.  Had you said anything to him at this point prior
12      to him rushing over to you?
13  A.  I didn't say it to him, but I said to those two
14      guys, I told them to shut up.  Don't say
15      anything.
16  Q.  Do you recall exactly what you said to him?
17  A.  I don't remember what exactly.  But I try to
18      calm them down.
19  Q.  Did you yell at them?
20  A.  Loud voice because I want them to, I said, Quiet
21      down or something like that.
22  Q.  Had Moriarty touched anyone at this point?
23  A.  I don't remember.  He is in this area
24      (indicating).
```

## Page 76

```
 1  Q.  But no one in that immediate area with him?
 2  A.  Not that I recall.  But he was bad mouth.
 3  Q.  So then he comes over to you?
 4  A.  He came over to me.  After I asked him for his
 5      name.
 6  Q.  Did he tell you his name?
 7  A.  He tells me his name and he says, What's your
 8      fucking name.
 9  Q.  What did you say?
10  A.  Then I stated my name, Phaysanh Khakeo, sir.
11      And then he hit me with his flashlight.
12  Q.  So when you said your name were you yelling it,
13      did you yell it?
14  A.  Yes, I was yelling.
15  Q.  And you are the first person Moriarty touched?
16  A.  Yes.  The reason I yell at him, he yell at me.
17      He said, What is your fucking name at my face.
18  Q.  Did he have, and you say he hit you with a
19      flashlight?
20  A.  Yes, sir.
21  Q.  Did he have the flashlight when he first started
22      talking to you?
23  A.  Yes, he had the flashlight the whole time.
24  Q.  Do you know whether the flashlight was on or
```

## Page 77

```
 1      off?
 2  A.  I don't recall.  I know that he has his
 3      flashlight.
 4  Q.  Was he holding the flashlight?
 5  A.  Yes.
 6  Q.  How was he holding it?
 7  A.  I don't remember.  I know that he had flashlight
 8      with him.
 9  Q.  Do you know if it was in his right hand or left
10      hand?
11  A.  I don't remember.
12  Q.  Where did he hit you with the flashlight?
13  A.  First he hit me in the stomach here and tore
14      through the rib.
15  Q.  And how did he -- did you see him hit you with
16      it?
17  A.  I didn't see it clearly.  It came so fast.
18      Because I never thought he would have hit me.
19  Q.  Are you facing him at this time?
20  A.  I facing him.
21  Q.  So, if you are you and I'm Moriarty, he comes
22      right at you face-to-face with the flashlight in
23      one of his hands?
24  A.  Yes.
```

## Page 78

```
 1  Q.  And did you see the manner in which he used his
 2      hand to hit you with the flashlight?
 3  A.  I don't recall which hand he using exactly.
 4  Q.  And where exactly on your person did he hit you?
 5  A.  Under the ribs here.
 6  Q.  On the --
 7  A.  My right.
 8  Q.  Your right ribs?
 9  A.  On the bottom.
10  Q.  Did he say anything prior to hitting you with
11      the flashlight?
12  A.  He told me to, Shut the fuck up.  And he asking
13      me for my name.  And after I stated my name then
14      he start hitting me with the flashlight.
15  Q.  How many times did he hit you with the
16      flashlight?
17  A.  Numerous time.  I don't remember exactly how
18      many times.  It happened so fast.
19  Q.  More than once?
20  A.  More than once.
21  Q.  More than twice?
22  A.  More than twice.
23  Q.  Three times?
24  A.  I don't know how many times.  But he is police
```

**Page 79**

```
 1       officer. I don't know. But I got another
 2       bruise on my left shoulder.
 3  Q.   Did he hit you -- every time that he hit you did
 4       he hit you with the flashlight?
 5  A.   Flashlight.
 6  Q.   So the first time he hit you on the right side
 7       near your ribs, right?
 8  A.   Yes.
 9  Q.   Where is the second time he hit you?
10  A.   Here (indicating).
11  Q.   So that's the left side near your --
12  A.   Near my shoulder.
13  Q.   Near your shoulder, upper chest?
14  A.   Yes.
15  Q.   What about the third time?
16  A.   I don't know the third time. After he hit me
17       here my right ribs and my upper shoulder.
18  Q.   Left shoulder?
19  A.   Left shoulder. Then I lean toward him. I don't
20       know what you call it, one, two, three, third.
21       I don't recall how many times he hit me.
22  Q.   And you leaned towards him?
23  A.   I leaned toward him because the impact that he
24       hit me with.
```

**Page 80**

```
 1  Q.   Do you recall what the flashlight looked like?
 2  A.   It was big, long, black flashlight.
 3  Q.   Do you recall what it was made out of? Do you
 4       know what it was made out of?
 5  A.   I don't know what that's made out of,
 6       flashlight. Flashlight normally made out of
 7       aluminum or steel, right.
 8  Q.   How hard did he hit you with it?
 9  A.   Hard enough that I lean over toward him. Then
10       he pushed me over the, one of the car.
11  Q.   He pushed you over one of the cars?
12  A.   Yes, sir.
13  Q.   Did you grab onto him or touch him in any way?
14  A.   No. I had my hands up when he hit me.
15  Q.   You had your hands up?
16  A.   Yes. He demanded everybody hands up against the
17       wall.
18  Q.   So when did he say that?
19  A.   Prior to he rushed over to me, at me.
20  Q.   So when he rushed to you you had your hands up
21       facing him?
22  A.   Facing him, yes, sir. Because I sit like you
23       sitting, close to the brick. Because I kind of
24       like want to see what, at the same time I try to
```

**Page 81**

```
 1       calm those two guys at the end of the table.
 2  Q.   Your brother and the other guy?
 3  A.   Yes, sir. Everybody has their face to the
 4       brick.
 5  Q.   Everybody?
 6  A.   Everybody.
 7  Q.   So that includes your brother?
 8  A.   I don't know if these two are up. But he said
 9       hands up against the wall. At this point he had
10       his attention with me. So I know I obeyed. I
11       stood up. But a few guys over there were
12       standing up against the wall.
13  Q.   There were other guys?
14  A.   There were other guys.
15  Q.   Not your brother?
16  A.   Not my brother.
17  Q.   Did he ever speak to those other guys, Moriarty?
18  A.   I don't remember if he speak to them first. I
19       don't remember. I know that he came at me and.
20  Q.   And you never touched Officer Moriarty at this
21       point?
22  A.   Never.
23  Q.   What happened next after you --
24  A.   After he hit me several times here between my
```

**Page 82**

```
 1       right rib and the bottom and the left shoulder
 2       upper here, and I went down towards him, and he
 3       pushed me on the car, and then he hit me with
 4       his flashlight in the back of my head.
 5  Q.   How did he push you on the car?
 6  A.   I don't remember exactly. But you know how you
 7       get impact in your stomach because I'm facing
 8       you, I lean forward and then just pushed me down
 9       on the hood.
10  Q.   Do you know if he used both hands?
11  A.   I don't know. He can just use a hand because
12       I'm out already. He hit me with the flashlight.
13  Q.   What do you mean you are out already?
14  A.   I'm too much hurt already. I cannot fight back
15       anyway. After you get hit so much it really
16       impacts.
17  Q.   What part of your body hit the car?
18  A.   I went down this way (indicating).
19  Q.   Your hands hit the car first?
20  A.   I don't remember. But I went down, facedown.
21  Q.   Never struggled with Officer Moriarty?
22  A.   (Witness shakes head.)
23  Q.   No? You have to say no.
24  A.   No. Once I get more into detail I get
```

**Page 83**

```
 1       depressed.
 2  Q.   You get depressed?
 3  A.   I get confused with the incident.
 4  Q.   Why is that?
 5  A.   I don't know. Because it just coming back to
 6       me. I start not to like it.
 7  Q.   It's just coming back to you right now?
 8  A.   Yes.
 9  Q.   So previously you had forgotten about it?
10  A.   Well, not forgot, forgot. But once we start
11       going into detail it's upset me.
12  Q.   Is there any other additional detail that, I
13       know we covered a lot on this that we have just
14       gone over. Do you now remember where your
15       brother was sitting and where the other guy was
16       sitting?
17  A.   There is two guys. You try to get me to tell
18       you the exact name and who say what, I'm sorry,
19       I cannot tell you. But I tell you that these
20       two guys, that they mouthing around with the
21       police officer, okay. And I'm the one who tried
22       to calm them down. And the police officer
23       Moriarty here, he just gone off. And he starts
24       saying, Shut the fuck up. With a loud voice,
```

**Page 84**

```
 1       and here we go. That's how things got started.
 2  Q.   So then you hit the car. What happened after
 3       you hit the car?
 4  A.   And I don't remember anything. The people at
 5       the criminal testify that he repeated hit me in
 6       the back of my head. Swing hit me with the
 7       flashlight. Pushed me down on the ground. Got
 8       his knee over me.
 9  Q.   So people told you that he hit you on the back
10       of the head with the flashlight?
11  A.   Yes.
12  Q.   Did they tell you how many times?
13  A.   No, I don't. You don't count on that moment how
14       many times, but you know that you got hit
15       numerous time.
16  Q.   But you don't recall being hit?
17  A.   I don't recall being hit. After you get hit in
18       your stomach so hard, I don't think any person,
19       if you weigh 200 something pounds push you in
20       the stomach, I don't think you remember anything
21       after that.
22  Q.   How tall are you, sir?
23  A.   I'm 5'7".
24  Q.   How much do you weigh?
```

Page 85

1  A.  At that time I believe I weigh between 185 to
2      190.
3  Q.  What is your weight today?
4  A.  195, 190, something like that.
5  Q.  After you went -- or do you know who testified
6      at your criminal trial saying that he hit you on
7      the back of the head with the flashlight?
8  A.  Everybody that testified. Vanita, Vyrasack
9      Khakeo. Few other guys that testified. My
10     wife. Everybody that testified they saw he hit
11     me with the flashlight.
12 Q.  Is everything outside at this time?
13 A.  Everybody saw that. My mother. My six-year-old
14     daughter.
15 Q.  Your mother was there?
16 A.  My mother was there. She recently passed away
17     already in the year 2002 at the beginning of the
18     year.
19 Q.  What is the next memory that you have of what
20     happened?
21 A.  The next memory that I had that I remember that
22     my face was down on the ground on the concrete,
23     and several people were on my back.
24 Q.  Are they sitting on your back?

Page 86

1  A.  They step on my back or knee. I don't recall.
2      I know some people were on my back.
3  Q.  Do you know if they were police officers?
4  A.  They have to be police officers.
5  Q.  And what makes you say that?
6  A.  Who else would arrested me with the handcuffs.
7  Q.  So this was all in the process of being arrested
8      then?
9  A.  Yes.
10 Q.  Could you see who is actually doing this?
11 A.  No. I had my face down on the ground and then
12     losing a lot of blood.
13 Q.  Are you literally lying flat on the ground like
14     your feet, your legs are on the ground?
15 A.  I don't recall. But I remember my face was
16     against the concrete. And I heard the voice
17     saying, Put your hands behind your back.
18 Q.  Where were your hands at this point?
19 A.  Right underneath me.
20 Q.  So you are literally, is your stomach on top of
21     your hands?
22 A.  Yes, sir. Plus a couple people were on my back.
23 Q.  And what were they saying to you?
24 A.  They said, Put your hands behind your back. I

Page 87

1      want to put my hands behind my back, but I was
2      so weak I couldn't, I couldn't pull my hand
3      back.
4  Q.  Did you say anything to that effect?
5  A.  No, I couldn't say anything, but I heard them
6      what they were saying. They were saying, Put
7      your hand behind your back. Put your hand
8      behind your back.
9  Q.  But you didn't say anything in response?
10 A.  I didn't say anything because I was losing too
11     much blood, and couldn't, I want to say anything
12     but I can't say.
13 Q.  Which way was your face facing on the ground?
14 A.  I don't recall, but my face was down on the
15     ground.
16 Q.  Was it straight down like your nose to the
17     ground?
18 A.  I don't remember exactly nose or side.
19 Q.  What happened after they said get your hands
20     behind your back?
21 A.  One, somebody pulled my hand back and handcuffed
22     me.
23 Q.  Did you experience any problems when they took
24     your hands behind your back?

Page 88

1  A.  What do you mean by "experience any problems"?
2  Q.  Did it hurt when they took your hands behind
3      your back?
4  A.  I was hurt already. I don't recall that I was
5      hurt during the process of pulling me back, no.
6  Q.  So did you resist at all when they were trying
7      to handcuff you?
8  A.  No. I want to cooperate but they were on top of
9      me.
10 Q.  But you are not fighting or struggling with
11     them?
12 A.  No.
13 Q.  Do they get both handcuffs on?
14 A.  Yes.
15 Q.  And your hands are behind your back?
16 A.  Yes.
17 Q.  How did you get up?
18 A.  They had to pull me up.
19 Q.  Do you know how many people held you up?
20 A.  At least two.
21 Q.  Do you know how they held you up?
22 A.  By putting your hands beneath your arms.
23 Q.  They grabbed you underneath your shoulder pits?
24 A.  Yes.

Page 89

1  Q.  And then what happened after they grabbed you up
2      by the shoulder?
3  A.  They dragged me to the wagon.
4  Q.  Were you able to stand?
5  A.  I don't believe so.
6  Q.  When they dragged you did they drag you by, I
7      guess it's your armpits?
8  A.  Yes.
9  Q.  Did they grab you by your armpits?
10 A.  Yes.
11 Q.  And where did they take you?
12 A.  They took me to police station.
13 Q.  They dragged you to a wagon?
14 A.  Yes.
15 Q.  Was the wagon already there when you had gotten
16     up?
17 A.  I don't remember. You mean before?
18 Q.  When you got up and they picked you up from the
19     armpits was the wagon already there?
20 A.  It has to be because they dragged me to the
21     wagon.
22 Q.  Was there any ambulances around when they're
23     taking you to the wagon?
24 A.  Not that I know of. I didn't go in the

Page 90

1      ambulance.
2  Q.  Right, but did you see an ambulance in the area?
3  A.  I don't recall. There's a lot of sirens going
4      all over the place.
5  Q.  The whole place a little crazy?
6  A.  Yes, sir.
7  Q.  How did they put you in the wagon?
8  A.  They assist me, pushed me in. I sat on the
9      bench.
10 Q.  So you went and sat down on the bench in the
11     wagon?
12 A.  Yes, sir.
13 Q.  Did anyone else go in the wagon?
14 A.  There's one young curly haired kid. I don't
15     know he's Hispanic or what.
16 Q.  Was it someone from your party or somebody else?
17 A.  Somebody else.
18 Q.  Aside from the curly haired kid, anyone else?
19 A.  I think Inthala was in the wagon with me. I
20     don't know if he was in front or in the back
21     with me. I think one guy was in the front. And
22     three was in the back.
23 Q.  And you were one of the three in the back?
24 A.  Yes.

Page 85 to Page 90