91
1  Q.  Prior to you going to the wagon was there any
2      talk about medical treatment?
3  A.  No.
4  Q.  Did you speak to anyone when you were in the
5      wagon?
6  A.  I don't remember that.
7  Q.  Do you remember whether or not Somphet was in
8      the wagon, your brother?
9  A.  Yeah, he was in the wagon. Again, I don't know
10     if he was in the front or the back. But we were
11     in the same wagon.
12 Q.  So you rode in the wagon from Chelmsford Street
13     to the police station?
14 A.  Yes, sir.
15 Q.  Did you speak to anyone when you were in the
16     wagon?
17 A.  I don't remember if I spoke to anyone. There is
18     nobody that I want to speak to anybody in the
19     wagon. My blood is all dripping, and I was
20     scared.
21 Q.  What happened when the wagon arrived at the
22     police station?
23 A.  I don't remember. I think it's in the garage.
24     They put me in the garage somewhere.

92
1  Q.  They put you in the garage or all of you guys in
2      the garage?
3  A.  I think when we arrived in the garage, and they
4      separated us because I am the most injured one.
5      They left me in the garage with two officers and
6      a couple ambulance paramedic people.
7  Q.  Do you know where they came from, the ambulance
8      people?
9  A.  I don't know.
10 Q.  Did they treat you?
11 A.  They asked me if I want to be treat, and I
12     reply, Yes. And I was nervous in the garage, I
13     don't even know where I was. I know that I was
14     inside a garage. My blood is everywhere. I
15     politely asked them if I could speak to my
16     family first. I don't know what I'm doing. If
17     I could speak to my attorney. They all say, No,
18     you cannot speak to anybody at this moment.
19 Q.  Who did you ask this to, the EMT, the police?
20 A.  Anybody that were there. The EMT, and I don't
21     know who I am relying to. I try to get some
22     kind of communication going. I was scared.
23     Inside a garage. You were taken in a wagon and
24     you are inside a garage.

93
1      Truthfully, I don't know if I was in the
2      police station at that time. But I had a lot of
3      blood on me. I was nervous. I don't know what
4      to do, and I try to get my family to be with me
5      or I try to get my family attorney dealing with
6      this situation. And they said, No, you could
7      not talk to anybody.
8  Q.  Who said that, was that the EMT or the police?
9  A.  I don't know. I don't recall exactly who was
10     saying that.
11 Q.  Were you treated, was there an ambulance that
12     you were treated out of or how were you treated
13     inside the garage?
14 A.  They offered me treatment. They meant to take
15     me to the hospital. And I said, Yes. And they
16     said, Well, let me clean you up. I don't know
17     what they want.
18 Q.  Who said, Clean you up, who wanted to clean you
19     up?
20 A.  Either paramedic or police officer. They said,
21     First, we want to clean you up. Take your
22     picture. Put a band-aid on so you look better
23     in the picture.
24 Q.  Someone said that they wanted you to look better

94
1      in the picture?
2  A.  Yes.
3  Q.  Do you recall who that was?
4  A.  I don't remember.
5  Q.  How many people are with you? It's you, couple
6      of paramedics and a couple of police officers?
7  A.  Yes, sir.
8  Q.  So is that two paramedics and two police
9      officers?
10 A.  I don't know exactly. But the people there,
11     that more than one. So at that moment I'm not
12     interested from counting how many people, how
13     many police officers or how many are paramedics.
14     I'm interested in my safety.
15 Q.  So what are the EMT's trying to do?
16 A.  They want to wipe up all the blood on my face,
17     and they put a band-aid on.
18 Q.  Are they checking any of your signs or are they
19     checking you out at all?
20 A.  No, they just interested in the cut area on my
21     forehead.
22 Q.  Do you know where the EMT's came from, the
23     ambulance people?
24 A.  I don't know.

95
1  Q.  Did you see an ambulance?
2  A.  What do you mean by seeing them?
3  Q.  Did you see --
4  A.  The truck?
5  Q.  Right. Did the EMT's have a truck?
6  A.  Yes, I saw the truck.
7  Q.  Did they have a kit?
8  A.  I don't remember.
9  Q.  When you were asking to see your family or your
10     lawyer and they said you couldn't, was there any
11     conversation about you had to be booked?
12 A.  I don't remember that procedure. I never been
13     arrested, so I don't know the whole situation.
14     How the process work.
15 Q.  I want to show you what has been marked
16     previously as No. 5. Do you see these two
17     photographs?
18 A.  (Witness looks at photographs.) Yes.
19 Q.  Do you know where they were taken?
20 A.  Either the police station or the hospital.
21 Q.  Had you received any medical attention prior to
22     this photograph being taken?
23 A.  None so ever.
24     MR. LEAHEY: Can we just go off the

96
1      record for a second.
2      (Discussion held off the record.)
3  Q.  Do you know who took the photograph?
4  A.  The two person who took my picture at that
5      night. Either Attorney Billy Early or Michael
6      Fineberg. They were the only two that were with
7      me when I first bailed out.
8  Q.  So no one from the police department took these
9      photos?
10 A.  None.
11 Q.  And the paramedic didn't take this photo?
12 A.  No, they didn't.
13 Q.  And this was either at the hospital or the
14     police station?
15 A.  Yes, sir.
16 Q.  Do you know whether or not this was before or
17     after you were booked?
18 A.  Before or after? After I got bailed out.
19 Q.  After you got bailed those photos were taken?
20 A.  Yes, sir. No one can get near me. Remember I
21     mentioned I want to see my family or I want to
22     see my lawyer? They say I cannot see anybody at
23     this point.
24     MR. LEAHEY: Can we just have this

**Page 97**

```
 1        marked.
 2              (Arrest document marked for
 3               identification as Exhibit No. 3.)
 4              (Copy photographs marked for
 5               identification as Exhibit No. 4.)
 6   Q.   The photographs we were just going over were
 7        marked as Exhibit 4 from your deposition today.
 8        Also, I have had marked Exhibit 3 which is your
 9        booking photo and information.  Have you seen
10        this document before?
11   A.   (Witness looks at document.)  No.
12   Q.   Do you see the photograph in here?
13   A.   Yes.
14   Q.   Who took that particular?
15   A.   That I don't know.
16   Q.   Do you remember getting a band-aid?  There's a
17        band-aid on your face over your left -- right
18        eyebrow and eye area?
19   A.   I don't remember exact person.
20   Q.   Right.  But what I'm trying to get at is, was
21        this photograph right here with the band-aid
22        taken before or after the photographs that are
23        shown in your Exhibit No. 4?
24   A.   This take before my Exhibit No. 4.
```

**Page 98**

```
 1   Q.   So this was taken --
 2   A.   Remember I mention that they want to clean -- I
 3        was looking more like that when I was at the
 4        garage.  And they don't want to take my picture
 5        like that.  And they said if you want to be
 6        treated you have to be cleaned up first and put
 7        a band-aid on you.  We are going to take a
 8        picture for the record.
 9   Q.   How did they clean you?
10   A.   With the towel.
11   Q.   Just a towel?
12   A.   Just a towel.
13   Q.   Who did that, the EMT or the police?
14   A.   I don't recall.  But there was people there.
15   Q.   Do you know if it was just a regular paper towel
16        or a towel that the EMT's had used?
17   A.   I don't recall.  They cleaned me with a big
18        towel.
19   Q.   Do you recall whether or not any soap or
20        disinfectant was used?
21   A.   None.
22   Q.   No, you don't or no, there wasn't?
23   A.   There wasn't.
24   Q.   So after this photograph was taken did you take
```

**Page 99**

```
 1        the band-aid off?
 2   A.   Yes.
 3   Q.   And why did you take the band-aid off?
 4   A.   Because the direct blood flow into my eyes with
 5        the band-aid.
 6   Q.   These two photos that are depicted in Exhibit
 7        No. 4, were they the only two photos or were
 8        there additional photos?
 9   A.   There are some other photos, but I don't know
10        where they are.  But Billy Early or Michael,
11        they took a lot of pictures.  But I don't know,
12        there were only two here.
13   Q.   Do you know who brought the camera?
14   A.   I don't know.
15   Q.   Do you know why the camera was brought?
16   A.   I don't know.  I wasn't interested in anything
17        at that time.  I was too scared.
18   Q.   So after this photo in Exhibit No. 3 was taken
19        what happened?
20   A.   After they took the picture, and then they took
21        me to the hospital.
22   Q.   Who took you to the hospital?
23   A.   I think the paramedic.  I don't know.  I think
24        either the paramedic, ambulance or the police
```

**Page 100**

```
 1        car.  I was occupied by one of the police
 2        officers.
 3   Q.   When you say, "occupied," what do you mean?
 4   A.   They went there with me.
 5   Q.   They went there with you?
 6   A.   Yes, sir.
 7   Q.   But you don't recall whether you went in an
 8        ambulance or cruiser?
 9   A.   I don't remember.
10   Q.   Do you recall going to the hospital?
11   A.   Yes, I remember.
12   Q.   At the time this photo was taken were you still
13        handcuffed?
14   A.   Yes, sir.
15   Q.   Were you handcuffed the entire time?
16   A.   Yes, sir.
17   Q.   So from the time that you were on the scene you
18        were handcuffed, right?
19   A.   Yes.
20   Q.   And you continued to be handcuffed in the wagon
21        on the ride to the police station, correct?
22   A.   Yes.
23   Q.   You were handcuffed while they cleaned you up
24        for that photograph?
```

**Page 101**

```
 1   A.   Yes, sir.
 2   Q.   You were handcuffed during that photograph?
 3   A.   Yes, sir.
 4   Q.   And you continued to be handcuffed after that
 5        photograph when they took you to the hospital?
 6   A.   Yes, sir.
 7   Q.   At any point during that time did you ask
 8        anybody to take the handcuffs off?
 9   A.   Yes.  I asked one of the police officer who were
10        with me in the room waiting to be seen.
11   Q.   Is this the hospital or the police station?
12   A.   Hospital.
13   Q.   And why did you ask him that?
14   A.   Because the handcuffs were too tight.  It was
15        uncomfortable with the handcuffs behind my back.
16        I said, Can you loosen it up a little bit for
17        me.  And he doesn't do so.
18   Q.   So the handcuffs were always behind your back?
19   A.   Yes, sir.
20   Q.   And so when this photograph is being taken they
21        are behind your back?
22   A.   Yes, sir.
23   Q.   At the hospital is that the first time you asked
24        anyone to take the handcuffs off?
```

**Page 102**

```
 1   A.   Not off, but loosen.
 2   Q.   To loosen, is that the first time?
 3   A.   Yes, sir.
 4   Q.   What did the officer say when you asked him?
 5   A.   He said, You are fine.
 6   Q.   Was there only one officer with you at the
 7        hospital?
 8   A.   Yes, sir.
 9   Q.   And it wasn't Moriarty or Sullivan that took you
10        to the hospital?
11   A.   I don't think so.
12   Q.   When you went to, what hospital did you go to
13        that the police took you?
14   A.   Is that Saint John.  Saint Memorial.
15   Q.   The one by the river?
16   A.   Yes.
17   Q.   Saints Memorial?
18   A.   Yes.
19   Q.   Did you receive treatment there?
20   A.   While I was waiting with the police officer I
21        asked him to loosen my handcuffs a little bit,
22        it's not too comfortable for me, and he insist
23        no.  And then I was looking to get comfortable,
24        and I asked him, it happened on Sunday, I asked
```

**Page 103**

1  him if I can go back to the station and if my
2  family bail me out tonight or I asked him if I
3  could get bailed out tonight because it's on
4  Sunday, and the police officer said yeah, I can
5  get bailed out tonight. So I said then take me
6  back to the station because the waiting was too
7  long at the hospital.
8  Q. Did you ask the officer about bail?
9  A. I did.
10 Q. So your handcuffs are behind your back while you
11    were at the hospital?
12 A. Yes.
13 Q. Are you in a room?
14 A. I was one small room.
15 Q. Did you speak to anyone from the hospital while
16    you were there?
17 A. I don't remember if I speak to anybody. I was
18    in one room. I don't think so.
19 Q. So you don't recall whether you spoke to a
20    doctor or nurse?
21 A. No. I was in the room waiting to be seen.
22 Q. Were you sitting down or standing?
23 A. Sitting down. At some point I got up a little
24    bit and try to adjust my.

**Page 104**

1  Q. Do you recall ever having a conversation with
2     anyone from the hospital about how long it would
3     take for them to see you?
4  A. I don't recall.
5  Q. Do you know how long you were at the hospital?
6  A. Long enough that -- I don't know how long
7     exactly, hours, two hours. The pain start to
8     come in my arms and forehead.
9  Q. What pain in your arm did you have?
10 A. The cuffs were getting tight. Once I start, I
11    didn't realize it when you start moving a little
12    bit the cuff clip you right between the wrist
13    bone here.
14 Q. Were you moving your hands with the cuffs on?
15 A. I try to make adjust to comfortable spot.
16 Q. So at some point you went back to the police
17    station?
18 A. Yes. Then he brought me back to the police
19    station. I got bailed out by my family.
20 Q. How did you get back to the police station?
21 A. He brought me back.
22 Q. In a cruiser or an ambulance?
23 A. I think it was a cruiser. That's why I don't
24    know, I don't remember if I went there with the

**Page 105**

1  cruiser or ambulance or not.
2  Q. When you were returned back to the police
3     station were people waiting there for you, your
4     family?
5  A. Yes. Because they know that I had been brought
6     to the police station then they send somebody.
7     My wife one of them. A few other people.
8  Q. Did you make a phone call at the police station?
9  A. I don't remember whether I make phone call or
10    not.
11 Q. Do you remember how you get bailed out?
12 A. No, I don't remember.
13 Q. Did anyone come from the Courthouse to bail you
14    out?
15 A. At the Courthouse?
16 Q. Was there anyone from the Courthouse, was the
17    police waiting for someone to come to bail you
18    out?
19 A. No. My family came. Michael came.
20 Q. How did Michael get contacted?
21 A. From my brother, my sister, my wife. I don't
22    know how he got contacted.
23 Q. And he's your tax consultant?
24 A. Yes.

**Page 106**

1  Q. And he was contacted?
2  A. Yes.
3  Q. Did you speak to Michael at the police station?
4  A. Did I speak to Michael?
5  Q. Yes.
6  A. I don't remember. I must have said something,
7     asking me. I have conversation.
8  Q. Do you remember what you spoke to him about?
9  A. About the incident, I guess. What happened,
10    this and that.
11 Q. Do you have any memory of actually speaking with
12    him?
13 A. I speak with him. But if you want me to tell
14    you exactly what I said, I don't know exactly
15    what I said. It has to be about the incident.
16 Q. You know you spoke about the incident but you
17    don't remember the specifics?
18 A. Yes.
19 Q. Did you also speak with Attorney Bill Early?
20 A. Yes.
21 Q. Was anyone present when you spoke with Attorney
22    Early?
23 A. Not that I know of. I know that only Michael
24    and him were there. And a few other people

**Page 107**

1  distance.
2  Q. When you spoke to Bill was Michael there?
3  A. Yes.
4  Q. So the three of you spoke?
5  A. Yes, sir.
6  Q. Do you recall any of that conversation or is
7     that the conversation you were just referring to
8     with Michael?
9  A. Yes, sir. I don't recall.
10 Q. That was the conversation you were talking about
11    with Michael?
12 A. Yes.
13 Q. Who was there at the police station besides
14    Attorney Early and Michael Fineberg? Was your
15    wife there?
16 A. One of them was my wife. And other people that
17    kind of worried about my situation, and they
18    came with her. Again, I don't have any specific
19    person that I can tell you.
20 Q. Everyone who came, had they been at the party,
21    at the cookout?
22 A. I don't recall.
23 Q. After you made bail did you go anywhere?
24 A. I went back to the hospital.

**Page 108**

1  Q. Same hospital?
2  A. Same hospital.
3  Q. How did you get there?
4  A. My family brought me.
5  Q. Did you go in your wife's car?
6  A. I don't remember whose car I went in.
7  Q. Someone's car?
8  A. Someone's car.
9  Q. Do you have a memory of going to the hospital a
10    second time?
11 A. Yes, I remember.
12 Q. And you were treated at the hospital?
13 A. Yes, sir.
14 Q. Do you know what time you were released from the
15    hospital?
16 A. No. But I know that's really late, early in the
17    morning.
18 Q. And again, at the time of your first encounter
19    with the police officers, you had no more than
20    one beer, is that fair to say based on what you
21    said earlier today?
22 A. I believe so.
23 Q. So you weren't intoxicated or feeling the
24    effects of that beer?

**Page 109**

1  A.  I wasn't.
2      MR. LEAHEY: Let's go off the record
3      for a moment.
4      (Discussion held off the record.)
5      (A lunch break was taken.)
6      **DIRECT EXAMINATION, Continued**
7  Q.  (by Atty. Leahey) Mr. Khakeo, can I just have
8      you sign and date this other drawing that you
9      had provided.
10 A.  That's all messed up. (Witness complies.)
11     (Diagram marked for identification as
12     Exhibit No. 5.)
13 Q.  I am placing in front of you a photograph. Do
14     you recognize that photograph?
15 A.  Yes.
16 Q.  Is that you?
17 A.  Yes.
18 Q.  Do you know when that was taken?
19 A.  The day after.
20 Q.  On September 10th, 2001?
21 A.  Correct.
22 Q.  Do you know where it was taken?
23 A.  Inside my apartment.
24 Q.  Do you know who took it?

**Page 110**

1  A.  I don't remember that.
2  Q.  Do you know if it was your wife?
3  A.  I don't remember who took it.
4  Q.  No recollection?
5  A.  No.
6  Q.  Do you know if it was taken in the morning,
7      afternoon or evening?
8  A.  I don't remember.
9  Q.  How do you know it was taken in your apartment?
10 A.  That was the only place it would be because I
11     didn't go anywhere after the incident.
12 Q.  And what does the photo depict?
13 A.  Photo of my injury.
14 Q.  Can you just describe your injuries as the
15     photograph shows?
16 A.  There is one on my forehead. My right ribs here
17     and the left upper shoulder.
18 Q.  Okay.
19     MR. LEAHEY: Could we have that
20     marked.
21     (Photograph marked for identification
22     as Exhibit No. 6.)
23 Q.  And is your left shoulder in the photo, is that
24     moved out of the way so you can show the injury

**Page 111**

1      to your left shoulder? See how that is off to
2      the side or something?
3  A.  What do you mean, move away?
4  Q.  Were you moving to show this?
5      MR. FRIEDMAN: Objection.
6  A.  If I were to show it it would go this way
7      (indicating). I don't think I tried to.
8  Q.  Did you take, do you know whether or not other
9      photos were taken at this time?
10 A.  I don't remember.
11 Q.  At some point after your arrest do you know
12     whether or not the Lowell police ever returned
13     to your house?
14 A.  I don't remember.
15 Q.  Did you ever have any conversations with anyone
16     as to whether or not the police had returned to
17     your house after September 9th, 2001?
18 A.  I don't recall.
19 Q.  So you don't recall ever having any
20     conversations with anyone or you don't recall
21     having a conversation where the police came to
22     your house?
23 A.  First of all the police --
24     MR. FRIEDMAN: Objection. Answer if

**Page 112**

1      you can.
2  A.  The police, I don't remember if I talked to
3      anybody after. But I talked to a lot of people.
4      But I don't remember who I talk to.
5  Q.  Is there a reason why you don't remember talking
6      to people about the incident?
7  A.  I don't remember exactly who, what names. Does
8      that answer your question?
9  Q.  Is it fair to say then you remember talking to
10     people about what happened, but you can't give
11     the specifics as to who you talked to and stuff
12     like that?
13 A.  Correct. Correct.
14 Q.  I'm going to show you a bunch of photocopied
15     documents. Turning to the first two pages. See
16     how it's Citizen's Complaint and Inquiry form,
17     and then it's the second page of Citizen's
18     Inquiry report?
19 A.  (Witness looks at document.)
20 Q.  Do you recognize the signature on the second
21     page of that?
22 A.  Yes. That's my wife.
23 Q.  That's your wife's signature?
24 A.  Yes, sir.

**Page 113**

1  Q.  So that's not your signature?
2      MR. FRIEDMAN: You might want to be
3      on the same page.
4  A.  This here (indicating)?
5  Q.  Right. The second page.
6  A.  That's my signature.
7  Q.  That's your signature?
8  A.  Yes, sir.
9  Q.  Do you know when you filled out this Citizen's
10     Complaint and Inquiry form?
11 A.  9/11.
12 Q.  Do you know how you got the Citizen's Complaint
13     and Inquiry form?
14 A.  I don't remember.
15 Q.  Do you know whether you picked it up or someone
16     gave it to you?
17 A.  I don't remember.
18 Q.  Do you remember filling it out?
19 A.  Yes, I remember filling it out.
20 Q.  Where did you fill it out?
21 A.  I don't know exactly where I filled it out.
22 Q.  Do you know whether you filled it out at your
23     house?
24 A.  I don't remember exactly the spot that I fill it

**Page 114**

1      out.
2  Q.  Do you know whether you filled it out in an
3      attorney's office?
4  A.  I don't remember.
5  Q.  Is the entire document, the two pages, is that
6      your handwriting?
7  A.  Yes, sir.
8  Q.  Did you speak to anyone before you wrote this?
9  A.  I don't remember that.
10 Q.  Do you know whether or not anyone else filled
11     out a Citizen's Complaint form?
12 A.  I know me and my wife filled it out. And I
13     don't know who else filled it out.
14 Q.  Was there ever a conversation that you were part
15     of where you discussed filling out Citizen's
16     Complaint forms?
17 A.  Not at my knowledge.
18 Q.  Turning to Pages 3 and 4.
19 A.  (Witness complies.)
20 Q.  On Page 4, the signature, is that the one you
21     were referring to that was your wife's
22     signature?
23 A.  That's my wife.
24 Q.  And do you recognize the handwriting on Pages 3

**Page 115**

```
 1        and 4?
 2   A.   No, I don't recognize the handwriting.
 3   Q.   Doesn't look like your wife's handwriting?
 4   A.   It's her handwriting.
 5   Q.   So it looks like your wife wrote this?
 6   A.   Yes, sir.
 7   Q.   Do you know whether or not -- were you present
 8        when she wrote this?
 9   A.   I don't remember.
10   Q.   Do you know whether or not she spoke to anyone
11        before she wrote this?
12   A.   I don't remember that.
13   Q.   Turning to Pages 5 and 6. On Page 6 do you
14        recognize the signature on that page?
15   A.   That looks like my brother.
16   Q.   Turning to what's written on Page 5, do you
17        recognize that handwriting as your brother's?
18   A.   I don't know how he's handwriting. I don't know
19        how his handwriting looks like, but looking at
20        this statement it says Somphet Khakeo.
21   Q.   But you couldn't tell from looking at it whether
22        or not he wrote it?
23   A.   He signed it. I didn't sit with him when he
24        wrote it, so I don't think it's fair for me to
```

**Page 116**

```
 1        identify that he is writing or his signature or
 2        not.
 3   Q.   Right. You can't tell whose writing it is other
 4        than seeing your brother's name, right?
 5   A.   Right.
 6   Q.   Did you ever speak to your brother about filing
 7        a Citizen's Complaint?
 8   A.   I don't remember speaking to him about it.
 9   Q.   And one brother is Somphet?
10   A.   Yes.
11   Q.   And the other brother is Vyrasack?
12   A.   He is the nephew.
13   Q.   Turning to the next two pages. Are you familiar
14        with Vyrasack's handwriting?
15   A.   No.
16   Q.   So you don't know who wrote the next two pages?
17   A.   No.
18   Q.   Did you speak to Vyrasack about filing a
19        Citizen's Complaint?
20   A.   I don't remember spoke to him about that.
21   Q.   How about the next two pages, Xaykham Kosaketh,
22        are you familiar with his or her handwriting?
23   A.   No.
24   Q.   Did you ever speak to Xaykham Kosaketh about
```

**Page 117**

```
 1        filing this Complaint?
 2   A.   Don't remember.
 3   Q.   How about Ae Phouthakhio?
 4   A.   I don't know.
 5   Q.   You don't recognize his?
 6   A.   I don't know their handwriting.
 7   Q.   Did you ever speak to him about filing a
 8        Citizen's Complaint?
 9   A.   Not that I remember.
10   Q.   How about the next two pages, Inthala Vannaray,
11        do you recognize the handwriting --
12   A.   No.
13   Q.   -- on that document?
14   A.   No.
15   Q.   Did you ever speak to him about filing a
16        Citizen's Complaint?
17   A.   Not that I know of.
18   Q.   The next page starts off by saying, "I, Ashley
19        Khakeo was playing with my cousins." Do you see
20        that?
21   A.   Yes.
22   Q.   Do you recognize the handwriting on this
23        document at the top where it says, "I, Ashley
24        Khakeo was playing." Do you recognize the
```

**Page 118**

```
 1        handwriting on that?
 2   A.   I recognize the signature.
 3   Q.   Who do you recognize the signature as?
 4   A.   My daughter Ashley.
 5   Q.   Do you know who wrote the statement up top?
 6   A.   I don't know.
 7   Q.   Is that Ashley's handwriting?
 8   A.   I don't know about that.
 9   Q.   You don't know whose handwriting that is?
10   A.   I don't know.
11   Q.   Did you know that Ashley gave a statement?
12   A.   I don't know about that.
13   Q.   Is this the first time you have ever seen this
14        document?
15   A.   Yes, sir.
16   Q.   How about the next page where it says, "I,
17        Vanita Khakeo." Do you recognize that
18        signature?
19   A.   I don't recognize that signature.
20   Q.   How about the handwriting with regards to the
21        statement?
22   A.   I don't recognize it.
23   Q.   Have you ever seen this document before?
24   A.   No.
```

**Page 119**

```
 1   Q.   Turning to the next page. At the bottom it's
 2        signed Tony Khakeo?
 3   A.   Yes.
 4   Q.   Do you recognize that signature?
 5   A.   I recognize the signature.
 6   Q.   Is that your son Tony?
 7   A.   Yes, sir.
 8   Q.   How about the statement above? Do you recognize
 9        that handwriting?
10   A.   I don't know about the handwriting. He signed
11        it.
12   Q.   Do you know whether or not Tony gave a statement
13        to anyone regarding the incident, your son Tony?
14   A.   I don't know.
15   Q.   Is this the first time you have ever seen this
16        document?
17   A.   Yes.
18   Q.   And finally the last page. It says, "I, Katrina
19        Khakeo." Do you recognize that signature?
20   A.   No.
21   Q.   Do you recognize the handwriting above that?
22   A.   No.
23   Q.   Do you know whether or not Katrina Khakeo ever
24        gave a statement to anyone?
```

**Page 120**

```
 1   A.   Not that I know of.
 2             MR. LEAHEY: Can we have that marked.
 3             (Citizen's Complaint and Inquiry Form
 4             marked for identification as Exhibit
 5             No. 7.)
 6   Q.   Did you ever have a conversation with Michael
 7        Fineberg about filing a Citizen's Complaint?
 8   A.   I don't remember that.
 9   Q.   Did you ever have a conversation with Michael
10        Fineberg about filing any type of lawsuit
11        against the City of Lowell?
12   A.   Not that I remember.
13   Q.   How about filing a lawsuit against any of the
14        officers?
15   A.   Not that I remember.
16   Q.   With regards to the incident on September 9th,
17        2001, as a result of that did you suffer
18        injuries?
19   A.   Yes.
20   Q.   What were those injuries?
21   A.   The cut on my forehead. The bruises on my right
22        ribs. And the bruise on my left upper shoulder.
23        And the cut on the back of my head.
24   Q.   Aside from those physical injuries that you just
```

Page 121

```
 1        described did you suffer any other injury?
 2   A.   Yes.
 3   Q.   What were the other injuries?
 4   A.   Beside those injuries that I suffered is that
 5        the incident happened at my property. And
 6        that's just I feel that I couldn't help my
 7        family when they needed me. And the day of the
 8        incident I was trying to calm the whole
 9        situation down, and I couldn't do it.
10   Q.   Is that what you mean when you say you couldn't
11        help your family?
12   A.   Yes, sir.
13   Q.   Any other injuries?
14   A.   It's hard for me to -- it's happen in front of
15        me kids, my mom. They were crying. And then
16        they know that I didn't do anything wrong. And
17        I got beat up by police officers with no reason.
18        And I was just so hopeless on the day. My son
19        asked me the day after what happened. Why the
20        police officer beat you up. I couldn't explain
21        to him why. I told him that I was only trying
22        to help other members of the family out.
23   Q.   And you remember this conversation with your
24        son?
```

Page 122

```
 1   A.   I told him that.
 2   Q.   Where did this conversation take place?
 3   A.   At my house.
 4   Q.   Where in your house?
 5   A.   117 Chelmsford.
 6   Q.   What part of your house?
 7   A.   Second floor.
 8   Q.   Any particular room?
 9   A.   No. I don't remember any particular room.
10   Q.   Was it before or after this photograph was
11        taken?
12   A.   I don't remember.
13   Q.   But your son approached you with this question?
14   A.   Yes, sir.
15   Q.   Where were you when he approached you?
16   A.   I don't remember exactly. I know it was in our
17        house.
18   Q.   As you sit here today do you suffer from any
19        injuries as a result of what happened on
20        September 9th, 2001?
21   A.   Do I suffer any other injury?
22   Q.   Yes.
23   A.   Emotionally that I see a lot of pictures, and it
24        just keep reminding me. And recently my son
```

Page 123

```
 1        asked me what I'm doing up there in
 2        Massachusetts again. I couldn't tell him. I
 3        told him that I come up here for personal
 4        purpose. I don't want him to know. It's hard
 5        for me to explain it.
 6   Q.   When did your son ask you this question?
 7   A.   Before I came up here.
 8   Q.   Do you remember what day he asked you?
 9   A.   Last week.
10   Q.   Do you remember what day last week?
11   A.   I don't remember exact day.
12   Q.   Do you remember the time that he asked you?
13   A.   No.
14   Q.   Do you remember where you were when he asked
15        you?
16   A.   At the house.
17   Q.   Where in the house?
18   A.   In Arkansas.
19   Q.   What part of your house in Arkansas, what room
20        were you in?
21   A.   In the living room.
22   Q.   Have you been back to Lowell since you moved
23        down to Arkansas?
24   A.   No.
```

Page 124

```
 1             MR. LEAHEY: Can I have this marked.
 2             (District Court Document marked for
 3             identification as Exhibit No. 8.)
 4   Q.   By the way, when you were saying that you get
 5        emotional when you were shown pictures; how
 6        often do you get emotional about the incident?
 7   A.   When I get asked by my children. I don't get to
 8        look at the pictures. I don't have any
 9        pictures. I try not to keep anything. I don't
10        want it to remind me and this incident at all.
11   Q.   With regards to your -- were you wearing a
12        baseball cap that night?
13   A.   Yes, I think so.
14   Q.   With regards to the clothes you were wearing
15        that night, what happened to those clothes?
16   A.   I don't know where the clothes is now. Was it
17        still in the Court? The Court has it.
18   Q.   Is it fair to say you don't have them?
19   A.   I don't have them.
20   Q.   Do you know whether or not your lawyer has them?
21   A.   I don't remember.
22   Q.   I'm showing you what has been marked as Exhibit
23        8. Directing your attention to the 25th
24        paragraph. With regards to Section B of
```

Page 125

```
 1        Paragraph 25 where it says, "Mr. Khakeo endured
 2        emotional pain and suffering." Do you see that?
 3   A.   Yes.
 4   Q.   What is the emotional pain and suffering that
 5        you have endured?
 6   A.   After the incident the whole community thinks
 7        that I was a bad guy. At the temples that I
 8        usually go and pray they look at me in a
 9        different person. They give me cold shoulder
10        because I got involved with the police officer.
11        And they believe that I did something wrong to
12        police officer.
13   Q.   The people at the temple, had you been going
14        there a long time as of September 2001?
15   A.   I had been going there a long time.
16   Q.   Did they all know you?
17   A.   They all knew me. Not all, but pretty much
18        people in the community, we know each other.
19   Q.   Did the people at the temple also know your
20        family and friends who were at your barbecue
21        that night?
22   A.   I don't know if they know everybody. But they
23        know me really. My family, my father, my
24        mother. We go to the temple.
```

Page 126

```
 1   Q.   Do you know whether or not your family and
 2        friends told the people at the temple that you
 3        hadn't done anything wrong and you had been
 4        attacked by the police?
 5   A.   I don't know. I have no knowledge about that.
 6   Q.   Did you ever tell the people at the temple that
 7        you had been attacked?
 8   A.   I tried but they always point fingers and say,
 9        you know, you did bad thing. And you can't
10        explain it to them.
11   Q.   Did you try to explain it?
12   A.   I tried to say something, but they wouldn't take
13        it.
14   Q.   Do you recall whether or not you spoke to anyone
15        from your temple the day after the incident?
16   A.   The day after?
17   Q.   September 10th?
18   A.   I know a lot of people came visit from temple,
19        from organizations. From Laos organization.
20   Q.   Why did they come to visit?
21   A.   They heard the incident, and they paid a visit.
22   Q.   Do you recall them coming to visit you?
23   A.   I remember they came. But I don't remember
24        exactly who.
```

Page 127

```
 1  Q.  Generally speaking did they come to your house
 2      and show you support?
 3  A.  Some support. Some don't.
 4  Q.  Who didn't support you?
 5  A.  The people that had talked through the community
 6      that they heard about it. I don't know exactly
 7      who.
 8  Q.  Were these people who would come to your house?
 9  A.  I don't remember the people came to our house or
10      not.
11  Q.  Right. So do you recall anyone coming to your
12      house and bad-mouthing you for what happened
13      that day?
14  A.  They wouldn't say it at the time that they pay a
15      visit.
16  Q.  So the people who come did they show support for
17      you when they came to visit you?
18  A.  They came, they come and support, they saying
19      this and that, but you don't know what they
20      really say the truth. But then after you heard
21      some person said that, this person said that.
22  Q.  Do you recall whether or not the day after the
23      incident that you spoke to anyone from a
24      newspaper?
```

Page 128

```
 1  A.  From newspaper, I recall that I spoke with the
 2      newspaper. But I don't know what day exactly.
 3  Q.  Was that the Lowell Sun newspaper?
 4  A.  The Lowell Sun.
 5  Q.  Did you speak to anyone from any other newspaper
 6      other than the Lowell Sun?
 7  A.  I don't remember.
 8  Q.  You also, going back to Paragraph B, that you
 9      continued to suffer from embarrassment as well
10      as anxiety due to the prosecution against you.
11      Do you see that?
12          MR. FRIEDMAN: Objection. It says he
13      "continued," not continues.
14          MR. LEAHEY: I thought I said
15      "continued." Sorry. I meant to say
16      "continued."
17  Q.  Do you see that?
18  A.  Yes, I see it. The embarrassment that I have
19      that I just mentioned that the people that I had
20      a good relationship with like temple and my
21      family go there, they don't respect you as like
22      before.
23  Q.  Now, prior to leaving Lowell in 2003 did you
24      continue to go to temple?
```

Page 129

```
 1  A.  Yes.
 2  Q.  And then going down further, the next sentence
 3      says, "As a result of the incident Mr. Khakeo no
 4      longer felt safe living in Lowell, leaving him
 5      to move his family and business out of state."
 6      How did you no longer feel safe living in
 7      Lowell?
 8  A.  The way I felt was that you know that you are a
 9      good citizen. You try to help out and try to
10      calm the situation for that day. And you don't
11      even have a chance to do anything. And if this
12      continue, if this happen to me, if I keep
13      continuing to stay here, I don't know if it
14      would be safe for my family to be around. My
15      wife and I had talked, and then we decided to
16      move.
17  Q.  And what were the safety concerns?
18  A.  Just, we just don't want to happen again.
19          MR. LEAHEY: Can we have this marked.
20          (Interrogatories marked for
21              identification as Exhibit No. 9.)
22  Q.  As a result of the incident of September 9th,
23      2001 did you miss any time from work?
24  A.  I am self-employed, so I don't know -- I can
```

Page 130

```
 1      take days off, so I don't feel that I miss
 2      anything.
 3  Q.  Let me ask you in a different way then. Did you
 4      lose any business as a result of September 9th,
 5      2001?
 6  A.  Not that I noticed.
 7  Q.  When you moved from Lowell to Arkansas did you
 8      incur or what costs did you incur?
 9  A.  Moving expenses.
10  Q.  Was there a cost to shut down your business?
11  A.  Can you ask me again. Cost me to shut down my
12      business?
13  Q.  Sure. What happened to your business? Did you
14      sell your business?
15  A.  I just close it down.
16  Q.  So there were no costs then associated with
17      shutting down your business?
18  A.  No costs.
19  Q.  From the time of September 9th, 2001 until you
20      moved to Arkansas did your business take a
21      downturn?
22  A.  I don't notice anything because I had my nephew
23      still running it for a while before I shut it.
24  Q.  Were you in Arkansas when he was running it?
```

Page 131

```
 1  A.  Yes, sir.
 2  Q.  So at some point the business was running while
 3      you were in Arkansas?
 4  A.  Yes, sir.
 5  Q.  And this is your nephew Vyrasack?
 6  A.  Yes.
 7  Q.  And he ended up closing the business for you?
 8  A.  I closed it because I don't want to coming back
 9      and forth. It's quite a travel.
10  Q.  So you are not seeking any loss of business
11      income as part of this lawsuit?
12  A.  Correct.
13  Q.  With regards to your treatment, your hospital or
14      medical treatment; you went to Saints twice the
15      night of the incident, correct?
16  A.  I don't remember how many times that I went back
17      exactly.
18  Q.  Right. But just the actual date of the incident
19      you went there twice, correct?
20  A.  Twice.
21  Q.  And then you had some follow-up treatment there
22      at Saints?
23  A.  Yes, sir.
24  Q.  But you don't remember how many times?
```

Page 132

```
 1  A.  I don't remember.
 2  Q.  Aside from Saints Memorial did you seek
 3      treatment anywhere else?
 4  A.  I went to Harvard Health in North Chelmsford.
 5  Q.  And how was it you ended up at Harvard Health in
 6      Chelmsford?
 7  A.  To see, right after the incident I had a lot of
 8      pain in the back of my head, and I tend to
 9      forget things. And my wife advise me to go see
10      if any further damage.
11  Q.  Do you still tend to forget things?
12  A.  No, I don't have that.
13  Q.  At some point did your memory get better?
14  A.  It got better.
15  Q.  When was that?
16  A.  I don't remember. Five or six months down the
17      road. Something like that.
18  Q.  Other than Saints Memorial and Harvard did you
19      get treatment anywhere else?
20  A.  Not that I remember.
21  Q.  Is it possible you got treatment someplace else
22      that you just don't remember?
23  A.  I don't remember that I go anywhere else.
24  Q.  How about in Arkansas, did you get treated in
```

Page 133

```
 1        Arkansas?
 2   A.   Not that I know of.
 3   Q.   Have you been treated for anything while you've
 4        been in Arkansas?
 5   A.   Nothing.
 6   Q.   Do you recall when you last received treatment
 7        at any hospital?
 8   A.   I don't.
 9   Q.   Do you recall what year it was that you last
10        received any medical treatment?
11   A.   I don't recall.
12   Q.   In your Response to Production of Documents you
13        state that you never saw a therapist,
14        psychologist, psychiatrist or social worker
15        regarding this incident, is that correct?
16   A.   I don't remember.
17             MR. LEAHEY: Can I have this marked.
18             (Request for Production of Documents
19              marked for identification as Exhibit
20              No. 10).
21   Q.   If I could just direct your attention to, if you
22        could read Request No. 3 and then the last
23        sentence under the Response.
24   A.   (Witness looks at document.)
```

Page 134

```
 1        You can just read it to yourself.
 2   A.   (Witness complies.)
 3   Q.   Does that refresh your recollection with regards
 4        to whether or not you saw a therapist,
 5        psychologist, psychiatrist or social worker?
 6   A.   I just don't remember that I saw them.
 7   Q.   To the best of your memory you don't recall
 8        having any such treatment?
 9   A.   I remember when I go to see them, but I didn't
10        go -- I remember I saw some advisor, but they
11        didn't really help me that much.  And I
12        discontinued going in for the treatment because
13        they don't want to get involved they said.  I
14        remember now that I went.
15   Q.   They said they didn't want to get involved?
16   A.   Because they asked what's injury.
17   Q.   Where did this take place?
18   A.   It's in Harvard.  I did saw some kind of advisor
19        at the Harvard.
20   Q.   What did the Harvard advisor say?
21   A.   They asked me a few questions, and I told them
22        what's involved and this and that, and they
23        don't want to get involved.
24   Q.   What specifically did they tell you about not
```

Page 135

```
 1        wanting to get involved?
 2   A.   They said is this going to be involved with the
 3        police, no.  Then they didn't want to get
 4        involved.
 5   Q.   And that was in the Harvard Healthcare in
 6        Chelmsford?
 7   A.   Yes, sir.
 8   Q.   Who did you have this conversation with?
 9   A.   I don't remember who exactly.  But I made an
10        appointment to go see them.
11   Q.   Did you see a man or woman?
12   A.   A man.
13   Q.   How tall was he?
14   A.   Oh, I don't remember.
15   Q.   Was he old or young?
16   A.   Over 40.
17   Q.   Do you recall whether this conversation took
18        place inside a room?
19   A.   Inside a room.
20   Q.   What did you respond after he said he didn't
21        want to get involved?
22   A.   I don't remember what I respond.
23   Q.   I'm showing you what has been marked as Exhibit
24        9, which was your Interrogatory Answers.
```

Page 136

```
 1        Unfortunately, I don't have copies.  If I can
 2        just show you the second paragraph on Page 9.
 3   A.   (Witness looks at document.)
 4   Q.   Where it says, "The lump in the back of my head
 5        comes and goes."
 6   A.   Yeah, I still have that.
 7   Q.   Could you explain what that means?
 8   A.   I have a lot of itchy in this area.
 9   Q.   In the back of your head?
10   A.   In the back of my head.  If you saw the hair
11        don't grow anymore.
12   Q.   Can you turn around?
13   A.   (Witness complies.)  (Indicating).
14   Q.   And there is a part of your hair that does not
15        grow back?
16   A.   Yes, sir.
17   Q.   And you currently have, I'd call it a whiffle,
18        but I don't know if you know what that means.
19        You have a very short haircut?
20   A.   Yes.
21   Q.   It says also just in the line above that, "I
22        talked to the medical staff about some memory
23        loss I was experiencing."  Do you see that?
24   A.   That's what I meant referring to earlier.
```

Page 137

```
 1   Q.   Do you know where that was?
 2   A.   That was in Harvard Community Health Center.
 3   Q.   Do you recall whether or not they did any tests
 4        on you regarding your memory?
 5   A.   I don't recall.
 6   Q.   How did you pay for the medical bills that you
 7        incurred?
 8   A.   I don't remember.
 9   Q.   Did you pay for them yourself?
10   A.   I don't remember.
11   Q.   Do you know whether or not they were paid?
12   A.   I don't know.
13   Q.   Do you have any cancelled checks regarding
14        medical payment?
15   A.   Not that I know of.
16   Q.   So as you sit here today do you know whether or
17        not your medical bills were paid?
18   A.   Correct.
19   Q.   Have you received any correspondence in the mail
20        saying that you haven't paid any medical bills?
21   A.   I haven't seen any.
22   Q.   Do you know whether or not your wife paid any of
23        your medical bills?
24   A.   I don't know.
```

Page 138

```
 1   Q.   Did you incur any legal bills with regards to
 2        the incident of September 9th, 2001?
 3   A.   Yeah.
 4   Q.   Do you know how much the total amount was?
 5   A.   I don't know exactly.  I think it's between five
 6        to $7,000.
 7   Q.   Did you pay that?
 8   A.   I don't remember if I paid that.
 9   Q.   Do you recall ever getting a bill for the
10        services rendered?
11   A.   No.
12   Q.   How do you know the bill ended up between five
13        and seven grand?
14   A.   I remember we talk about the fee that
15        Mr. Rappaport was going to charge.
16   Q.   But you never got a bill?
17   A.   I don't remember.  Maybe my wife took care of
18        it.  I don't know.  I don't remember it.
19   Q.   But your wife may know?
20   A.   Possible.
21   Q.   Has your ability to earn a living changed from
22        moving from Massachusetts to Arkansas?
23   A.   Yes.
24   Q.   Do you make more or less now?
```

**Page 139**

1  A.  Less.
2  Q.  Are you seeking as part of this lawsuit to
3      recoup any of the difference in the income
4      between Massachusetts and Arkansas?
5  A.  No, I don't.
6  Q.  Have you also noticed or what's the difference
7      in the standard of living between Massachusetts
8      and Arkansas?
9  A.  Arkansas is a lot cheaper.
10 Q.  Not withstanding this particular lawsuit, have
11     you ever filed a claim for compensation in any
12     other matter?
13 A.  Not that I remember.
14 Q.  Were you ever involved in a lawsuit or excuse
15     me, a claim regarding a car accident from 1992?
16 A.  I remember I had one in '92 or '93, something
17     like that.
18 Q.  Do you remember whether or not you had the
19     Marcotte Law Firm represent you?
20 A.  Yes, I had Marcotte represent me.
21 Q.  Were you the driver or passenger?
22 A.  I was the driver.
23 Q.  It was a motor vehicle accident?
24 A.  Yes.

**Page 140**

1  Q.  Did you receive any money as part of the
2      settlement in that matter?
3  A.  It has been a while. I think it was between 10
4      to 20,000.
5  Q.  Do you recall whether or not you sought any
6      medical treatment with regards to that accident?
7  A.  I don't remember.
8  Q.  Do you remember what happened to your car?
9  A.  It was totaled.
10 Q.  Do you recall if you went to the hospital as a
11     result of that accident?
12 A.  I think I did.
13 Q.  Do you remember which hospital you went to?
14 A.  I don't remember which one.
15 Q.  Do you know whether or not you suffered injuries
16     as a result of that accident?
17 A.  Yeah, I remember that.
18 Q.  What injuries did you suffer?
19 A.  My rear, lower back.
20 Q.  Any injury other than your lower back?
21 A.  No.
22 Q.  No head injury?
23 A.  No head injury.
24 Q.  Other than that incident from 1992, any other

**Page 141**

1      claims that you have filed on your behalf?
2  A.  No.
3  Q.  At some point did your brother Somphet Khakeo
4      move down to Arkansas?
5  A.  He did.
6  Q.  Did he live with you when he moved down?
7  A.  No.
8  Q.  Do you know why he moved down?
9  A.  We bought a gas station together.
10 Q.  When did you buy that?
11 A.  Little bit before, I don't remember the exact
12     month, but 2002, in the summer. Something like
13     that.
14 Q.  2002?
15 A.  2002 or close to 2003.
16 Q.  Did he move down there before you?
17 A.  Yes, he did.
18 Q.  And how was it the two of you bought the gas
19     station together?
20 A.  I don't know how -- actually I bought it and
21     under my name he's running it.
22 Q.  Did you pay cash for the business?
23 A.  No, partial we put down.
24 Q.  What happened to that business?

**Page 142**

1  A.  He end up moving back here, and it's for sale
2      right now.
3  Q.  So you still own it?
4  A.  Yes.
5  Q.  What's the name of it?
6  A.  Gators Mart.
7  Q.  Where is that located?
8  A.  In Ft. Smith, Arkansas.
9      MR. LEAHY: Thank you, Mr. Khakeo.
10     That's all I have.
11     MR. FREDA: Mr. Khakeo, I just have a
12     few questions.
13          CROSS-EXAMINATION
14 Q.  (by Atty. Freda) Do you recall, when was the
15     first time you went to Court after you were
16     bailed out that night, to Lowell District Court?
17 A.  Yes, I recall.
18 Q.  What day was that? The next day, Monday, the
19     10th?
20 A.  Oh, exact date I don't know. I know that I went
21     back that week.
22 Q.  Within the week? Was it the next day after you
23     got bailed out after the incident?
24 A.  I know it is not the next day.

**Page 143**

1  Q.  And the day after that was September 11th, and
2      did you go that day? That's the day you filled
3      out those forms, the Citizen's Complaint forms?
4  A.  I don't remember.
5  Q.  You don't remember. Okay. Do you recall the
6      day you went back did you bring a lawyer with
7      you or did you go in alone?
8  A.  Go into Court?
9  Q.  Yes.
10 A.  I don't recall.
11 Q.  Let me try to jar your memory here. Your
12     brother who was deposed before, did you go with
13     him to Court, were you together when you went to
14     Court?
15 A.  When we go to Court the first time? I don't
16     remember if we went together or not.
17 Q.  Because he went the next day. And I was
18     wondering if that helped you. You don't recall?
19 A.  No.
20 Q.  You don't recall if you brought a lawyer there
21     with you or not?
22 A.  I don't recall.
23 Q.  But you had contacted Mr. Early, the day of the
24     incident you contacted him and Mr. Fineberg?

**Page 144**

1  A.  My family did.
2  Q.  Your family did, okay. And do you recall were
3      you given any paperwork when you were bailed
4      out?
5  A.  I don't recall.
6  Q.  Prior to this incident did you ever see or did
7      you know Officer Moriarty?
8  A.  Do I know him?
9  Q.  Did you know him prior to this incident?
10 A.  No.
11 Q.  Never saw him?
12 A.  No, never.
13 Q.  How about Lt. Sullivan?
14 A.  Never.
15 Q.  And at the time of the incident there was an
16     exchange between you and Mr. Moriarty regarding,
17     you asked him what his name was, right?
18 A.  Yes, sir.
19 Q.  And he told you, you say he was rather rude, but
20     he told you his name?
21 A.  Yes, he did.
22 Q.  He said Officer Moriarty?
23 A.  Yes, sir.
24 Q.  Or he just said Moriarty, right?

Page 145

1  A. One of those.
2  Q. That's all he said, right?
3  A. Yes.
4  Q. Officer Moriarty or Moriarty, right?
5  A. I don't remember exactly what he said, but Moriarty or Officer Moriarty. Something like that.
8  Q. And you told him what your name was, right?
9  A. Yes, sir.
10 Q. Did you ever talk to Lt. Sullivan that night?
11 A. Never. They got me handcuffed.
12 Q. Lt. Sullivan was over with other people, I think it was your brother, right, or maybe some other people?
15 A. He was further in I noticed that.
16 Q. About how far away was he?
17 A. I couldn't tell how far, but I noticed that he was in that area.
19 Q. Would you say it was greater than the distance between where you are and I am?
21 A. Hard to tell.
22 Q. Okay. But you didn't have any conversation with him, right?
24 A. Not so ever.

Page 146

1  Q. He wasn't wearing a police officer's uniform, was he? He was in civilian clothes?
3  A. I believe he was in a uniform.
4  Q. So he was in uniform and Moriarty wasn't in uniform?
6  A. That's right.
7  Q. Did you hear his name that night?
8  A. No.
9  Q. Lt. Sullivan?
10 A. No.
11 Q. You didn't hear his name that night?
12 A. No.
13 Q. What about at the booking stage?
14 A. No.
15 Q. You filled out this, if I can find it, first two pages of Exhibit 7. You indicated that's your handwriting, correct?
18 A. Yes. Yes, sir.
19 Q. And do you recall, it says on it September 11th, 2001 was the date. Would that be the date you filled it out?
22 A. Yes, sir.
23 Q. Do you know what part of the day you filled that out? Was it morning, night?

Page 147

1  A. I don't remember it.
2  Q. And when you filled it out did you refer to any documents that you might have gotten from anybody?
5  A. I must have referred to the police report.
6  Q. So you had the police report by then?
7  A. I must have had the police report.
8  Q. Do you remember who gave you that police report?
9  A. I don't recall.
10 Q. Are you sure you referred to it?
11 A. I don't remember that I referred to that police report or not.
13 Q. You don't remember if you referred to the police report or not?
15 A. I don't remember that.
16 Q. Do you know of anyone else that had a copy of the police report that night?
18 A. I don't know.
19 Q. Was Mr. Fineberg there when you were filling out the report?
21 A. I don't remember who at the time.
22 Q. So do you have an explanation as to how you got the name of Lt. Sullivan on the report?
24 A. I must have had it from the police report to get

Page 148

1  his name. But I don't remember when I get it.
2  Q. So let me just try -- you must have had the police report?
4  A. I must have had.
5  Q. And you refer to that in writing this document, this Civilian Complaint?
7  A. Possible.
8  Q. Did you refer to any other documents?
9  A. Not that I know of. I don't do this every day, so.
11 Q. I understand. I'm just asking if you referred to any other documents?
13 A. I don't remember that.
14 Q. When you filled this out were you alone or just with your wife?
16 A. I don't remember.
17 Q. Did your wife have a copy of the police report?
18 A. I don't remember.
19 Q. Did you give her the name of Officer Moriarty?
20 A. I don't remember that.
21 Q. Did you give a copy of the police report or did you let your brother look at the copy that you had of the police report?
24 A. I don't remember honestly.

Page 149

1  Q. Did you have any knowledge as to how he got the name of Dennis Moriarty and Kevin Sullivan when he wrote this?
4  A. I have no idea.
5  Q. Vyrasack Khakeo, who is that again?
6  A. He is my nephew.
7  Q. Did he have a copy of the police report to your knowledge?
9  A. I have no knowledge about that.
10 Q. Was he, were you with him when he filled out this report?
12 A. I don't remember that.
13 Q. You don't have any knowledge as to how he got the name of Dennis Moriarty?
15 A. I don't know.
16 Q. Or his badge number, you wouldn't know that?
17 A. I don't know.
18 Q. And I can go through all of these, but I'll just ask you in general. All the other names that are listed here, were you present when they filled out these reports?
22 A. I don't remember that.
23 Q. Do you recall giving a copy of the police report that you think you had to any of these

Page 150

1  individuals for them to get the name?
2  A. I don't recall.
3  Q. So you wouldn't have any knowledge as to how they got the information regarding Kevin Sullivan or his badge number or his rank or Dennis Moriarty, his badge number or his rank?
7  A. Correct. I don't remember.
8  Q. Mr. Khakeo, you said originally you lived in Wisconsin, is that correct?
10 A. Correct.
11 Q. Is it true, were you born in Cambodia?
12 A. In Laos.
13 Q. When did you come to the United States?
14 A. 1980.
15 Q. 1980?
16 A. Yes.
17 Q. Were you married in the United States or in Laos?
19 A. Yes, sir.
20 Q. In the United States?
21 A. In the United States.
22 Q. When were you married?
23 A. In 1987.
24 Q. Would that have been in Massachusetts?

Page 151

1  A. In Lowell.
2  Q. In Lowell?
3  A. Yes.
4  Q. When you file your income tax returns do you
5     usually file married filing jointly or separate?
6  A. Joint.
7  Q. Does Mr. Fineberg prepare the tax returns for
8     you?
9  A. Yes.
10 Q. Do you know, does Mr. Fineberg do any work for
11    Attorney Bill Early?
12 A. I have no knowledge about that.
13 Q. You indicated that your property that your wife
14    owns, when the tenants stopped paying and you
15    people moved to Arkansas you just let them go,
16    correct?
17 A. Correct.
18 Q. How is title held on that property, did she own
19    it on her own or was it in a trust?
20 A. I don't recall. I don't know how she had it set
21    up.
22 Q. Was a mortgage involved?
23 A. I believe it was.
24 Q. And you were in the real estate business back

Page 152

1     then, right?
2  A. Yes, sir.
3  Q. Do you know what mortgage company it was?
4  A. I don't recall.
5  Q. Were you liable on the mortgage, did you sign
6     the note?
7  A. No.
8  Q. Just your wife signed?
9  A. Just her.
10 Q. And you indicated she worked at that time?
11 A. She worked with me.
12 Q. So she would be considered an independent
13    contractor or was she self-employed?
14 A. We worked together as a family. We didn't
15    consider that I paid her or anything like that.
16 Q. Now, the business that you had, what was the
17    name of that business?
18 A. Lowell Real Estate.
19 Q. Lowell Real Estate. Was it incorporated?
20 A. Sole proprietorship.
21 Q. So you filed Schedule C on your tax returns?
22 A. Michael do that for me.
23 Q. Michael did that. Did your wife have a real
24    estate broker's license or salesman's license?

Page 153

1  A. No.
2  Q. Again, when did you move to Arkansas, was it
3     January of 2004 or 2003?
4  A. To Arkansas?
5  Q. Yes. I think you said in the Interrogatories
6     2004, that's why I'm asking.
7  A. If I said 2004.
8  Q. 2004?
9  A. No. I went 2002. 2002 or 2003. This say 2004.
10 Q. So it was 2004?
11 A. I went before that. But technically I still
12    have stuff here, so I didn't consider that I
13    move officially until 2004.
14 Q. Do you have a license to sell insurance in
15    Arkansas?
16 A. Yes.
17 Q. Did you have to take a test down there?
18 A. I have my license here, and I transferred it.
19 Q. So did you take a class here, don't you have to
20    take a class first?
21 A. Yes, sir.
22 Q. Where did you take the class?
23 A. Where do I take the class?
24 Q. Yeah, what school?

Page 154

1  A. I don't remember.
2  Q. Now, you indicated that your real estate license
3     lapsed up here. Do you have one in Arkansas?
4  A. No.
5  Q. Any other licenses? What kind of business do
6     you have in Arkansas?
7  A. Just the insurance.
8  Q. Do you have a license to carry a firearm?
9  A. No.
10 Q. Do you have a driver's license in Arkansas?
11 A. Yes.
12 Q. Any restrictions on that, physical restrictions?
13 A. Not that I know of.
14 Q. I mean like if you wear glasses?
15 A. No.
16        MR. FREDA: Okay. I think that's all
17    I have.
18        MR. GAMBACCINI: I just have a
19    couple.
20        CROSS-EXAMINATION
21 Q. (by Atty. Gambaccini) Mr. Khakeo, I believe
22    earlier you indicated with regard to
23    Mr. Fineberg an address of 15 Winthrop Street,
24    is that your understanding of his address?

Page 155

1  A. Yes, sir.
2  Q. Is that a business or residence?
3  A. It's his residence.
4  Q. Do you have any other contact information for
5     Mr. Fineberg; a cell phone number, a telephone
6     number?
7  A. I have his cell phone number.
8  Q. Do you know his cell phone number?
9  A. I know it. I have it.
10 Q. Do you know his cell phone number?
11 A. Yes, I know it.
12 Q. What is his cell phone number?
13 A. Can I give that to you?
14        MR. FRIEDMAN: Can we go off the
15    record for just a second.
16        (Discussion held off the record.)
17 Q. Earlier you had indicated that having a cookout
18    at your home or in the area outside your home
19    was something that you did on a somewhat regular
20    or irregular basis, is that correct?
21 A. Correct.
22 Q. About how often did you have these cookouts as a
23    matter of generalities?
24 A. Oh, it's not like we plan it. It is whenever

Page 156

1     it's a good time. Them people I know them, and
2     the way this cookout, it's not set up.
3     Sometimes they stop by, and they have them, the
4     people were from Fitchburg. Inthala. He lives
5     in Fitchburg. They came up and then they end up
6     talking to my wife, and that's how it got
7     started.
8  Q. But it would always be something that was to the
9     extent it was planned, planned previous to the
10    day? Meaning you would talk to somebody and say
11    come over on Sunday?
12 A. I don't remember planning something like that.
13 Q. I believe you had also indicated earlier that
14    you recall eating some lamb that day on
15    September 9, 2001?
16 A. Yes, sir.
17 Q. Was that when you left your office to go back
18    upstairs to have lunch?
19 A. No.
20 Q. That was at some point later?
21 A. Later.
22 Q. Do you recall what time it was that you had the
23    lamb?
24 A. It was after seven.

**Page 157**

1 Q. After seven p.m.?
2 A. Yes.
3 Q. How long had you had been at the party or the
4    cookout at the time you had the lamb?
5 A. I would say less than 20 minutes. Somewhere
6    around there. I know I just sat down. I had
7    beer. Just opened.
8 Q. At the time of the cookout, September 9, 2001
9    who lived with you?
10 A. Just my family.
11 Q. Your wife and two children?
12 A. Yes, sir.
13 Q. Do you recall on September 9, 2001 the first
14    time that you saw someone other than your wife
15    and two children at your home or outside your
16    home?
17 A. I don't recall.
18 Q. You also testified that from about 11 a.m. until
19    shortly before seven p.m. that you had been
20    doing work in your office located in the
21    building next door to your home, is that
22    correct?
23 A. Yes.
24 Q. And that you had met with a potential client

**Page 158**

1    that day?
2 A. Yes, sir.
3 Q. And you also had made a number of phone calls?
4 A. Yes, sir.
5 Q. Do you have any phone records from the period of
6    September 2001 for your business?
7 A. No, I don't.
8 Q. Did you at one time have such phone records?
9 A. I believe so.
10 Q. Do you recall the name of any individual that
11    you spoke with on that day?
12 A. The names, it's a difficult part. It's like
13    those people on the list. Sometimes you see
14    them, they call it something else. Like I know
15    them for Pi, but when they put it on paper it's
16    Phaysanh. I couldn't tell you.
17 Q. Was it your practice in making phone calls in
18    connection with your business to keep some kind
19    of notation as to who you spoke with and what
20    you spoke about?
21 A. I have note.
22 Q. Do you have any notes from the period of
23    September 2001?
24 A. I don't know where I place it. I write

**Page 159**

1    something down on the paper when I talk to
2    somebody. But I don't know where. I don't
3    think I can locate it now.
4 Q. Do you recall faxing any documents on September
5    9th, 2001?
6 A. I don't remember that.
7 Q. Do you recall sending any e-mails on September
8    9th, 2001?
9 A. Don't remember.
10 Q. You indicated that at some point on that date
11    you left work and that you went outside to join
12    the cookout, is that correct?
13 A. Yes.
14 Q. And the t.v. was on?
15 A. Yes, sir.
16 Q. Was the t.v. generally housed in the garage
17    where it was that night?
18 A. It is in the garage on top of the refrigerator.
19 Q. So that's always left in there?
20 A. Always left in there.
21 Q. And I believe you also testified that the t.v.
22    was on that night?
23 A. Yes, sir.
24 Q. Do you recall what was on?

**Page 160**

1 A. I don't recall. But the kids say they were
2    watching football. I don't know who they are
3    playing.
4 Q. You don't recall who was playing?
5 A. No, I don't recall.
6 Q. You weren't watching the game?
7 A. I was way outside. The overhead door block it.
8 Q. Do you recall, I believe you said your wife was
9    kind of in charge of planning the cookouts if
10    there was any planning involved?
11 A. I don't know if she was in charge or not. But
12    we are all like family and brothers, and
13    everybody come and just help themselves. I
14    don't know if she really plan it or not.
15 Q. Do you recall anyone, your wife or someone else
16    mentioning watching a Patriots game that day?
17 A. I heard they were mentioning it, but I don't
18    know they were, and I don't recall who was
19    watching what. But I heard that they say
20    Patriots were playing earlier game. Something
21    like that.
22 Q. How long between you joining the party was it
23    until you first saw the one uniformed officer
24    and the other plain clothes officer arrive on

**Page 161**

1    your property?
2 A. Repeat?
3 Q. In terms of a time frame, how long was it from
4    you joining the party until you saw the two
5    officers enter your property?
6 A. Oh, about 20 minutes I had been there. First I
7    sat down and start to talk to the people at the
8    cookout. And that's how I discovered two police
9    officers came in.
10 Q. With regard to the officer that you now know as
11    Lt. Sullivan who was in a uniform, can you
12    describe him for me physically?
13 A. He's, to give you his figures, he is way out to
14    my left a little bit. I couldn't see him that
15    well.
16 Q. He was too far away from you to see him?
17 A. Yes, sir.
18 Q. And that's when he entered the property?
19 A. Yes, sir.
20 Q. So you wouldn't be able to give an indication as
21    to hair color?
22 A. I couldn't tell.
23 Q. Do you recall what color shirt he was wearing?
24 A. I know that he was in uniform.

**Page 162**

1 Q. You don't recall the color of the uniform?
2 A. It's dark color.
3 Q. When Lt. Sullivan entered upon the property, and
4    I hate to do this to you, that one is kind of
5    bad. This one is better (indicating). When you
6    saw Lt. Sullivan enter upon the property could
7    you indicate where you were?
8 A. I was right here (indicating) at the end of the
9    table.
10 Q. Can you maybe put an X in the red pen where you
11    were.
12 A. (Witness complies.)
13 Q. Can you indicate where Lt. Sullivan walked?
14 A. He came into this area (indicating).
15 Q. I understand this is not exactly the way he
16    walked, but if you could give us a sense.
17 A. But inside, he was in this area (indicating).
18 Q. And this was Lt. Sullivan's position at what
19    time?
20 A. The time that he was there? Like 7:20, 7:30.
21 Q. Let me ask it a different way. At some point
22    there was a conversation with two members of the
23    cookout, the people that were visiting there
24    from the cookout and the police officers,

**Page 163**

1  correct?
2  A. Yes.
3  Q. During that conversation would it be the green X
4     where Lt. Sullivan was standing?
5  A. Yes.
6  Q. How far is that green X in terms of
7     approximation from where you were?
8  A. I would say good, this is just estimate. I
9     would say good 15 or 12, 15 feet.
10 Q. 12 to 15 feet. Between where you were, I
11    believe, seated and where Lt. Sullivan, was
12    there anything in between you, a table or car or
13    anything like that?
14 A. Table. Table here (indicating).
15 Q. Could you put T on that.
16 A. (Witness complies.)
17 Q. Now, you had also testified earlier that at some
18    point Officer Moriarty approached you, did he
19    approach you in the area where that red X is?
20 A. Little bit --
21    MR. LEAHEY: Do you want to have
22    Moriarty in black?
23 A. When I was sitting I was at the end of the
24    table. When he demanded me to stand against up

**Page 164**

1     the wall, so I step out here a little bit. I
2     would say one couple of steps to be.
3  Q. Can you put a W where you moved to.
4  A. (Witness complies.)
5  Q. And that's where you and Officer Moriarty had
6     your contact with one another?
7  A. Yes, sir.
8  Q. Do you know where Lt. Sullivan was during that
9     time period?
10 A. He's in this area (indicating).
11 Q. To your knowledge he didn't come any closer?
12 A. That's right.
13 Q. Earlier when you were testifying about the
14    physical contact between Officer Moriarty and
15    yourself, and forgive me if I am
16    mischaracterizing it, and correct me; you
17    indicated that it happened so fast. Could you
18    give me a sense of the time frame from when
19    Officer Moriarty first made contact with you
20    until you recall being on the ground? How long
21    did it take?
22 A. I didn't know that I had to be here to capture
23    the times. But it happened so fast. Right
24    after he talked to the boys back here and start

**Page 165**

1     swearing at them, and one I start mentioning,
2     asking for his name then he start directing his
3     attention to me right away. And I know there's
4     three guys over here that was earlier -- I
5     didn't see that. He came, right after that I
6     asked his name, I would say the time he was
7     there was a good 15, 20 minutes.
8  Q. 15 to 20 minutes he was talking to you?
9  A. When I sat at the table. When I came and sat at
10    the table is right after seven. So he came up
11    and he starts talking right away when he came
12    up. I don't know how to answer your question.
13 Q. At some point Officer Moriarty approached you,
14    correct?
15 A. Yes.
16 Q. And at some point your testimony was that he
17    struck you?
18 A. Yes, sir.
19 Q. From the time when that first strike occurred
20    until, and I believe you also testified you
21    recall going to the ground?
22 A. Yes.
23 Q. Can you give me a sense between when that first
24    strike occurred to when you remember being on

**Page 166**

1     the ground what time frame that was?
2  A. I have no idea. I have, I don't know. It
3     happened to fast, and boom, boom, boom and there
4     I was on the ground.
5  Q. Within seconds?
6  A. More than that.
7  Q. How many more than that?
8  A. I don't know exactly.
9  Q. If you could ball park it?
10 A. I can't. It just happened so fast. I can't
11    tell it's five minute, 10 minutes. It's two
12    seconds. If somebody hit somebody you are going
13    to be down on the ground real quick.
14 Q. When you went back to your home that night or
15    the next day do you recall having to clean up at
16    all in the area outside your home?
17 A. I don't remember.
18 Q. Do you recall your wife or anyone else
19    indicating to you that they had to clean up the
20    area?
21 A. They probably cleaned up the table falling down,
22    the chair. The bottle that were knocked out
23    early.
24 Q. Do you recall anyone mentioning to you broken

**Page 167**

1     bottles in that area?
2  A. I don't recall whether it's broken bottle or
3     not.
4  Q. Do you recall anyone mentioning to you that they
5     had to right an overturned table?
6  A. I don't recall that.
7  Q. In what has been marked as Exhibit 9, which is
8     your Interrogatory Responses, Response No. 8
9     which is on Page 7 towards the bottom of the
10    page. If you could just take a look at that
11    response to refresh your recollection.
12 A. (Witness looks at document.)
13 Q. Have you had a chance to review it?
14 A. Yes.
15 Q. The last sentence that begins, "He tried to," it
16    reads, "He tried to keep other people away from
17    Moriarty while he hit me." Can you explain what
18    you mean by that response?
19 A. When he mean by that, that he --
20 Q. Just to be clear, "he" is Lt. Sullivan?
21 A. Yes, sir. When he saw me and when he see
22    Moriarty, Officer Moriarty approach me, and he
23    was with other people he try to keep everybody
24    not to come close to Officer Moriarty. He was

**Page 168**

1     in that area at the green X that I marked.
2  Q. So to the best your recollection Lt. Sullivan
3     was separating people from you and Officer
4     Moriarty while you and Officer Moriarty were
5     engaged in that conversation?
6  A. Something like that.
7  Q. Do you recall seeing or hearing Lt. Sullivan
8     keeping people away or attempting to keep people
9     away while you and Officer Moriarty were engaged
10    in a physical confrontation?
11 A. I don't remember that.
12 Q. When was the last time that you recall seeing
13    Lt. Sullivan on that day, September 9th, 2001?
14 A. I saw him at the Court.
15 Q. On September 9th, 2001?
16 A. Right after that. I never see him again.
17    Because I got cuffed and took to the station,
18    and I never seen him.
19 Q. During this incident, September 9th, 2001, you
20    did have some observations of Lt. Sullivan,
21    correct?
22 A. Correct.
23 Q. When was the last time you saw him on that date?
24 A. On that date?

**169**

```
1   Q.   On that date.
2   A.   Right at the -- when they first walked up, and
3        he was distant.  I can't even tell, I can't even
4        make out his face, what's he really look like.
5        I didn't have that opportunity.
6   Q.   Earlier in questioning from Attorney Leahey you
7        talked about the embarrassment that you felt as
8        a result of this incident within the community,
9        correct?
10  A.   Yes, sir.
11  Q.   Did that embarrassment end when you moved away
12       from Lowell?
13  A.   It still -- no.  I came, last night I went to a
14       restaurant to eat at the people I know in
15       Leominster.  And the guy said, Hey, you came
16       back.  I thought they boot you out of the city.
17       I pretend like I don't hear.  I just ate my food
18       and left.
19  Q.   During your daily life in Arkansas which is
20       where you live now do you feel embarrassed as a
21       result of this incident?
22  A.   No, because nobody know, and I'm not talking
23       about this incident to anybody.
24            MR. GAMBACCINI:  I have nothing else.
```

**170**

```
1            MR. LEAHEY:  I just have a couple of
2   quick questions to clarify.
3                REDIRECT EXAMINATION
4   Q.   (by Atty. Leahey) You got married in Lowell in
5        1987, is that what you testified to earlier?
6   A.   Yes.
7   Q.   But you were in Wisconsin in the mid '90's?
8   A.   To correct that.  I messed it up.  I was in
9        Wisconsin from 1980.  I messed up the date, the
10       year a little bit.  From 1980 to 1985.  Towards
11       the end of 1985 I'm here in Lowell.
12  Q.   So '85 you were in Milwaukee Community College,
13       and then you moved to Lowell?
14  A.   Yes, sir.
15  Q.   Okay.  So you've been in Lowell, you were in
16       Lowell from roughly '85 to 2003, 2004?
17  A.   Yes, sir.
18  Q.   Also, Attorney Freda was asking you about your
19       licenses in Massachusetts and Arkansas.  You
20       talked about reciprocity?
21  A.   Yes, sir.
22  Q.   Did you sell insurance when you were in Lowell?
23  A.   I sell it part-time.
24  Q.   What licenses or do you need a license to sell
```

**171**

```
1        insurance in Massachusetts?
2   A.   Yes.
3   Q.   What insurance were you selling in Lowell?
4   A.   I sell auto, home.
5   Q.   The same ones you're selling in Arkansas?
6   A.   I sell more product in Arkansas.  I sell auto,
7        home, boats, life.  Here I sell only two
8        products; auto and home.
9   Q.   And the name of the furniture store that your
10       wife had in Lowell?
11  A.   It is under her name, Phila.
12  Q.   That was Phila's Furniture Store?
13  A.   Yes, sir.
14  Q.   Was that the actual name?
15  A.   Yes, sir.
16            MR. LEAHEY:  That's all I have.
17            MR. FRIEDMAN:  I have no questions.
18            (Whereupon, the deposition was closed
19             at 3:10 p.m.)
```

**172**

```
COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss                    Superior Court


PHAYSANH KHAKEO, having been duly
sworn according to law, deposes and says that he
has read the foregoing transcript of testimony
and that it is true and correct to the best of
his knowledge, information and belief.


        Signed under the pains and penalty of
perjury this _____ day of _____, 2005.


                    _____
                           Phaysanh Khakeo
```

**173**

```
                    CERTIFICATE

        I, Carla J. Grand, a Notary Public within
and for the Commonwealth of Massachusetts, do
hereby certify PHAYSANH KHAKEO, the deponent
whose deposition is hereinbefore set forth,
appeared before me and was duly sworn by me to
testify to the truth, the whole truth and
nothing but the truth of his knowledge
concerning matters in controversy in this cause.

        That he was thereupon carefully examined
upon his oath and his examination reduced to
Computer-Aided Transcription by me; that the
deposition is a true record of the testimony
given by the deponent.

        I further certify that I am neither
attorney or counsel for, nor related to or
employed by any of the parties to the action in
which this deposition is taken; and further,
that I am not a relative or employee of any
attorney or counsel employed by the parties
hereto or financially interested in the action.

        IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my Notarial Seal this _____
day of _____, 2005.


                    _____
                     Carla J. Grand, Notary Public
My commission expires
July 3, 2009
```