# Exhibit 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHAYSANH KHAKEO,                    )
      Plaintiff                     )
                                   )
                                   )
v.                                 )
                                   )
DENNIS MORIARTY,                   )        CIVIL ACTION NO. 04-11941-RWZ
in his individual capacity,        )
KEVIN SULLIVAN,                    )
in his individual capacity,        )
and the CITY OF LOWELL,            )
      Defendants                    )

### AFFIDAVIT OF PHAYSANH KHAKEO

I, Phaysanh Khakeo, on oath, depose and say the following:

1.    At the time of the incidents alleged in this case, I resided at 115 Chelmsford Street,
Lowell, MA, 01851. I am the plaintiff in this case.

2.    I currently reside at 1036 Thornhill St, Alma, AR, 72921.

3.    On Sunday, September 9, 2001, my wife, Phila Khakeo, and I hosted a barbeque in
the driveway next to our home at 115 Chelmsford Street. On that day, I spent several hours working
in my real estate office next door, at 119 Chelmsford Street.

4.    Many of my family and friends were present at this barbeque, including men, women,
and children (aged approximately 7, 8, 9, and 10). The guests were gathered mostly in the driveway
area.

5.    During the entire time the police were at my residence that night, I did not hear
anyone demand that the officers "get the fuck" off the property or say that they did not "belong
there."

6.  While some guests were upset with the presence of the police, I did not hear anyone use abusive language besides Officer Moriarty. In response to Officer Moriarty's question, "What's your fucking name?," I yelled my name, "Phaysanh Khakeo!"

7.  Officer Moriarty was the only individual I heard use profanity during the incident with members of the Lowell Police Department at my residence.

8.  I did not hear Lieutenant Sullivan ask people to calm down.

9.  Lieutenant Sullivan did nothing to intervene on my behalf – not after Officer Moriarty swore at me, not after he struck the first blow, and at no point during the time that Moriarty was beating me.

10. I never physically engaged, grappled, wrestled with Moriarty, engaged in mutual combat, or gripped Moriarty. I simply fell forward onto Moriarty when he hit me in the stomach and shoulder since he was so close to me and I was backed against the wall.

Signed under the pains and penalties of perjury, this ___ 20th day of January, 2006,

_____
Phaysanh Khakeo

2

Exhibit 8

# LOWELL POLICE DEPARTMENT

☑ Adult
☐ Juvenile

CASE # / 18740

ARREST #

OFFICER'S ARREST REPORT     PAGE 1 OF 2

DATE 09/09/01

| DEFENDANT(S) | NAME | ADDRESS | | D.O.B. | SS # |
|---|---|---|---|---|---|
| #1 | Vannarav, Inthala | 855 John Fitch Highway, Fitchburg | ☑ M ☐ F | 10-9-68 | 392969027 |
| #2 | Khakeo, Somphet | 36 Corbett St. Lowell, MA | ☑ M ☐ F | 3-2-73 | 397909137 |
| | NAME | ADDRESS | ☐ M ☐ F | D.O.B. | SS # |

| CHARGE(S) | CODE | OFFICER(S) | BADGE # |
|---|---|---|---|
| Def #1 Disorderly Person, A.B.PO, Resisting Arrest | | Lt. Kevin Sullivan | 111 |
| Def #2 Disorderly Person | CODE | Ptl. D. Moriarty | 212 |
| | CODE | | BADGE # |

| WHERE ARRESTED | GEO CODE | DATE OF ARREST | TIME OF ARREST |
|---|---|---|---|
| 115-117 Chelmsford St. | | 9/9/01 | 1919 hr |

IF APPLICABLE / NAME OF VICTIM (FIRM NAME IF BUSINESS)                                      D.O.B.

| ADDRESS | PHONE / HOME | PHONE / BUSINESS |
|---|---|---|
| | | |

STATEMENT – REMARKS ETC. – USE CONTINUATION PAGES IF NECESSARY

On the above date at approximately 1914 hrs, Lowell Police cruisers were dispatched to the Lower end of Grand Street for a large fight involving 20-Asians that were armed with Machete's, sticks and bats. This officer along with Ptl. Dennis Moriarty responded to this call to assist. Upon arrival I observed two asian males run into the driveway at 115 chelmsford St. (Note - #115 chelmsford St is located approx 150 yards from the Scene of the fight)

Upon exiting our cruiser officer Moriarty ordered a subject to remove his hands from his waistband as an officer Safety precaution. After observing this, approximately four asian males became irrate and began to yell and come towards these officers. After several attempts to explain the serious nature of the fight call with weapons and numerous requests for these individuals to "back away" from these officers, a back up request was made by these officers. As this officers attention was drawn to the rear of the driveway as several bystander's were yelling at us, I observed officer Moriarty begin to struggle with an individual (later Id'd as Khakeo Phay Sanh). As this officer went over to assist officer Moriarty I was struck on the side of the head with a closed fist by Def #1.

| SUPERVISOR APPROVING BADGE # | ARRESTING OFFICER(S) SIGNATURE | REVIEWER |
|---|---|---|
| Lt Rourke #79 | Lt. Kevin P. Sullivan #111 | COPIES TO |

**LOWELL POLICE DEPARTMENT**
OFFICER'S ARREST/ INCIDENT REPORT
(CONTINUATION PAGE)

DATE 09/09/01

PAGE 2 OF 2

OFFICER(S) Lb. K. Sullivan / Mori

DEFENDANT Vannaraj / Khakeo

STATEMENT—REMARKS

continued from page #1

After being struck by Def. #1, I then proceeded to restrain defendant #1 on the ground by holding him, as approximately six or seven people in the driveway began to surround these officers. Shortly after this several cruisers responded to the scene to assist. I was then able to place Def. #1 in handcuffs with assistance from another officer.

In an effort to calm the situation down, several requests were made for people to leave the area. Def. #2 continued to yell at these officers and began an attempt to incite bystanders to join in an effort to refuse to leave the area and not comply with the police requests. After all traffic had come to a complete stop on Chelmsford St, and residents began to gather on the sidewalk, Def. #2 was placed in custody after his refusal to comply with numerous requests to disperse peacefully.

Both Defendant's were transported by the police wagon for booking. Arrests were made on Grand Street by officer's Sheehan and McCann for the original ca

Lb. K. P. Sullivan #111

11:30 p.m. Lt. Ravire advised this officers that Khakeo Phaysanh who was arrested by officer Moriarty was transported to Saints Memorial for a minor laceration to his forehead, but refused medical treatment.

Also important to note that numerous empty beer bottles were present on the driveway at #115 Chelmsford Street, and it appeared there was numerous alcoholic beverages had been consumed by individuals at this location

Lb. K. P. Sullivan #111

Lt. F.E. Ravire #79

Exhibit 9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

TRIAL COURT OF MASSACHUSETTS
LOWELL DISTRICT COURT

- - - - - - - - - - - - - - - - - x

COMMONWEALTH OF MASSACHUSETTS

                          Plaintiff,

     v.                          CASE NO 01-11CR6132

INTHALA VANNARAJ,

                          Defendant.


          And


COMMONWEALTH OF MASSACHUSETTS,

                          Plaintiff,

     v.                          CASE NO. 01-11CR6131

PHAYSANH KHAKEO,

                          Defendant.

- - - - - - - - - - - - - - - - - x

                                   VOLUME I-1

                                   PAGES 1-101


                    TESTIMONY OF DENNIS MORIARTY

                         August 5, 2002

1                          I N D E X

2    Testimony of:      Direct  Cross  Redirect Recross

3    DENNIS MORIARTY

4      By Mr. McMahon    3                83

5          Mr. Rappaport         31                      88

6          Mr. Wyman             59

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1     than that?

2          A.     We had a parked motor vehicle here.  We had

3     several other individuals back in this area here.

4          Q.     Could you estimate how many people were in

5     that area at that time?

6          A.     I'd say approximately 20.

7          Q.     You indicated there was some beer present.

8     Were they full bottles of beer or were they empty

9     bottles of beer?

10         A.     There was -- there were numerous empty

11    bottles near the garage area, and there were several

12    partially drank beers.

13         Q.     With regard to the three individuals near

14    the corner of Chelmsford Street and the parking lot to

15    115-117 what observations of those individuals did you

16    make at that time?

17         A.     As I entered -- as I exited, excuse me, my

18    attention was drawn to these three because as I had

19    stated they were coming around the corner; and my

20    thought was that they were involved in the machete

21    fight down the street.  So I had stopped them and

22    asked them to proceed to the wall for my officer's

23    safety.  I wanted to pat them down to make sure they

24    had no weapons on them.

1      Q.    Okay.  Did those three individuals stop and

2    proceed to the wall for you?

3      A.    No.  They were argumentative right away.  I

4    met resistance right away with all three of them.

5      Q.    What did they do during this initial

6    encounter with you?

7      A.    Well, I had identified myself as a police

8    officer, and the lieutenant clearly came over in his

9    full uniform and told them to get against the wall.

10    When I did so, one of them was what I appeared to be

11    concealing something on his side.

12          I had them get up against the wall; and

13    when I patted him down, I found he had a black cell

14    phone.  And he thought that was funny that he had a

15    cell phone on him, and I was all worried --

16                    MR. RAPPAPORT:  Objection, Your Honor.

17                    THE COURT:  Thought that was funny is

18    stricken and the jury is to disregard it.

19      Q.    While you were having this initial encounter

20    with the three individuals at the corner what were the

21    other individuals in that area doing?

22      A.    There were several individuals sitting at

23    the table over here with the beer bottles, and they

24    were -- they started to argue with Lieutenant

1    Sullivan.  Lieutenant Sullivan had moved around

2    basically between myself and this group here.  I think

3    what I assumed my officer's safety while I patted

4    these three down.

5        Q.    Do you see any of the individuals that were

6    present that night in the courtroom today?

7        A.    Yes, I do.

8        Q.    Could you identify anyone you saw that was

9    there present that night by pointing to them

10   describing the article of clothing?

11       A.    This gentleman sitting right here with the

12   blue blazer and the green tie, and this gentleman

13   sitting here in the white shirt.

14             MR. MCMAHON:  Your Honor, may the

15   record reflect identification of both defendants,

16   Khakeo and Vannaraj.

17             THE COURT:  The record will so

18   reflect.

19             MR. MCMAHON:  Thank you, your Honor.

20       Q.    Where were they at this point?

21       A.    When we originally came in, they were over

22   at the table with beers.  They were drinking over

23   here.

24       Q.    Did they stay at the table?

1    of Chelmsford Street.

2          Q.    Right.   This was back in the driveway, the

3    yard to 115 Chelmsford Street?

4          A.    That's accurate.   That's accurate, sir.

5          Q.    And after you relayed your concerns with

6    regard to those first three guys being armed you found

7    that they weren't armed, that's when you heard some

8    loud voices coming from further back in the driveway,

9    correct?

10         A.    Actually, in the process when I had those

11   gentlemen there were loud voices coming at us.   They

12   were yelling at us to -- you know, we had no right to

13   pat these guys down.

14         Q.    Well, putting aside whether you had a right

15   to pat these guys down or not you were able to get

16   those three guys up against the wall and pat them

17   down, correct?

18         A.    Yes, absolutely, sir.

19         Q.    And now that you heard -- your attention is

20   directed to Lieutenant Sullivan and he was having some

21   sort of interchange with some people further back in

22   the yard, correct?

23         A.    Correct.

24         Q.    That's when you observed for the first time

1      Somphet Khakeo?

2          A.    Mm-hmm.

3          Q.    And he seemed to be arguing at that time

4      with Lieutenant Sullivan?

5          A.    Yes, sir.

6          Q.    And had you testified earlier it was at that

7      point that you first saw Phay Khakeo because you saw

8      him attempting to restrain his brother while he was

9      arguing with the Lieutenant?

10         A.    That's accurate, sir.

11         Q.    So at this point certainly Phay Khakeo

12     wasn't approaching Lieutenant Sullivan in a menacing

13     manner, he was actually restraining his own brother at

14     the time; correct?

15         A.    Yes, sir.

16         Q.    Now, you at this point proceeded back

17     towards the back of the alley, correct?

18         A.    Yes.

19         Q.    And you already recovered the cell phone,

20     right?

21         A.    Well, I didn't take --

22         Q.    Well, you didn't take it because it wasn't a

23     weapon, right?

24         A.    Right.

1         Q.   Okay.  And now, you're heading back to the

2    back of the alley, right?

3         A.   Yes, sir.

4         Q.   And at this point as you headed back, there

5    was some concern by the people back there as to why

6    you had ordered them against the wall?

7         A.   The -- could you repeat that again?  I'm

8    sorry, I didn't follow you totally on that.

9         Q.   As you approached the area to where Mr.

10   Sullivan was, a number of the individuals either

11   residents or guests at that property started to

12   question you, and when I say you, you and Lieutenant

13   Sullivan, about why you had ordered them up against

14   the wall?

15        A.   Right.  That's accurate.

16        Q.   Okay.  And at this point you were still

17   barking commands, weren't you?

18        A.   I was barking commands?

19        Q.   Well, you were making commands at these

20   people, weren't you?

21        A.   I wanted all three of them to stay against

22   the wall, sir.

23        Q.   Well, you've already searched the three

24   people and realized that none of them have any

# Exhibit 10

1              TRIAL COURT OF MASSACHUSETTS
2                 LOWELL DISTRICT COURT

3     - - - - - - - - - - - - - - - - x

4     COMMONWEALTH OF MASSACHUSETTS

5                         Plaintiff,

6     v.                      CASE NO 01-11CR6132

7     INTHALA VANNARAJ,

8                         Defendant.

9

10            And

11

12    COMMONWEALTH OF MASSACHUSETTS,

13                        Plaintiff,

14       v.                   CASE NO. 01-11CR6131

15    PHAYSANH KHAKEO,

16                        Defendant.

17    - - - - - - - - - - - - - - - - x

18                                   VOLUME II-3

19                                   PAGES 1-70

20

21                  TESTIMONY OF PHAYSANH KHAKEO

22                      August 6, 2002

23

24

1                         I N D E X

2   Testimony of:      Direct   Cross   Redirect  Recross

3   PHAYSANH KHAKEO

4     By Mr. Rappaport     3                  66

5        Mr. Wyman                  27

6        Mr. McMahon                48

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    point?

2        A.    I wasn't saying anything at the time.

3        Q.    Did Officer Moriarty order anybody to do

4    something?

5        A.    Yes.  When he got out of the car, he was

6    saying, well, first he saying something, fight up the

7    street.  Then two of my brothers saying something to

8    him, and he don't like it; and he starts to say shut

9    up and we're here to investigate anyway.  And he said

10   everybody against the wall.

11       Q.    Well, when he said everybody against the

12   wall, was it just three people who he ordered against

13   the wall or --

14       A.    First he arrived and go to the three people

15   first then after they found out that's why he came in,

16   I wasn't aware.  There was a car blocking my view.  I

17   was sitting down.

18       Q.    Okay.  And at a certain point you say

19   Officer Moriarty approached the area where you were?

20       A.    Yes, he came in and that's when he started

21   talking to my two brothers.

22       Q.    Okay.  Now, just for some background do you

23   remember approximately how many people were at this

24   barbecue?

1        A.    I think around 18, 19.

2        Q.    Okay.  How many of them were grown men?

3        A.    At least 11, 12.

4        Q.    Okay.  Were there women there as well?

5        A.    Some women, and my mother.

6        Q.    Okay.  Were there children as well?

7        A.    Yeah, children.

8        Q.    How many children, do you remember?

9        A.    Four children.

10       Q.    And do you remember approximately how old

11  those children were?

12       A.    My son was 13, my daughter seven, my niece

13  eight, both of them.

14       Q.    Okay.  And when Mr. Moriarty approached the

15  area, what were you doing at that time?

16       A.    When I heard my brothers talking to the

17  police officers, I knew right away that they were

18  talking out loud.  So I tried to calm them down.  I

19  don't want any trouble because, you know, we want our

20  barbecue to be nice and quiet.  Then I stayed -- then

21  I didn't like the way Moriarty started bad mouthing my

22  family.  He said shut the --

23       Q.    Well, what specifically did he say?

24       A.    He said shut the fuck up.

```
 1        Q.    Was this to your brothers or --
 2        A.    To my family, to my brothers.  Then they got
 3   up out of the chair and I tried to communicate with
 4   the police officer.
 5        Q.    What did you say -- when you say to the
 6   police officer, were you talking to both of officers
 7   or just one?
 8        A.    Both of them at that time.
 9        Q.    Okay.
10        A.    I didn't know -- I asked him for his name.
11   I said respectfully I said what's your name, sir, and
12   he --
13        Q.    Who was that directed to?
14        A.    Directed to both of them because they were
15   like to my left a little bit then police Mr. Moriarty
16   rushed over to my face, and he said put your hands up
17   against the wall.
18        Q.    What did you do when he told you to put your
19   hands up?
20        A.    I put my hands up, and I lean against the
21   wall.  I didn't say anything.  I know it's trouble.  I
22   started to tell my brothers to quiet down, and he came
23   to me; and he go -- he stated his name, he was
24   officer --
```

1       Q.   When you asked him his name, it was at that

2   point that he told you to get up against the wall with

3   your hands up?

4       A.   Yes.

5       Q.   Okay.  When you got up against the wall with

6   your hands up, did you then say something to him?

7       A.   I asked him for his name.

8       Q.   Did he respond?

9       A.   He came at my face and said -- state his

10   name Officer Moriarty, and then he said what's your

11   fucking name.

12       Q.   And what did you say?

13       A.   Then I stated that he not respect me, and

14   then I said with a loud voice I said Phaysanh Khakeo

15   with a loud voice.  Then after that he struck me with

16   his flashlight in my body and --

17       Q.   All right.  After you responded with your

18   name, you stated Officer Moriarty struck you with his

19   flashlight?

20       A.   Yes.

21       Q.   What part of your body?

22       A.   My stomach, here, here and upper chest a

23   little bit and then my forehead.

24       Q.   All right.  If I may, after he struck you

1    what happened next?

2         A.    He throwed me on top of the hood of the car.

3         Q.    Do you remember which car?  How many cars

4    were in the driveway?

5         A.    Like three cars at least.

6         Q.    And do you recall if you were thrown up

7    against one car or more than one car?

8         A.    I know that I was thrown on top of one car

9    at the beginning.

10        Q.    What car was that?

11        A.    Honda Accord.

12        Q.    Now, at the time that you had been thrown up

13   against the Honda Accord had you already been struck

14   in the head?

15        A.    Yeah, right after when my face was down on

16   top of the hood then he repeated -- he struck me in

17   the back of my head.

18        Q.    Let me see if I have the sequence right.  He

19   struck you twice in the body; is that right?

20        A.    Three times.

21        Q.    Three times in the body and then he struck

22   you across the side of the head?

23        A.    Back of head, side of the head when I went

24   down.

1   Q. And now you went down?

2   A. Yeah.

3   Q. You say you went down, did you go down on

4 the car?

5   A. On the car.  He threw me on the car.

6   Q. And then did you get struck again?

7   A. Yes.

8   Q. Where did you get struck that time?

9   A. By the back of the head area.

10   Q. What do you recall happening next?

11   A. Then I was -- I got thrown down on the

12 ground face down.  After that I don't -- I don't

13 remember anything until a little while I guess, and I

14 heard the voice saying put your hands behind your

15 back; but I couldn't react to it because I lost so

16 much blood.

17   Q. Well, let me ask you were you perfectly

18 alert at this point when you were told to put your

19 hands behind your back?

20   A. I -- again, I didn't hear it at the

21 beginning.  I was facing down, and then I -- at some

22 point I heard the voice; but I couldn't put my hands

23 back.  They had to pull my hands back.

24   Q. Okay.  They had to pull your hands back?