Exhibit 13

1         TRIAL COURT OF MASSACHUSETTS
2           LOWELL DISTRICT COURT

3  - - - - - - - - - - - - - - - - - - x

4  COMMONWEALTH OF MASSACHUSETTS

5                Plaintiff,

6    v.              CASE NO 01-11CR6132

7  INTHALA VANNARAJ,

8                Defendant.

9

10       And

11

12  COMMONWEALTH OF MASSACHUSETTS,

13                Plaintiff,

14    v.             CASE NO. 01-11CR6131

15  PHAYSANH KHAKEO,

16                Defendant.

17  - - - - - - - - - - - - - - - - - - x

18                    VOLUME II-10

19                    PAGES 1-31

20

21        TESTIMONY OF XAYKHAM KOSAKETH

22            August 6, 2002

23

24

1       A.    Front door.

2       Q.    And does your sister go with you at that

3  time?

4       A.    Yes, sir.

5       Q.    And how about your nieces?

6       A.    They sit at the back side.

7       Q.    All right.  So your sister gets in the back

8  seat and your two nieces get in the back seat as well?

9       A.    Yes, sir.

10      Q.    At some point when you're in the CRV do you

11  hear sirens?

12      A.    No, sir.

13      Q.    At some point when you're in the the CRV do

14  you see police officers coming to 115 Chelmsford

15  Street?

16      A.    Yes, sir.

17      Q.    How many police officers?

18      A.    Two, sir.

19      Q.    And what are these police officers wearing?

20      A.    One with uniform and one without uniform.

21      Q.    And what do you see about where or -- let me

22  stop that.  Who gets out of the car first?

23      A.    One without uniform.

24      Q.    And where does that one without the uniform

1    go first?

2        A.    He go to Mounie.   The guy came out from the

3    table, I mean, from the cooking.

4        Q.    And --

5        A.    He stop him and have him against the wall

6    get his hands up.

7        Q.    If you could show us on that little chalk

8    where against the wall?

9        A.    Right here.

10       Q.    And --

11       A.    If that's my car, he park next to it.   He

12    came this way in front of the car, and he stop him

13    there; and he have him get his hands up against the

14    wall.

15       Q.    How far away are you from Mounie from where

16    he's standing outside the car?

17       A.    Just in the front next to the car, not far.

18       Q.    What do you hear Officer -- well, actually,

19    do you know the name of the officer that brought

20    Mounie down?

21       A.    Yes, sir.

22       Q.    What is the name of that officer?

23       A.    Dennis Moriarty.

24       Q.    What do you hear Officer Moriarty saying to

1    Mounie?

2    A.    He say what do you have in your pocket.    He

3    tried to answer his hand phone.

4    Q.    And what do you see Officer Moriarty do?

5    A.    He just tell him to get his hand up and

6    against the wall.    And the guy gave his cell phone and

7    show it to him.

8    Q.    Are there other males that are standing next

9    to Mounie?

10    A.    Yes, two.

11    Q.    Who?    Who?

12    A.    Ae and Sack.

13    Q.    Do you hear Officer Moriarty ask these

14    gentlemen to go to the wall?

15    A.    Yes.    He come in and he say all the males

16    get up and stand up against the wall.

17    Q.    And what is his tone of voice when he's

18    saying this?    Is he saying it as you and I are talking

19    or is he commanding?

20    A.    No, he seems angry.

21    Q.    Why do you say that, that he seems angry?

22    What did you observe?

23    A.    I don't know.    Because he talks loud.

24    Q.    And the three gentlemen, Mounie, Ae and

1    Vyrasack --

2         A.   Yes.

3         Q.   -- do they fight or do you see them fight or

4    argue with the police officer?

5         A.   No, sir.

6         Q.   At some point where do you see the police

7    officer with the uniform?  Where is he standing?

8         A.   He get out of the car after that.

9         Q.   And where does he go and stand whether

10   Officer Moriarty is talking to the three gentlemen on

11   the wall?  Show us on the picture.

12        A.   He just came after him and stand near him,

13   Moriarty.

14        Q.   He was standing in front of him or behind

15   him?

16        A.   Behind him.

17        Q.   At some point do you see Moriarty go to the

18   back of the property?

19        A.   Yes, I did.

20        Q.   And as he went to the back of the property,

21   where is Mr. Vannaraj at that point?

22        A.   He's sits like at the same at the end of the

23   table.

24        Q.   And how -- what is your vision like?  You're

1    sitting in car.  How clear or unclear a view do you

2    have of where Mr. Vannaraj is?

3         A.   I can see really clear.

4         Q.   How can you see over that green Honda from

5    the CRV?

6         A.   Because the Honda CRV is higher than the

7    Honda Accord.

8         Q.   How much higher than the Honda Accord?

9         A.   It's high.

10        Q.   A few feet high?

11        A.   Yes.

12        Q.   All right.  And at some point you see this

13   police Officer, Officer Moriarty, go over to where the

14   table area is, correct?

15        A.   Yes.

16        Q.   Is Phaysanh Khakeo standing or sitting at

17   that point in time?

18        A.   He was sitting, and he asking what's going

19   on.

20        Q.   All right.  And what is Officer Moriarty's

21   response?

22        A.   He respond he say, shut the fuck up, just

23   get up and stand against the wall, get your hand up.

24        Q.   All right.  Who does he order up against the

1    wall?  Who stands with Mr. Khakeo?

2         A.    Everybody stand -- oh, no, he didn't stand.

3    Mr. Khakeo stand.

4         Q.    Does Mr. Vannaraj stand?

5         A.    Mr. Vannaraj sit and Somphet sit.

6         Q.    Okay.  And they're still -- and what about

7    the other guy on the other side of the table, is he

8    still sitting as well?

9         A.    Yes.

10        Q.    All right.  Where does -- on that chalk show

11   us where Phaysanh Khakeo goes when he stands.

12        A.    At the end of the table he just get up and

13   stand there.

14        Q.    And where do you observe Officer Moriarty go

15   when Phaysanh Khakeo stands?

16        A.    He walk to him because Phaysanh the only one

17   talk to him.

18        Q.    And just so that I understand because I

19   think I missed it, where is Mr. Vannaraj?  When

20   Moriarty is up talking to Mr. Khakeo, where is Mr.

21   Vannaraj?

22        A.    Mr. Vannaraj still sit at the end of the

23   table.

24        Q.    Where is the police officer wearing the

1    uniform when Moriarty is over talking to Mr. Khakeo?

2        A.    He's with those guys by the wall.

3        Q.    At some point does that police officer with

4    the uniform come over by the picnic table?

5        A.    He follow without uniform.

6        Q.    Okay.  So when Moriarty has Phaysanh Khakeo

7    against the wall, where is officer with the uniform?

8        A.    Behind him.

9        Q.    How -- and on that chalk show us where the

10   officer with the uniform is standing.  Where is the

11   officer with the uniform standing in relation to Mr.

12   Vannaraj?

13       A.    He stand behind him.

14       Q.    Now, do you hear Officer Moriarty yell at

15   Mr. Khakeo?

16       A.    Yes, sir.

17       Q.    And at some point do you see this police

18   officer strike Mr. Khakeo?

19       A.    I don't understand the question.

20       Q.    That's my fault.  I'll rephrase it.  Do you

21   see Officer Moriarty hit Phaysanh Khakeo at some

22   point?

23       A.    Yes, I did.

24       Q.    And when you saw Officer Moriarty hit

1    Phaysanh Khakeo, what was your attention drawn to?

2         A.   I was focus on him, and then I was focus on

3    Inthala.

4         Q.   On Mr. Vannaraj?

5         A.   Yes.

6         Q.   Why did you look away from Officer Moriarty

7    to Mr. Vannaraj?

8         A.   I could see them both from -- by the car.

9         Q.   What if anything did you see when Officer

10   Moriarty was hitting Mr. Khakeo, what did you see Mr.

11   Vannaraj do?

12        A.   Mr. Vannaraj tried to get up, and the

13   officer, this one, tried to grab him, put him down to

14   the table.  Then he fell from the table to the ground.

15        Q.   All right.  Let's take it very slowly.  So

16   when Officer Moriarty was hitting Mr. Khakeo, Mr.

17   Vannaraj stood up?  Yes?

18        A.   Yes.

19        Q.   And when he stood up, did you see Mr.

20   Vannaraj make any sort of movement toward officer

21   Sullivan?

22        A.   No, sir.

23        Q.   Did you see Mr. Vannaraj throw a punch at

24   Officer Sullivan?

1      A.   No, sir.

2      Q.   When Mr. Vannaraj stood up, what did you see

3  Officer Sullivan do?

4      A.   He tackle him from behind, push him to the

5  table and then he fell to the ground.

6      Q.   All right.  Now, before he tackled him,

7  tackled Mr. Vannaraj, Officer Sullivan, before Officer

8  Sullivan tackled Mr. Vannaraj were there other males

9  around Officer Sullivan?

10     A.   No, sir.

11     Q.   Now, were there other males still sitting at

12  the table?

13     A.   There was against the wall and one was near

14  the garage.

15     Q.   Had Somphet Khakeo stood up at that point?

16     A.   I don't know.  It happened so quick.  I do

17  not see that.

18     Q.   From the time Officer Moriarty started to

19  struggle with Mr. Khakeo how long after that was it

20  that Officer Sullivan tackled Mr. Vannaraj?

21     A.   Not long.

22     Q.   Give me -- was it a minute, a split second?

23  How quickly or slow?

24     A.   It just -- a minute.

1       Q.    What did you do when you saw Officer

2    Sullivan tackle Mr. Vannaraj?

3       A.    I get out of the car, and I went to him.

4       Q.    Okay.  Show if you could on the chalk how

5    you got out of the car and where you went.

6       A.    I get out from here.  I went from behind the

7    car and then I went to here.

8       Q.    All right.  How long did it take you to get

9    around that Honda Civic?

10       A.    Only two seconds.

11       Q.    And when you got around the Honda Civic,

12    what did you see?

13       A.    I see him on --

14       Q.    Who is him?

15       A.    I see Mr. Vannaraj on the ground, and he got

16    hit on his arm with flashlight.

17       Q.    All right.  Did you see Mr. Vannaraj at that

18    point try to hit the officer?

19       A.    No, sir.

20       Q.    And what did you observe the police officer

21    do after he hit Mr. Vannaraj with the flashlight?

22       A.    Then he pull him up, push him to the car and

23    handcuff him.

24       Q.    Where did he handcuff him?  Did he handcuff

1    him when he was on the ground or after he stood?

2         A.    After he stood.

3         Q.    So when he's on the ground, what car does he

4    put Mr. Vannaraj up against?

5         A.    The Honda Accord.

6         Q.    And how does he do that?  Show us on the

7    picture.

8         A.    He fell right here, then the officer grabbed

9    him and put him to the car right here; and then he

10   handcuffed him.

11        Q.    And then what did the officer do with Mr.

12   Vannaraj?

13        A.    Then he send him to the wagon.

14        Q.    The wagon was there by that time?

15        A.    Yes.

16        Q.    Had other officers arrived by that time?

17        A.    Yes, sir.

18        Q.    At any point in time did you see Mr.

19   Vannaraj strike at Officer Sullivan?

20        A.    No, sir.

21        Q.    At any point in time did you see Mr.

22   Vannaraj attempt to get away from Officer Sullivan?

23        A.    No, sir.

24        Q.    At any point in time did you see Mr.

1    Vannaraj kicking or trying to evade Officer Sullivan?

2        A.    No, sir.

3                    MR. WYMAN:  Thank you, ma'am.

4                    MR. RAPPAPORT:  Your Honor, I have no

5    questions.

6                    CROSS-EXAMINATION

7    BY MR. MCMAHON:

8        Q.    Good afternoon.  When the two individuals

9    you described as Lieutenant Sullivan and Officer

10   Moriarty arrived, you knew they were police officers;

11   is that fair to say?

12       A.    Yes, sir.

13       Q.    And when they first got there, they had some

14   contact I believe you indicated with Mounie, Mr. Ae

15   and a third individual to your left; is that correct?

16       A.    I'm sorry, I don't understand the question.

17       Q.    When Officer Moriarty first arrived on

18   scene, the police officer wearing plain clothes --

19       A.    Yes, sir.

20       Q.    -- he was to your left; is that correct?

21       A.    Yes, sir.

22       Q.    And he had three people that he was

23   interacting with against the wall?

24       A.    Yes, sir.

Exhibit 14

1

2

          TRIAL COURT OF MASSACHUSETTS
            LOWELL DISTRICT COURT

3  - - - - - - - - - - - - - - - - - - x

4  COMMONWEALTH OF MASSACHUSETTS

5                 Plaintiff,

6     v.                CASE NO 01-11CR6132

7  INTHALA VANNARAJ,

8                 Defendant.

9

10       And

11

12  COMMONWEALTH OF MASSACHUSETTS,

13                Plaintiff,

14     v.            CASE NO. 01-11CR6131

15  PHAYSANH KHAKEO,

16                 Defendant.

17  - - - - - - - - - - - - - - - - - - x

18                       VOLUME II-12

19                       PAGES 1-25

20

21         TESTIMONY OF INTHALA VANNARAJ

22             August , 2002

23

24

1                        I N D E X

2    Testimony of:    Direct   Cross   Redirect Recross

3    INTHALA VANNARAJ

4      By Mr. Wyman        3

5         Mr. McMahon                15

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          A.    Yeah.   The sirens they like ten minutes

2     before that.   I don't pay attention about it because I

3     know the street is really a lot of cars going there.

4     So I don't pay attention to it.

5          Q.    How -- when you're sitting at the table,

6     where is the street?

7          A.    Right behind my back.

8          Q.    Okay.   And what is in front of you?

9          A.    The table and the TV.

10         Q.    And the TV is inside the garage area?

11         A.    Yes.

12         Q.    And then off to your left is where, a door

13    to get inside the house?

14         A.    Yes, sir.

15         Q.    Now, at what point do you know that police

16    officers have come to 115 Chelmsford Street?

17         A.    When he walk over to Phaysanh Khakeo, I know

18    it.

19         Q.    When who walked over to Phaysanh Khakeo?

20         A.    Mr. -- Officer Moriarty.

21         Q.    So up to this point in time you really

22    didn't know that the police had the three guys that

23    left the table up against the wall in the front of the

24    property?

1          A.    No.

2          Q.    You didn't hear Moriarty yelling at them in

3     front of the property?

4          A.    No.

5          Q.    You didn't even know that the pat frisk or

6     anything was going on?

7          A.    No.

8          Q.    All right.  Who is -- is Moriarty the first

9     person that you see, the first police officer that you

10    see?

11         A.    Yes, sir.

12         Q.    And how do you know he's a police officer?

13         A.    I don't -- I just know the guys came over to

14    my friend.  I'm not sure he's officer or not because

15    he don't wear uniform.

16         Q.    All right.  Where is the police officer

17    that's wearing the uniform at that point?

18         A.    I don't know.  I don't pay attention.  I

19    don't really know where he at.

20         Q.    When Moriarty comes over to talk to Mr.

21    Khakeo, what does he ask Mr. Khakeo to do?

22         A.    He told him hands up, hands up like this.

23    He just standing next to him right there.

24         Q.    Is he just addressing Mr. Khakeo or is he

1    addressing everyone at the table to your

2    understanding?

3         A.   Only Mr. Khakeo.

4         Q.   And do you know the reason for that?

5         A.   Because Mr. Khakeo ask him for his name,

6    sir.

7         Q.   Now, on the chalk that we've been using all

8    day if you could just use the pointer, it should be

9    right in front of you.

10        A.   Okay.

11        Q.   And show me where you were sitting at the

12   table.

13        A.   Right here.

14        Q.   Where did Officer -- where did Mr. Khakeo

15   stand?

16        A.   Next to it right like a couple of feet.

17        Q.   At some point did Mr. Khakeo almost like

18   slide down on the wall so that he was closer to the

19   Honda --

20        A.   Yes, because he had to get up.  Get away

21   from the chair.

22        Q.   Now, where does Officer Moriarty go when Mr.

23   Khakeo is against the wall?

24        A.   Just right up to his face.

```
 1          Q.    All right.  How does he approach Mr. Khakeo?

 2          A.    By meanly.

 3          Q.    Say it one more time.  I didn't hear you.

 4          A.    By meanly.  He's very angry.  He's yelling.

 5          Q.    And what is he saying when he's yelling?

 6          A.    He told him shut the fuck up.

 7          Q.    And what was -- without saying what was said

 8   what was Mr. Khakeo doing when Officer Moriarty said

 9   shut the fuck up?

10          A.    He ask him what's going on.

11          Q.    All right.  And when Officer Moriarty went

12   over to see Mr. Khakeo, what did you observe happen?

13          A.    I just watch them, they talking.  I still

14   sitting on the table.

15          Q.    And when you're sitting at the table, how --

16   if you could just show the jury, how do you have to

17   turn your body to see Officer Moriarty and Mr. Khakeo?

18          A.    Like I sit right here, I turn like this,

19   like that.

20          Q.    At some point do you know where the officer

21   with the uniform is when you're turned to watch Mr.

22   Khakeo and Officer Moriarty?

23          A.    With the uniform?

24          Q.    Yes.
```

1      A.    I don't know at all.

2      Q.    All right.  Now, you're watching Officer

3  Moriarty and Mr. Khakeo have this talk, right?

4      A.    Yes.

5      Q.    At some point does something happen more

6  than talking?

7      A.    Oh, yes, sir.

8      Q.    And what do you observe happen?

9      A.    After Mr. Phaysanh Khakeo ask his name and

10  then he told Mr. Phaysanh Khakeo his name, and then he

11  ask Mr. Phaysanh Khakeo what's your fucking name.  And

12  then my -- Mr. Phaysanh Khakeo tell him his name.  He

13  just hit him.

14      Q.    Where did he hit him?

15      A.    By the left hand with the flashlight on the

16  stomach, and he repeated it like a few more times

17  somewhere around here.

18      Q.    And then did you have a chance to see him

19  hit Mr. Khakeo again?

20      A.    Yes, sir.

21      Q.    When?  Where did he hit him next?

22      A.    Right here.

23      Q.    When Officer Moriarty hit Mr. Khakeo, what

24  was your reaction?

1       A.      I just stood up because I'm so shocked.  I

2   don't know what's going on.  I just right next to him.

3   What you expect me to do.  I standed up like this.

4       Q.      How were you looking?  When you stood up,

5   were you looking over your shoulder?

6       A.      Yeah.

7       Q.      Or were you looking straight ahead at that

8   point?

9       A.      Straight ahead at that point.

10      Q.      All right.  And when you stood up, what

11  happened to you?

12      A.      I felt somebody come back from behind me.

13      Q.      And --

14      A.      Pushing me against toward the table.

15      Q.      And did you feel like it was a push with

16  hands or did you feel like somebody was tackling you?

17      A.      It's pretty hard, really strong.  I probably

18  say tackle, something like that.

19      Q.      Did you know who that person was?

20      A.      No, sir.

21      Q.      And what happened to you when you were

22  pushed against the table?  What happened to your body?

23      A.      I really hurting.

24      Q.      And were you still able to stand when you

1    were pushed against the table?

2         A.   No, sir.

3         Q.   What happened to you?

4         A.   I believe I fell down on the ground.  I'm

5    blacked out.

6         Q.   All right.  Did you black out from the push

7    or did something happen to you on the ground when you

8    blacked out?

9         A.   Well, I fell down, I got hit something on my

10   arm.

11        Q.   And at any point after you blacked out did

12   you come to?  What's the next thing you remember after

13   you hit the ground?

14        A.   I don't remember nothing.

15        Q.   All right.  At any time prior to you being

16   hit from behind did you strike out at the officer

17   wearing a uniform?

18        A.   No, sir.

19        Q.   Were you physically capable of throwing a

20   punch at that point in time?

21              MR. MCMAHON:  Objection, Your Honor.

22        A.   No, sir.

23              THE COURT:  Overruled.

24        Q.   Now, at what point did you realize that it

1    was a police officer that pushed you against the

2    table?

3        A.   I don't know, sir.

4        Q.   Is it fair to say that when you were in

5    handcuffs that you realized that that was a police

6    officer that had pushed you or even at that point you

7    didn't realize it?

8        A.   No, sir.

9        Q.   Thank you, sir.

10             MR. WYMAN:   Thank you, Your Honor.

11             MR. RAPPAPORT:   I have nothing.

12                 CROSS-EXAMINATION

13   BY MR. MCMAHON:

14       Q.   Two officers arrived at 115 Chelmsford

15   Street; is that correct?

16       A.   Yes, sir.

17       Q.   Okay.  And two officers had conversations --

18   strike that.  One officer, Officer Moriarty, had

19   conversations with three individuals at the front of

20   115 Chelmsford Street?

21       A.   Yes, sir.

22       Q.   You didn't hear any of that exchange --

23       A.   No, sir.

24       Q.   Okay.  And that's less than 15 to 20 feet