Exhibit 15

1          TRIAL COURT OF MASSACHUSETTS
2              LOWELL DISTRICT COURT

3     - - - - - - - - - - - - - - - - - x

4    COMMONWEALTH OF MASSACHUSETTS

5                        Plaintiff,

6     v.                    CASE NO 01-11CR6132

7    INTHALA VANNARAJ,

8                     Defendant.

9

10          And

11

12    COMMONWEALTH OF MASSACHUSETTS,

13                        Plaintiff,

14      v.                  CASE NO. 01-11CR6131

15    PHAYSANH KHAKEO,

16                     Defendant.

17    - - - - - - - - - - - - - - - - - x

18                              VOLUME II-6

19                              PAGES 1-15

20

21          TESTIMONY OF PHILA KHAKEO

22              August 6, 2002

23

24

6

1    without uniform.

2         Q.    Okay.  What did you see happen at that

3    point?

4         A.    I was -- I still concerned why they doing

5    here or just like concerning, and certainly I saw my

6    husband.  At that time he was face at the wall.

7         Q.    Okay.  You saw your husband at the wall?

8         A.    Yeah.  When I was go out, he still against

9    the wall with the face against the wall.

10        Q.    Then what happened?

11        A.    Then certainly he just turn around and ask

12   the gentleman without uniform.

13        Q.    The gentleman without the uniform?

14        A.    Without the uniform.

15        Q.    He said something to that gentleman?

16        A.    He say what's your name, sir.  And the

17   gentleman as soon as he ask the name he just walk

18   forward toward my husband, and he go my name is

19   Officer Moriarty, and he say what is your fucking

20   name.

21        Q.    What happened at that point?

22        A.    My husband said the name, my name is

23   Phaysanh Khakeo, sir.  Then I heard him say shut the

24   fuck up.  Then it just -- plain eyes I saw him hit my

1    husband at the stomach and then another one in the

2    head.  So I just seen that, I don't know what

3    happened.  I don't know what to do.  I just stand

4    there and I cry after I saw that.  I can't recall what

5    happened.

6        Q.   Let me ask you this, ma'am.  Did you ever

7    see your husband strike that officer?

8        A.   No.

9              MR. RAPPAPORT:  I have no further

10   questions.

11             MR. WYMAN:  If I may, Your Honor.

12                  CROSS-EXAMINATION

13   BY MR. WYMAN:

14       Q.   Ms. Khakeo, where were you cooking in the

15   house?  If you could show on that diagram, and there

16   is a pointer actually on the ground.

17             MR. WYMAN:  If I may, Your Honor.

18       A.   Here is --

19       Q.   Just a second.

20             (Discussion off record)

21       A.   Here's door.  I was cooking right here and

22   preparing dinner.  We have a table, it's right here.

23       Q.   How could you hear what was being said

24   outside?

1      A.    Because the door was open, but I don't see

2   what happened.

3      Q.    I'm sorry, I didn't hear what you said.   Was

4   the door open; is that what you said?

5      A.    Yes, the door open.

6      Q.    Okay.   At some point you went to the door?

7      A.    Yes.

8      Q.    All right.   Where did you go when you got to

9   the door?   Did you go outside or did you stay inside?

10     A.    Well, I just stand right there.   When the

11  door, I was standing right there.

12     Q.    When you get to the door, where was your

13  husband?

14     A.    At that time he was at the wall, the wall.

15  Somewhere at the wall, I don't really remember.

16     Q.    Where is Officer Moriarty?

17     A.    Here's our driveway.   At that time he was

18  right here.

19     Q.    And where do you see Officer Moriarty go?

20     A.    He just walked up to my husband, where the

21  picture here, he just walking to him.

22     Q.    Where is the officer that's wearing the

23  uniform?   Where is he standing?

24     A.    Right here, before he asking a question.   As

1    soon as my husband ask him a question so he just walk
2    toward to my husband.
3        Q.   Okay.
4        A.   At that time my husband at the wall right
5    there.
6        Q.   Nice and slowly.  I'm asking you where is
7    the officer that's wearing the uniform standing when
8    your husband is against the wall?
9        A.   Oh, right here.  He's still at the middle of
10   the driveway.
11       Q.   Where is Mr. Vannaraj at that point?
12       A.   I don't really -- I don't really remember
13   where he is at that time.
14       Q.   When you're standing in that doorway, is
15   there a table outside the door?
16       A.   Yes, table.
17       Q.   Did you have a chance to see if people were
18   sitting around the table?
19       A.   No, sir, because I hear the loud voice like
20   I don't know what to do.  I just look at the gentleman
21   as my husband -- and my husband at that time.
22             MR. WYMAN:  Thank you.
23             THE COURT:  Thank you.  Cross, please,
24   if you wish.

Exhibit 16

**1**

UNITED STATES DISTRICT COURT
No. 04-11941-RWZ

- - - - - - - - - - - - - - -

PHAYSANH KHAKEO
    Plaintiff

vs.

DENNIS MORIARTY and
KEVIN SULLIVAN, in their
Individual Capacities,
and the CITY of LOWELL,
    Defendants

- - - - - - - - - - - - - - -

    DEPOSITION of SOMPHET KHAKEO, called on

behalf of the Defendant, taken pursuant to the

Massachusetts Rules of Civil Procedure before

Carla J. Grand, Professional Court Reporter and

Notary Public within and for the Commonwealth of

Massachusetts, at Lowell City Hall, 375

Merrimack Street, 2nd Floor, Lowell,

Massachusetts, on Wednesday, March 23, 2005,

commencing at 9:00 a.m.

---

**2**

PRESENT:

ATTORNEY FOR PLAINTIFF:

    JENNIFER L. BILLS, ATTY.
    Law Offices of Howard Friedman, P.C.
    90 Canal Street
    5th Floor
    Boston, Massachusetts  02114-2022

ATTORNEY FOR DEFENDANT, CITY OF LOWELL:

    BRIAN W. LEAHEY, Assistant City Solicitor
    City of Lowell, Law Department
    City Hall
    375 Merrimack Street
    3rd Floor
    Lowell, Massachusetts  01852

ATTORNEY FOR DEFENDANT, KEVIN SULLIVAN:

    ANDREW J. GAMBACCINI, ESQ.
    Edward P. Reardon, P.C.
    397 Grove Street
    Worcester, Massachusetts  01605

ATTORNEY FOR DEFENDANT, DENNIS MORIARTY:

    THOMAS J. FREDA, ESQ.
    Monahan & Padellardo
    Bullfinch Square
    43 Thorndike Street
    Cambridge, Massachusetts  02141

---

**3**

I N D E X

| Deponent | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| SOMPHET KHAKEO | | | | |
| by Atty. Leahey | 4 | | 135 | |
| by Atty. Freda | | 86 | | |
| by Atty. Gambaccini | | 111 | | |

E X H I B I T S

| For Identification | Description | Page |
|---|---|---|
| No. 1 | Notice of Deposition | 5 |
| No. 2 | Complaint Form | 6 |
| No. 3 | Diagram | 22 |
| No. 4 | List of Names | 25 |
| No. 5 | Color Photographs | 65 |
| No. 6 | Katrina's Complaint | 114 |

---

**4**

P R O C E E D I N G S

    MR. LEAHEY:  Before we begin we have a couple of stipulations, usual stipulations. All objections and motions to strike with the exception of objections to the form of the question are reserved until the time of trial. That Mr. Khakeo will have 30 days to read and sign his deposition.  And the parties agree to waive the Notary Public requirement.

    SOMPHET KHAKEO, having been satisfactorily identified by the production of his driver's license and duly sworn by the Notary Public, was examined and testified as follows:

DIRECT EXAMINATION

Q.  (by Atty. Leahey)  Mr. Khakeo, could you please state your name, spelling your last name for the record.

A.  Somphet Khakeo, S-o-m-p-h-e-t  K-h-a-k-e-o.

Q.  And what is your date of birth?

A.  3/2/73.

Q.  And your social security number?

A.  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.

Q.  And you are here today as a result of getting a

37

1      the Rams game?
2 A.   Pretty much, yeah.
3 Q.   How long were you with your brother before the
4      police showed up?
5 A.   Not that long. Probably about maybe 15 minutes,
6      20 minutes.
7 Q.   A quarter of football?
8 A.   Close.
9 Q.   Did you talk to your brother during that time?
10 A.   Yeah.
11 Q.   Were you with him the whole time or was he
12      visiting everyone who was there?
13 A.   He was visiting.
14 Q.   So when you showed up at 4:30 is that when the
15      party started?
16 A.   No.
17 Q.   Do you know when the party started?
18 A.   Later on, probably six o'clock.
19 Q.   So your brother was late for the party by about
20      roughly an hour?
21 A.   I think so.
22 Q.   In the 15, 20 minutes that you saw your brother
23      did he have anything to drink?
24 A.   No.

38

1 Q.   Were you with him the entire time?
2 A.   The 10, 15 minutes, no.
3 Q.   But you didn't see him with --
4 A.   No, I didn't see him with anything.
5 Q.   Was the only beer at the house in a bottle?
6 A.   That I noticed.
7 Q.   But there wasn't like a keg or anything?
8 A.   No.
9 Q.   And nobody was drinking out of a cup?
10 A.   No, just bottles.
11 Q.   Do you know whether or not anyone brought,
12      during the time that you were there whether
13      anyone brought any food or drink to the party?
14 A.   No.
15 Q.   So was this a fairly quiet party?
16 A.   I think so, yes.
17 Q.   Well, there was no music, right?
18 A.   No.
19 Q.   And the only amplified sound would be coming
20      from the t.v., right?
21 A.   Yes.
22 Q.   And that wasn't up loud, was it?
23 A.   No.
24 Q.   Other than that just people talking?

39

1 A.   Yes. And kids playing.
2 Q.   Around seven o'clock that night how many people
3      would you estimate were there? Is it still 10
4      or now more than 10?
5 A.   I don't remember.
6 Q.   Do you recall if there were more or less than
7      there were at 6:30?
8 A.   I think less.
9 Q.   At any point did you ever hear any noise or
10      disturbance away from where you guys were?
11 A.   At what time?
12 Q.   Around seven?
13 A.   Heard a siren, police siren.
14 Q.   What else did you hear besides the siren?
15 A.   That's it from the beginning.
16 Q.   At some point after you heard the siren did
17      anyone join the party or did anyone run into the
18      area?
19 A.   No.
20 Q.   So prior to the police coming no one ran in
21      through this area from Chelmsford Street into
22      this enclosed area?
23 A.   No.
24 Q.   At some point did the police arrive?

40

1 A.   Yes.
2 Q.   And how did they arrive?
3 A.   They came and started yelling.
4 Q.   Did you see how they got there? Did they come
5      in the car or by foot?
6 A.   I didn't see.
7 Q.   Do you recall how they were dressed?
8 A.   No.
9 Q.   Do you know whether or not they were in uniform
10      or not?
11 A.   One of them was not in uniform. I don't know
12      which one.
13 Q.   One was, one wasn't?
14 A.   I don't remember.
15 Q.   Is it your testimony that you don't remember how
16      they were dressed at all, one may have been in a
17      uniform or you just don't know?
18 A.   I don't know how they were dressed.
19 Q.   What were the police officers yelling when they
20      came in?
21 A.   They wanted everybody to put their hands up and
22      go against the wall.
23 Q.   Did they explain why they were there?
24 A.   Yeah, they say that there was a call up the

41

1     street, that people were fighting up the street
2     or something.
3 Q. Did they say anything about a large fight
4     between Asian gang members?
5 A. No.
6 Q. Anything about a machete?
7 A. Not that I recall no.
8 Q. If they had mentioned a machete is that
9     something that you normally would have recalled?
10 A. Well, I mean, yeah, if they say something like
11     that, but I don't think, I didn't hear them say
12     anything.
13 Q. They didn't say anything like that?
14 A. No.
15 Q. How about anything about bats or sticks?
16 A. No.
17 Q. Did they ask people their names?
18 A. When they first came in or?
19 Q. Yeah, when they first came in.
20 A. No.
21 Q. How about after they said, everybody put your
22     hands up against the wall, what happened next?
23 A. Well, they were, I was asking them question.
24 Q. What did you ask them?

42

1 A. I asked them what they are doing there.
2 Q. Did you yell it or did you say it?
3 A. I don't know. It's normally say, what are you
4     guys doing here. I don't know, I don't think I
5     yelled, no.
6 Q. Were you loud when you said it?
7 A. Might have.
8 Q. Did you swear at them?
9 A. No.
10 Q. Did you call them pigs?
11 A. No.
12 Q. What did they respond when you asked them a
13     question?
14 A. Tell me to shut up.
15 Q. What happened next?
16 A. Then I stopped and talked to my brother.
17 Q. Were you upset the police there?
18 A. No, not really.
19 Q. So you went and talked to your brother?
20 A. No, I didn't. The police did.
21 Q. Oh, the police went. Did the police search
22     anybody when they were there when they first
23     came in?
24 A. No.

43

1 Q. So after they talked, after you asked them a
2     question and they told you to shut up they went
3     and talked to your brother?
4 A. Yes.
5 Q. Had your brother said anything to this?
6 A. Well, I remember they were talking, but then he
7     asked them what's the officer's name.
8 Q. How is it that the police went to go talk to
9     your brother?
10 A. Because my brother was there at that time.
11 Q. But did your brother say anything to them so
12     they knew to talk to him?
13 A. Yeah.
14 Q. What did he say?
15 A. He told me to stop, and they wanted to talk to
16     somebody that was, somebody else besides me, I
17     guess.
18 Q. And they just randomly went up to your brother?
19 A. Yes.
20        MS. BILLS: Objection. I don't think
21     that was his testimony.
22 Q. Well, how is it that they came to speak to your
23     brother, because your brother didn't say
24     anything to them, right?

44

1 A. No, I don't think he did.
2 Q. So they just went up to your brother without
3     your brother having said a word?
4 A. He was close to them.
5 Q. When the police went up there there was no
6     communication between your brother and the
7     police prior to the police approaching him?
8 A. No.
9 Q. In red ink can you just indicate where the
10     police are and you are and your brother are when
11     this is happening.
12 A. This is like a table here, okay (indicating).
13 Q. And what was on that table?
14 A. Food, drinks. I was right here (indicating).
15 Q. Can you just draw an "X" where you were.
16 A. (Witness complies.)
17 Q. And where was your brother?
18 A. Over here (indicating).
19 Q. Can you just put a "PK" right there.
20 A. (Witness complies.)
21 Q. Where were the officers?
22 A. They were over here (indicating).
23 Q. Can you just put "LPD" and indicate with an "X"
24     where each of them are. They were right next to

45

| | | |
|---|---|---|
| 1 | | each other I take it? |
| 2 | A. | I guess. I only saw one. |
| 3 | Q. | Oh, okay. If you only saw one just put one |
| 4 | | there. |
| 5 | A. | (Witness complies.) |
| 6 | Q. | So no one went to the wall, no one went against |
| 7 | | the wall after the police said, get up against |
| 8 | | the wall? |
| 9 | A. | Not me, anyway. |
| 10 | Q. | And then what happened when the police officer |
| 11 | | went up to your brother? |
| 12 | A. | Started talking. |
| 13 | Q. | Do you remember what was being said between |
| 14 | | them? |
| 15 | A. | Well, my brother was asking for the officer's |
| 16 | | name. |
| 17 | Q. | And you remember that clearly? |
| 18 | A. | Yes. |
| 19 | Q. | Was your brother yelling? |
| 20 | A. | No. |
| 21 | Q. | Was he swearing? |
| 22 | A. | No. |
| 23 | Q. | Was he upset? |
| 24 | A. | My brother? |

46

| | | |
|---|---|---|
| 1 | Q. | Yes. |
| 2 | A. | No. |
| 3 | Q. | After he asked the officer's name what happened? |
| 4 | A. | The office says back in a tone voice and started |
| 5 | | swearing at him. |
| 6 | Q. | So the officer raised his voice and swore at |
| 7 | | your brother? |
| 8 | A. | Yes. |
| 9 | Q. | What then did your brother do? |
| 10 | A. | Nothing, I guess. That's all I remember. And |
| 11 | | then the other officer was tackling me to the |
| 12 | | ground. |
| 13 | Q. | When did you first see this other officer? |
| 14 | A. | I didn't see him actually. Because there was a |
| 15 | | lot of them at the end. It happened so fast. |
| 16 | Q. | What happened so fast? |
| 17 | A. | That incident. They were there quick. |
| 18 | Q. | Prior to -- at this point when the officer is |
| 19 | | speaking to your brother had anyone been asked |
| 20 | | for their name and date of birth by the police? |
| 21 | A. | I don't remember. |
| 22 | Q. | Did you see what happened between your brother |
| 23 | | and the police officer? |
| 24 | A. | Little bit. |

47

| | | |
|---|---|---|
| 1 | Q. | What did you see? |
| 2 | A. | I see them talking and yelling, and that's all I |
| 3 | | remember. |
| 4 | Q. | Where are you, are you still at this location? |
| 5 | A. | I'm still at the end of the table. |
| 6 | Q. | Is there anything blocking your view between the |
| 7 | | two of them? |
| 8 | A. | No, just dark. |
| 9 | Q. | It's dark at this point? |
| 10 | A. | Yeah, it's getting dark. |
| 11 | Q. | How dark, has the sun set? |
| 12 | A. | During wintertime, so. |
| 13 | Q. | Was it a sunny day earlier in the day? |
| 14 | A. | Early, yeah. |
| 15 | Q. | Do you recall at this time whether or not the |
| 16 | | sun had set? |
| 17 | A. | Yes. |
| 18 | Q. | Is there any lighting in this area? |
| 19 | A. | Yes. |
| 20 | Q. | Were those lights on? |
| 21 | A. | Yes. |
| 22 | Q. | So even with the lights on you couldn't really |
| 23 | | see in there? |
| 24 | A. | The lights is where the garage is over here |

48

| | | |
|---|---|---|
| 1 | | (indicating), and this is like where another |
| 2 | | parking space around here. |
| 3 | Q. | Can you just put "light" underneath that. |
| 4 | A. | (Witness complies.) |
| 5 | Q. | Is that the only light in that entire area? |
| 6 | A. | Yeah. That's on. |
| 7 | Q. | So you had, what's the distance from where you |
| 8 | | are to where your brother and police officer is |
| 9 | | approximately? |
| 10 | A. | Oh, I don't know. Approximately, it's not that |
| 11 | | far. From maybe here to the end of the table |
| 12 | | (indicating). |
| 13 | Q. | I'm going to say and estimate what you've just |
| 14 | | indicated is probably 16 feet maybe? |
| 15 | A. | Not good at math, so maybe. |
| 16 | Q. | So at some point did you ever see your brother |
| 17 | | and the police officer on the ground? |
| 18 | A. | No. |
| 19 | Q. | Did you ever see the officer strike your |
| 20 | | brother? |
| 21 | A. | No. I see something, but I can't say that. |
| 22 | Q. | Did you see your brother strike the officer? |
| 23 | A. | No. |
| 24 | Q. | No, that you definitely didn't see or you just |

**49**

1       couldn't tell?

2   A.   I couldn't tell.

3   Q.   Are people saying anything at this time, are

4       words being exchanged by anyone that you can

5       hear?

6   A.   I don't remember.

7   Q.   I'll show you what you wrote in Exhibit 2 at the

8       bottom. It says, "Officer Moriarty started to

9       hit my brother."

10   A.   Yes.

11   Q.   You wrote that?

12   A.   Yes.

13   Q.   So what did you see?

14   A.   I saw the first part of it, I saw him hit him

15       somewhere in the stomach first. I don't know

16       with what.

17   Q.   But originally the question was just, did you

18       see Officer Moriarty or did you see the officer

19       strike your brother?

20   A.   Yes.

21   Q.   So you did see that?

22   A.   Yes.

23   Q.   And what happened after the Officer hit your

24       brother?

**50**

1   A.   That's all I remember. I was tackled down.

2   Q.   He hit him with something, you couldn't see what

3       that was?

4   A.   I couldn't tell what it was.

5   Q.   Where was your brother struck?

6   A.   The stomach.

7   Q.   What did your brother do after being struck in

8       the stomach?

9   A.   That's all I see.

10   Q.   Did he fall?

11   A.   I don't know. I fell.

12   Q.   Did you ever hit a police officer after you were

13       tackled?

14   A.   No.

15   Q.   Did you see who tackled you?

16   A.   No.

17   Q.   Did you later learn who tackled you?

18   A.   What was that?

19   Q.   Did you later learn who tackled you?

20   A.   No.

21   Q.   But it was a police officer?

22   A.   Yes.

23   Q.   Up to the point that you were tackled have you

24       described everything that you can remember

**51**

1       regarding what happened between your brother and

2       the police officer?

3   A.   Not really.

4   Q.   What have you left out?

5   A.   That's all I remember.

6   Q.   So you have told us everything that you can

7       remember?

8   A.   Yes.

9   Q.   After you were tackled what happened?

10   A.   I was handcuffed.

11   Q.   Did you go to the ground?

12   A.   Yes.

13   Q.   Once on the ground did you say or do anything?

14   A.   No.

15   Q.   So you didn't resist?

16   A.   No.

17   Q.   Were you yelling or screaming?

18   A.   No.

19   Q.   Were you upset that that was happening?

20   A.   Yes.

21   Q.   Did you say anything to the police?

22   A.   No, no.

23   Q.   So when the police first showed up you asked why

24       they were there, right?

**52**

1   A.   Yes.

2   Q.   But then afterwards you didn't ask any

3       questions?

4   A.   No.

5   Q.   And do you remember if anyone is saying anything

6       at this time that you can hear?

7   A.   It was so noisy, there was a lot of kids, too.

8   Q.   What are the kids doing during this time?

9   A.   They were just playing outside next to us.

10   Q.   Did you ever hear any police officer calling for

11       backup or assistance on the radio?

12   A.   No.

13   Q.   Did you ever see or hear any officer using the

14       baton?

15   A.   I don't remember.

16   Q.   How about mace, did anyone use any mace during

17       this time?

18   A.   No.

19   Q.   After you were tackled by the police you were

20       down on the ground?

21   A.   Yes.

22   Q.   Did they arrest you?

23   A.   Yes.

24   Q.   So once you were down on the ground they

53

1     immediately arrested you?
2 A. Yes.
3 Q. Did they explain why you were being arrested?
4 A. No.
5 Q. Do you know who arrested you?
6 A. No.
7 Q. Did the Officer, other than tackle you did the
8     officer otherwise use any other type of force on
9     you?
10 A. Yes, he put his boots on my face.
11 Q. Did he kick you?
12 A. I don't know if he kicked me. He's stepping so
13     I stay down. I don't know if that's kicking or
14     not.
15 Q. So he used the boot to keep you down?
16 A. Yes.
17 Q. But other than that there was no other force
18     used?
19 A. I don't remember. Not on me, no.
20 Q. Right. Regarding you?
21 A. No.
22 Q. Were you able to see what was happening to your
23     brother at this point?
24 A. No.

54

1 Q. How about anyone else, did you see what happened
2     to anyone else?
3 A. No.
4 Q. Prior to the police officer arresting you did
5     they ever tell you to quiet down or have any
6     conversation with you?
7 A. In the beginning or afterwards?
8 Q. Before they arrested you.
9 A. Before, no.
10 Q. So they never said anything to you prior to you
11     being tackled and arrested other than that very
12     first conversation?
13 A. No.
14 Q. So other than you asking that one question and
15     then they just went on to your brother, you had
16     no other contact with the police prior to being
17     tackled?
18 A. No.
19 Q. No, that's not true or no, that's correct?
20 A. That's correct, yeah.
21 Q. At some point did you hear any more sirens,
22     police sirens?
23 A. Yeah, after. Not after but during the time they
24     were, everything was so noisy.

55

1 Q. Now, when you were being handcuffed was it just
2     one officer with you, just with you?
3 A. Two, I think.
4 Q. Do you recall at this time how many officers
5     were on the scene?
6 A. It was a lot.
7 Q. After you were arrested I'm assuming you were
8     handcuffed?
9 A. Yes.
10 Q. No problems when the handcuffs were put on you?
11 A. No.
12 Q. And again, that's there were no problems,
13     correct?
14 A. Correct.
15 Q. What happened after you were handcuffed?
16 A. They put me in the wagon.
17 Q. Did someone assist you into the wagon?
18 A. Yes.
19 Q. And you were cooperative with that person?
20 A. Yes.
21 Q. And that person was cooperative with you?
22 A. Yes.
23 Q. Did you ever see what was going on with your
24     brother before you were put into the wagon?

56

1 A. No.
2 Q. How about anyone else, can you see what else is
3     going on?
4 A. No, I just see a lot of cops.
5 Q. Did you ever see any EMT's or ambulances on the
6     scene?
7 A. No.
8 Q. Did anyone, was anyone else placed in the wagon
9     with you?
10 A. I was the first one. The second one was
11     Inthala.
12 Q. Do you know how he got arrested?
13 A. No.
14 Q. So you didn't see anything that led to him being
15     arrested?
16 A. No.
17 Q. Do you see the police put Inthala into the
18     wagon?
19 A. Yes.
20 Q. No problems with how they put Inthala into the
21     wagon?
22 A. No.
23 Q. Did you and Inthala speak when you were in the
24     wagon?

57

1  A.  No.
2  Q.  Neither of you said, what's going on?
3  A.  No.  I was too much in shock.  I didn't know
4      what to say.
5  Q.  Did anyone else go in the wagon besides the two
6      of you?
7  A.  Yes, my brother afterward.
8  Q.  So the three of you are put into the wagon?
9  A.  Yes.
10 Q.  Did you see your brother Phaysanh being placed
11     into the wagon?
12 A.  Yes.
13 Q.  How was he placed into the wagon?
14 A.  I think they carried him in there.
15 Q.  How did they carry him in?
16 A.  By the -- because I think he is unconscious or
17     something.
18 Q.  He was unconscious?
19 A.  He was covered with blood and he couldn't walk,
20     so.
21 Q.  How was he carried into the wagon?
22 A.  Dragged by the arms.
23 Q.  Was his feet dragged on the pavement?
24 A.  Yes.

58

1  Q.  And how many officers were dragging him?
2  A.  Two.
3  Q.  So did they have him each by an arm?
4  A.  Yes, like just one on each side.
5  Q.  One under each arm?
6  A.  Yeah, just put him in.
7  Q.  And your brother is unconscious at this time?
8  A.  Yes.
9  Q.  How long was he unconscious?
10 A.  I don't know because we didn't see anything when
11     we were in the wagon.
12 Q.  But he was unconscious when he was brought to
13     the wagon?
14 A.  Yes.
15 Q.  How long was he in the wagon until he regained
16     consciousness?
17 A.  Maybe five, 10 minutes.
18 Q.  Are you trying to talk to him when you were in
19     the wagon?
20 A.  Yes.
21 Q.  And does he respond?
22 A.  No.
23 Q.  When did he regain his consciousness?
24 A.  I think on the ride there towards the station.

59

1  Q.  When you went into the wagon you were just
2      handcuffed and told to sit down?
3  A.  Yes.
4  Q.  They didn't place your handcuffs on any type of
5      rail or anything?
6  A.  I don't remember.  I think they just set us
7      down.
8  Q.  What about your brother?
9  A.  Same ways.
10 Q.  Did he sit up?
11 A.  No.
12 Q.  So how was he positioned in the van?
13 A.  Like (indicating).  I don't know how to explain
14     it.
15 Q.  He was not lying down?
16 A.  No, they set him up and his head was down.
17 Q.  The two officers that carried your brother, do
18     you know if those were the first two officers on
19     the scene?
20 A.  At that time I don't know who is who as far as
21     face wise.  I only know the people I saw.
22 Q.  Were they in uniform or not in uniform?
23 A.  I don't remember.
24 Q.  At the time you were arrested do you remember

60

1      how much you had to drink at that point?
2  A.  Probably two or three beers.
3  Q.  Did you feel any effect of the beer?
4  A.  No.
5  Q.  Had you eaten anything when you were at your
6      brother's?
7  A.  Yes.
8  Q.  What had you eaten?
9  A.  Eat the meat we had on the grill and clams.
10 Q.  What was the meat on the grill?
11 A.  Just beef.
12 Q.  So beef was the only meat there?
13 A.  Beef and clams.
14 Q.  Clams?
15 A.  Yeah.
16 Q.  When you got to the police station what
17     happened?
18 A.  They brought us in.  Set us on the bench.
19 Q.  Did your brother come to by the time the wagon
20     reached the police station?
21 A.  No, I didn't see him in the same time with us.
22 Q.  But he was in the same van with you, right?
23 A.  He was in the same wagon, but I don't know where
24     they take him after that.

61

1  Q.  No, but all three of you were placed in the
2      wagon, right?
3  A.  Yes.
4  Q.  You were taken to the police department, right?
5  A.  Yes.
6  Q.  The door gets opened by the police, right?
7  A.  Yes.
8          MS. BILLS:  I'm just going to object
9      and ask if you can do it a little more, less
10     like cross-examination.
11         MR. LEAHEY:  I'll try, but I'm trying
12     to figure out, he testified that he didn't know
13     what happened to his brother.  And so I'm trying
14     to now find out because they were together, I'm
15     trying to find out what happened to his brother.
16         MS. BILLS:  You can ask him that.
17  Q.  So what happened to your brother?
18  A.  In the wagon?
19  Q.  Once the wagon door opened what happened?
20  A.  Well, they took me and Inthala in first, and I
21      didn't see him come in with us.
22  Q.  When the police took you out of the wagon again,
23      you were respectful to them?
24  A.  Yes.

62

1  Q.  And they were respectful to you?
2  A.  Yes.
3  Q.  No problems leaving the wagon?
4  A.  No.
5  Q.  When you last saw your brother was he conscious
6      or unconscious?
7  A.  He is conscious.
8  Q.  Did you tell anybody at the police station when
9      you arrived there that your brother had been
10     unconscious for five or 10 minutes that you had
11     seen?
12  A.  No.
13  Q.  So that's the last time you saw your brother
14     during, before your booking process?
15  A.  Yes.
16  Q.  And your brother was not part of you and
17     Inthala's booking procedure?
18  A.  We didn't go at the same time, I know that.
19  Q.  Was Inthala, were the two of you guys together
20     during the whole time?
21  A.  Yes.
22  Q.  So the two of you went through the booking
23     procedure, correct?
24  A.  Yes.

63

1  Q.  And you gave your name and all of that
2      information?
3  A.  Yes.
4  Q.  They took your photograph?
5  A.  Yes.
6  Q.  And again, all during this time there's no
7      problems, correct?
8  A.  Correct.
9  Q.  At some point that night at the police station
10     did you ever see your brother again?
11  A.  Yes.
12  Q.  Do you recall was this after you had been
13     booked?
14  A.  Yes.  All our pictures were taken.  Me and
15      Inthala.
16  Q.  Was your brother's picture taken at the same
17     time?
18  A.  No.
19  Q.  So where did you see your brother?
20  A.  When we were waiting on the, sitting on the
21      bench.
22  Q.  Now, are you waiting for someone?
23  A.  No.
24  Q.  Have you been placed in a cell at this point?

64

1  A.  No.
2  Q.  Do you know what you're waiting for?
3  A.  No.
4  Q.  And then at some point your brother shows up?
5  A.  Yes.
6  Q.  And do you know where he came from?
7  A.  No.
8  Q.  Have you ever spoken with your brother about
9      where he had gone?
10  A.  No.
11  Q.  To this day you don't know what happened to your
12     brother during that time?
13  A.  Correct.
14  Q.  How did your brother look?
15  A.  Bloody.
16  Q.  Did you see blood on his face?
17  A.  Yes.
18  Q.  Where was the blood on his face?
19  A.  The left side, I believe.  Or the -- it was
20      everywhere.  I don't know, it was covered with
21      blood, so.
22  Q.  How did he look to you?
23  A.  What do you mean?
24  Q.  Did it look like he needed medical attention?

**65**

1  A.  Yes.
2  Q.  Did you ask anybody whether or not he received
3      any medical attention?
4  A.  No.
5  Q.  Did you have any conversation with your brother
6      at this point?
7  A.  No.
8  Q.  So when you first saw your brother what happened
9      to him?
10 A.  When he was coming in the station?
11 Q.  Yes.
12 A.  I just looked at him and that's it.  We didn't
13     say anything.
14 Q.  Did you tell, at any point -- strike that.
15             MR. LEAHEY:  Can I have this marked.
16             (Color Photographs marked for
17             identification as Exhibit No. 5.)
18 Q.  I'm showing you what has been marked Exhibit 5
19     which shows two photos.  Based on the
20     description that you have given regarding your
21     brother, is this pretty much what he looked like
22     when you saw him?
23 A.  Yes.
24 Q.  But he probably didn't have a hat on when you

**66**

1      saw him or did he have a hat?
2  A.  No, he didn't have a hat at the station.
3  Q.  Do you know, have you seen these photos before?
4  A.  No.
5  Q.  So you have never seen this before?
6  A.  No.
7  Q.  Do you recognize the wall behind here as to
8      where that is?
9  A.  Yes.  That's at the building, I think.
10 Q.  The police station?
11 A.  Yeah, I think so.
12 Q.  Do you know who took these photos?
13 A.  No.
14 Q.  Did you ever have any conversation with your
15     brother about photos being taken at the police
16     station?
17 A.  No.
18 Q.  Was there any conversation with anyone back at
19     the scene regarding going to the police station
20     and bringing a camera?
21 A.  No.
22 Q.  So when you saw your brother do you know whether
23     or not he had received any medical treatment?
24 A.  I don't know, no.

**67**

1  Q.  Do you know how long it had been from when you
2      saw him at the police station to when you --
3      excuse me -- when you saw him from the wagon to
4      when you saw him at the police station, do you
5      recall how long that time frame was?
6  A.  I don't remember.
7  Q.  Did you ever speak to your brother at any time
8      regarding whether or not he received medical
9      treatment that night?
10 A.  No.
11 Q.  So you never asked him if he went to the
12     doctor's?
13 A.  Correct.  I never asked him.
14 Q.  So to this day you don't know whether he went to
15     the doctor's?
16 A.  No, I don't.
17 Q.  And you never asked him, and he never asked you
18     or he never told you about anything that he did
19     regarding that night?
20 A.  Correct.
21 Q.  Did you ever speak to his wife or any family
22     members about his injuries that night?
23 A.  No.
24 Q.  So you never told his wife or anyone that he was

**68**

1      unconscious for five to 10 minutes?
2  A.  No.
3  Q.  After you were arrested did you ever go back to
4      the scene at 115 Chelmsford Street and take
5      photos or review what had happened after the
6      fact?
7  A.  I went there, yes, to get my car.
8  Q.  Aside from going back and getting your car, did
9      you ever walk around the area with anyone and
10     talk about the events that happened the day of
11     the arrest?
12 A.  I didn't talk to anybody.
13 Q.  Do you know if anyone else did?
14 A.  Don't remember.
15 Q.  Do you know whether or not your brother went
16     back there and talked to anyone about what
17     happened?
18 A.  Don't know.
19 Q.  Have you ever talked to your brother about the
20     incidents that happened on September 9th, 2001?
21 A.  No.
22 Q.  So you never after the fact talked about the
23     police showing up and what happened, you never
24     talked about that with your brother at all?

**69**

1  A.  No.
2  Q.  Did you ever, after you were arrested were you
3      ever arraigned?
4  A.  What do you mean, "arraigned"?
5  Q.  Did you go to court?
6  A.  Yeah.
7  Q.  Did you have a lawyer?
8  A.  Yes.
9  Q.  Who was your lawyer?
10 A.  Narong (phonetic).  I don't remember his last
11     name.
12 Q.  Narong?
13 A.  Yeah.
14 Q.  Did you hire the lawyer?
15 A.  Yes.
16 Q.  What happened to your case?
17 A.  It was dropped.
18 Q.  Do you know what you were charged with?
19 A.  I think it's disorderly.
20 Q.  Did the D.A.'s office drop the charges?
21 A.  I think so.  I don't remember.  I know that it
22     was cleared, so I just don't think about it.
23     It's not on my record, so.
24 Q.  Did you pay any money to the court?

**70**

1  A.  The court fee, yes.
2  Q.  Court fee?
3  A.  Court fee I paid $100.
4  Q.  Do you know whether or not your case was
5      dismissed on the payment of $100 in court costs?
6  A.  No, I don't know.
7  Q.  Was it dismissed on the -- did you go to court
8      one time on the case?
9  A.  Yes.
10 Q.  So it was dismissed at your arraignment?
11         MS. BILLS:  If you know.
12 A.  I don't know.  I don't know.  First time we went
13     it was, we arrange the next day.  When I went
14     the second time it was dismissed.
15 Q.  So your case was dismissed the second time you
16     went there?
17 A.  Yes, the second time.
18 Q.  Did you ever discuss bringing a lawsuit against
19     the officers with your brother?
20 A.  No.
21 Q.  Did he ever talk to you about bringing a lawsuit
22     against the City or the officers?
23 A.  No.
24 Q.  So the first time you learned about this case

**71**

1      was when you were served with the Subpoena?
2  A.  Yes.
3  Q.  And prior to being served with the Subpoena had
4      you ever spoken with any attorneys regarding the
5      facts that happened on September 9th, 2001?
6  A.  No.
7  Q.  So from that second time that you went to court
8      sometime in 2001 until you spoke with Attorney
9      Bills you never spoke to any attorney regarding
10     what happened on September 9th, 2001?
11 A.  Correct.
12 Q.  How is it you knew to speak to Attorney Bills
13     after you received the Subpoena?
14 A.  I called my brother.  I didn't know what it was.
15 Q.  And what did your brother say?
16 A.  And he said he didn't know either that I had to
17     come here.
18 Q.  Well, what did you talk about specifically with
19     your brother?
20 A.  Nothing.  I just called and said, why do I have
21     to go to this, and he said, I don't know.
22 Q.  So he didn't tell you about the lawsuit?
23 A.  No.
24 Q.  When you got the Subpoena did you read it?

**72**

1  A.  No.  I just briefly looked at it.  Just looked
2      at the date and stuff.
3  Q.  You didn't look to see who served it?
4  A.  No.
5  Q.  So you didn't see my name on it on the second
6      page?
7  A.  No.
8  Q.  And my phone number?
9  A.  No.  I didn't look to tell you the truth.  Just
10     put it away.
11 Q.  So you called your brother, and you didn't speak
12     about the incident on September 9th, 2001 with
13     him at all?
14 A.  No.
15 Q.  And he gave you Attorney Bills' name and number?
16 A.  Yes.
17 Q.  And what did he say?
18 A.  Say give her a call.
19 Q.  How long did you talk to your brother for?
20 A.  Maybe 15 minutes.
21 Q.  What else did you talk about in that
22     conversation?
23 A.  That's it.  We just talked about something else.
24     How are you doing and stuff.

COMMONWEALTH OF MASSACHUSETTS

United States                                    District Court

**SOMPHET KHAKEO,** having been duly sworn according to law, deposes and says that he has read the foregoing transcript of testimony and that it is true and correct to the best of his knowledge, information and belief.

Signed under the pains and penalty of perjury this __16__ day of ____May____, 2005.

_Somphet Khakeo_

**Somphet Khakeo**

ORIGINAL

# Exhibit 17

```
 1                TRIAL COURT OF MASSACHUSETTS
                      LOWELL DISTRICT COURT
 2

 3      - - - - - - - - - - - - - - - - - - x

 4     COMMONWEALTH OF MASSACHUSETTS

 5                         Plaintiff,

 6      v.                          CASE NO 01-11CR6132

 7     INTHALA VANNARAJ,

 8                    Defendant.

 9

10            And

11

12     COMMONWEALTH OF MASSACHUSETTS,

13                         Plaintiff,

14        v.                        CASE NO. 01-11CR6131

15     PHAYSANH KHAKEO,

16                    Defendant.

17      - - - - - - - - - - - - - - - - - - x

18                                 VOLUME III-1

19                                 PAGES 1-6

20

21             THE COURT'S RULING

22             August 7, 2002

23

24
```

```
 1
 2                    (The Judge's instruction to the jury not
 3                     transcribed)
 4                    (Closing arguments of attorneys not
 5                     transcribed)
 6                    (Side-bar conference not transcribed)
 7                    (Proceedings not transcribed)
 8                    (Judge's charge to the jury not transcribed)
 9                    (Jury left the courtroom)
10
11                    THE COURT:  Okay.  Get the jury,
12        please.
13                    MADAM CLERK:  Mr. Foreman, has the
14        jury reached their verdict as far as case 6131 of the
15        year 2001 the Commonwealth versus Phaysanh Khakeo?
16        Have you reached a verdict?
17                    MR. FOREMAN:  Yes, we have.
18                    MADAM CLERK:  What say you, Mr.
19        Foreman, is the defendant Phaysanh Khakeo guilty or
20        not guilty on count one of this complaint, assault and
21        battery on a police officer?
22                    MR. FOREMAN:  Not guilty.
23                    MADAM CLERK:  As far as count two of
24        said complaint, resisting arrest, is the defendant
```

1      Phaysanh Khakeo guilty or not guilty?

2                   MR. FOREMAN:  Not guilty.

3                   MADAM CLERK:  As far as count three of

4      this said complaint, disorderly conduct, is the

5      defendant guilty or not guilty?

6                   MR. FOREMAN:  Not guilty.

7                   MADAM CLERK:  Thank you.  Mr. Foreman

8      and members of the jury, as to your verdict as far as

9      case 6131 of the year 2001 as recorded, you the jury

10     upon your oath you say that the defendant Phaysanh

11     Khakeo is not guilty in said complaints on count one,

12     assault and battery on a police officer, count two,

13     resisting arrest, and count three, disorderly conduct;

14     so say you, Mr. Foreman?

15                  MR. FOREMAN:  Yes, Your Honor.

16                  MADAM CLERK:  So say you members of

17     the jury?

18                  THE COURT:  All heads are nodding

19     appropriately.

20                  MADAM CLERK:  Okay.  Mr. Foreman, as

21     far as complaint 6131 of the year 2001 the

22     Commonwealth versus Inthala Vannaraj.

23                  THE COURT:  Vannaraj.

24                  MADAM CLERK:  Vannaraj, I'm sorry, has

1    the jury reached its verdict?

2                    MR. FOREMAN:  Yes, we have.

3                    MADAM CLERK:  Okay.  Mr. Foreman, what

4    say you on count one, assault and battery, on a police

5    officer is the defendant guilty or not guilty?

6                    MR. FOREMAN:  Not guilty.

7                    MADAM CLERK:  Thank you.  As far as

8    count two, disorderly conduct, did the jury find the

9    defendant guilty or not guilty?

10                    MR. FOREMAN:  Not guilty.

11                    MADAM CLERK:  Count three of said

12    complaint does the jury find the defendant guilty or

13    not guilty?

14                    MR. FOREMAN:  Not guilty.

15                    MADAM CLERK:  Mr. Foreman and members

16    of the jury, as to your verdict recorded by the court

17    on complaint 6131 of the year 2001 Inthala Vannaraj on

18    count one, assault and battery on a police officer,

19    the jury finds the defendant not guilty; so say you,

20    Mr. Foreman, so say you, members of the jury?  As far

21    as counts two and three, disorderly conduct and

22    resisting arrest, the jury finds the defendant not

23    guilty; so say you, Mr. Foreman, so say you, members

24    of the jury?

```
 1                    THE COURT:  All right.  Members of the
 2      jury, on behalf of Commonwealth I again wish to thank
 3      you for your patience.  I really appreciate we took up
 4      three days of your time.  You worked very hard, and
 5      you were very attentive; and I really do appreciate
 6      that.
 7           (Pause)
 8                    MADAM CLERK:  The jury have returned a
 9      verdict of not guilty on complaint 6132 and
10      01-11-CR-6131.  It is ordered by this court that both
11      defendants be discharged with this complaint and go on
12      without further delay so far as these complaints are
13      concerned.
14
15
16
17
18
19
20
21
22
23
24
```

6

1               C E R T I F I C A T E

2

3          I, Tracy D. Helms, Registered Professional

4     Reporter, Certified Shorthand Reporter, do hereby

5     certify that the foregoing transcript is a true and

6     accurate transcription of District Court cassette

7     tapes of case 6131, Commonwealth versus Khakeo.

8

9

10

11

12              Tracy D. Helms
                Registered Professional Reporter

13

14

15

16

17

18

19

20

21

22

23

24