# Exhibit 18



# Exhibit 19

# CAD Operations Report

Lowell Public Safety Communications

**Call Number** 01-060375   **Printed** 09/18/2001 01:45 PM

## Call Detail Information

| Call Number | Class | Taker | Pos | Call Owner | Status | Date - Time Receive | Inj |
|---|---|---|---|---|---|---|---|
| 01-060375 | | C50 | 4 | | C | Sun 09/09/2001 19:14:02 | 0 |

| Complaint | Ten Cod | Priority | ESN | Disp Zone | IRA | How Received |
|---|---|---|---|---|---|---|
| Fight | | 1 | 265 | | 220 | 911 |

| Incident Location | Apart/Suite | Floor/Bldg | Incident City | Business Name |
|---|---|---|---|---|
| 125 GRAND | SUIT B | | Lowell | |

| Caller Name | Fire Run Zon | Fire Grade | EMS Run Zone | Telelphone | Jurisdiction |
|---|---|---|---|---|---|
| SANTIAGO, HECTOR L | 1 | | | 978-454-6727 | MA0092600 |

**Weapons**

☐ Images  ☐ BOLO  ☐ Warrant  ☐ Medical  ☐ Hazard  ☐ Fire Plan  ☑ Previous

| Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Alarm Code | Unit |
|---|---|---|---|---|---|---|---|---|---|
| 19:14:02 | 19:14:02 | 19:14:38 | 19:14:38 | 19:19:40 | 19:19:17 | | 20:05:59 | | C305 |

**Narrative...**

Cross Streets: RALPH / CHELMSFORD [09/09/2001 19:14:03 : C50611]
BATS AND MACHEDIES [09/09/2001 19:14:12 : C50611]
30 ASIANS [09/09/2001 19:14:21 : C50611]
P Cleared [09/09/2001 20:05:59 : C50088]

Nature of Call

## Department Numbers

| Department | Dept Number | Unit ID |
|---|---|---|
| LPD | 01-050283 | C305 |

## Department OCA Numbers

| Department | OCA Number |
|---|---|
| | 01-018740 |

## Call Dispositions

| Date - Time | Disposition |
|---|---|
| 9/9/2001 20:05:53 | CNR |
| 9/9/2001 20:05:53 | AM |

Page 1 of 3

Lowell Public Safety Communications

| Call Number | 01-060375 | | Printed | 09/18/2001 01:45 PM |
|---|---|---|---|---|

## Call Log

| Unit | Status / Officer Names / Comments | Date - Time | Dept | Type | Officer IDs |
|---|---|---|---|---|---|
| AMB2 | ENR / Trinity / ENR | 9/9/2001 19:24:48 | LPD | POL | Trinity |
| AMB2 | REM / Trinity / Removed | 9/9/2001 19:29:00 | LPD | POL | Trinity |
| C305 | ENR / DOWNS / ENR | 9/9/2001 19:14:38 | LPD | POL | DOWNS |
| C305 | ONS / DOWNS / ONS | 9/9/2001 19:19:51 | LPD | POL | DOWNS |
| C305 | REM / DOWNS / Removed | 9/9/2001 19:37:39 | LPD | POL | DOWNS |
| C306 | ENR / SHEEHAN,J / ENR | 9/9/2001 19:15:09 | LPD | POL | SHEEHAN,J |
| C306 | LEF / SHEEHAN,J / CHELMSFORD//RALPH | 9/9/2001 19:19:17 | LPD | POL | SHEEHAN,J |
| C306 | ONS / SHEEHAN,J / ONS | 9/9/2001 19:19:49 | LPD | POL | SHEEHAN,J |
| C306 | REM / SHEEHAN,J / Removed | 9/9/2001 20:05:20 | LPD | POL | SHEEHAN,J |
| C307 | ENR / CAMARA,BERGERON / ENR | 9/9/2001 19:19:06 | LPD | POL | CAMARA,BERG |
| C307 | REM / CAMARA,BERGERON / Removed | 9/9/2001 19:28:46 | LPD | POL | CAMARA,BERG |
| C309 | ENR / DEMAIO,LUMENELLO / ENR | 9/9/2001 19:19:03 | LPD | POL | DEMAIO,LUME |
| C309 | ONS / DEMAIO,LUMENELLO / ONS | 9/9/2001 19:19:57 | LPD | POL | DEMAIO,LUME |
| C309 | REM / DEMAIO,LUMENELLO / Removed | 9/9/2001 19:28:43 | LPD | POL | DEMAIO,LUME |
| C310 | ENR / LOWE / ENR | 9/9/2001 19:14:42 | LPD | POL | LOWE |
| C310 | ONS / LOWE / ONS | 9/9/2001 19:20:00 | LPD | POL | LOWE |
| C310 | REM / LOWE / Removed | 9/9/2001 19:37:20 | LPD | POL | LOWE |
| C317 | ENR / MCCANN / ENR | 9/9/2001 19:17:59 | LPD | POL | MCCANN |
| C317 | REM / MCCANN / Removed | 9/9/2001 19:28:57 | LPD | POL | MCCANN |

Lowell Public Safety Communications

| Call Number | | 01-060375 | | | | Printed | 09/18/2001 01:45 PM |
|---|---|---|---|---|---|---|---|
| CR2 | ONS SULLIVAN,QUIRBACH *ONS* | 9/9/2001 | 19:19:40 | LPD | POL | SULLIVAN,QU | |
| CR2 | COM SULLIVAN,QUIRBACH *Complete* | 9/9/2001 | 20:05:59 | LPD | POL | SULLIVAN,QU | |
| CR3 | ONS FRECHETTE,PHAY *ONS* | 9/9/2001 | 19:19:43 | LPD | POL | FRECHETTE,P | |
| CR3 | COM FRECHETTE,PHAY *Complete* | 9/9/2001 | 20:05:59 | LPD | POL | FRECHETTE,P | |
| S302E | ENR CRAWFORD *ENR* | 9/9/2001 | 19:22:15 | LPD | POL | CRAWFORD | |
| S302E | REM CRAWFORD *Removed* | 9/9/2001 | 19:29:06 | LPD | POL | CRAWFORD | |
| W301 | ENR LAFFERTY *ENR* | 9/9/2001 | 19:19:21 | LPD | POL | LAFFERTY | |
| W301 | REM LAFFERTY *Removed* | 9/9/2001 | 19:29:04 | LPD | POL | LAFFERTY | |