UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHAYSANH KHAKEO,<br>    Plaintiff<br><br>v.<br><br>DENNIS MORIARTY,<br>in his individual capacity,<br>KEVIN SULLIVAN,<br>in his individual capacity,<br>and the CITY OF LOWELL,<br>    Defendants | CIVIL ACTION NO. 04-11941-RWZ |

## STIPULATION OF DISMISSAL OF DEFENDANTS
## DENNIS MORIARTY AND KEVIN SULLIVAN

Pursuant to Fed.R.Civ.P. 41 (a) (1) (ii) the parties hereby stipulate to the dismissal of Defendants Dennis Moriarty and Kevin Sullivan as Defendants to this action.

This dismissal is to be with prejudice, without costs, without attorneys' fees awarded by the court to either party, and with all parties waiving all rights of appeal as to the subject matter of this stipulation.

| | |
|---|---|
| The Plaintiff<br>By his Attorneys,<br><br>/s/ Howard Friedman<br>Howard Friedman, BBO #180080<br>Jennifer Bills, BBO #652223<br>Law Offices of Howard Friedman, P.C.<br>90 Canal Street, Fifth Floor<br>Boston, MA 02114-2202<br>(617) 742-4100 | Defendant Kevin Sullivan<br>By his Attorneys,<br><br>/s/ Austin M. Joyce<br>Austin M. Joyce, BBO #255040<br>Andrew J. Gambaccini, BBO #654690<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285 |

| | |
|---|---|
| Defendant City of Lowell<br>By its Attorney,<br><br>_/s/ Brian Leahey_<br>Brian Leahey, BBO # 567403<br>City of Lowell Law Department<br>375 Merrimack Street, 3rd Floor<br>Lowell, MA 01852-5909<br>(978) 970-4050 | Defendant Dennis Moriarty<br>By his Attorney,<br><br>_/s/ Thomas Freda_<br>Thomas Freda, BBO #178150<br>Monahan & Padellaro<br>43 Thorndike Street<br>Cambridge, MA 02141<br>(617) 494-1188 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 7, 2006.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini